**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Louisiana__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    Whistler Energy II, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __8 0 - 0 2 2 0 4 4 4__
   EIN

5. **Debtor's address**

   Principal place of business

   __3200 Southwest Freeway__
   Number     Street

   __Suite 2050__

   __Houston__          __TX__  __77027__
   City                State   ZIP Code

   __Harris__
   County

   Mailing address, if different

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City     State   ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number   Street

   _____
   City     State   ZIP Code

Official Form 205                 Involuntary Petition Against a Non-Individual                  page 1

Debtor  <u>Whistler Energy II, LLC</u>          Case number (if known) _____
         Name

---

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☑ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

---

**Part 3: Report About the Case**

10. **Venue**

    *Check one:*
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Whistler Energy II, LLC
        Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Romfor Supply Company* | Services, labor and materials | $ 1,661,005.83 |
| Adriatic Marine, L.L.C.* | Services, labor and materials | $ 2,250,625.00 |
| Hydra Ops, LLC | Services, labor and materials | $ 635,786.66 |
| *Claim amounts of Romfor Supply Company and Adriatic Marine, L.L.C. remain subject to amendment in connection with ongoing work. | Total of petitioners' claims | $ 5,006,039.28 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Romfor Supply Company, d/b/a Premiere Fluids Int'l
Name

1035 Dairy Ashford Road
Number   Street

Houston           TX           77079
City              State        ZIP Code

Name and mailing address of petitioner's representative, if any

Jeremy Pate, Vice President of Operations
Name

1035 Dairy Ashford Road
Number   Street

Houston           TX           77079
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/23/2016
             MM / DD / YYYY

X _____ Vice President
Signature of petitioner or representative, including representative's title

**Attorneys**

Stewart F. Peck
Printed name

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Firm name, if any

601 Poydras Street, Suite 2775
Number   Street

New Orleans       LA           70130
City              State        ZIP Code

Contact phone  504-568-1990   Email  speck@lawla.com

Bar number  10403

State  LA

X _____
Signature of attorney

Date signed  03/24/2016
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor  Whistler Energy II, LLC
Name

Case number (if known) _____

### Name and mailing address of petitioner

Adriatic Marine, L.L.C.
Name

P.O. Box 188
Number  Street

Raceland                        LA              70394
City                            State           ZIP Code

### Name and mailing address of petitioner's representative, if any

Jean-Paul Escudier, General Counsel
Name

P.O. Box 188
Number  Street

Raceland                        LA              70394
City                            State           ZIP Code

Stewart F. Peck
Printed name

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Firm name, if any

601 Poydras Street, Suite 2775
Number  Street

New Orleans                     LA              70130
City                            State           ZIP Code

Contact phone  504-568-1990    Email  speck@lawla.com

Bar number  10403

State  LA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/23/2016
               MM / DD / YYYY

X _____ General Counsel
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed  03/23/2016
              MM / DD / YYYY

### Name and mailing address of petitioner

Hydra Ops, LLC
Name

14418 Brumbelow Road
Number  Street

Needville                       TX              77461
City                            State           ZIP Code

### Name and mailing address of petitioner's representative, if any

Trevor T. Davis, President and CEO
Name

14418 Brumbelow Road
Number  Street

Needville                       TX              77461
City                            State           ZIP Code

Stewart F. Peck
Printed name

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Firm name, if any

601 Poydras Street, Suite 2775
Number  Street

New Orleans                     LA              70130
City                            State           ZIP Code

Contact phone  504-568-1990    Email  speck@lawla.com

Bar number  10403

State  LA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/23/2016
               MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed  03/23/2016
              MM / DD / YYYY

Debtor    Whistler Energy II, LLC
            Name                                                                          Case number (if known)

**Name and mailing address of petitioner**

Adriatic Marine, L.L.C.
Name

P.O. Box 188
Number    Street

Raceland                    LA          70394
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jean-Paul Escudier, General Counsel
Name

P.O. Box 188
Number    Street

Raceland                    LA          70394
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/23/2016
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Stewart F. Peck
Printed name

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Firm name, if any

601 Poydras Street, Suite 2775
Number    Street

New Orleans                 LA          70130
City                        State       ZIP Code

Contact phone  504-568-1990    Email  speck@lawla.com

Bar number    10403

State    LA

✗ _____
Signature of attorney

Date signed    03/23/2016
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Hydra Ops, LLC
Name

14418 Brumbelow Road
Number    Street

Needville                   TX          77461
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Trevor T. Davis, President and CEO
Name

14418 Brumbelow Road
Number    Street

Needville                   TX          77461
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/23/2016
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Stewart F. Peck
Printed name

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Firm name, if any

601 Poydras Street, Suite 2775
Number    Street

New Orleans                 LA          70130
City                        State       ZIP Code

Contact phone  504-568-1990    Email  speck@lawla.com

Bar number    10403

State    LA

✗ _____
Signature of attorney

Date signed    03/24/2016
              MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 4

## Attachment to Involuntary Chapter 11 Bankruptcy Petition for Whistler Energy II, LLC

| Name of Additional Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Scientific Drilling International Inc. | Services, labor and materials | $409,826.69 |
| Patterson Services, Inc. | Services, labor and materials | $48,795.10 |
| | | |
| | Total of Petitioners' Claims | $5,006,039.28 |

| Petitioner or Petitioner's Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br><br>Scientific Drilling Interational, Inc.<br>16701 Greesnpoint Park Drive, Suite 200<br>Houston, TX 77060<br><br>**Name and mailing address of petitioner's representative**<br><br>Rosa Rivera, Manager – Corporate Credit, Collections and Recoveries<br>16701 Greesnpoint Park Drive, Suite 200<br>Houston, Texas 77060<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 3/23/16  – Credit Manager<br>_____<br>Signature of Petitioner's Representative and Title | Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br><br>Contact Phone: (504) 568-1990<br><br>Email: speck@lawla.com<br><br>Bar Number: 10403<br><br>State: Louisiana<br><br>_____<br>Signature of Attorney<br><br>Date Signed  3/24/16 |
| **Name and mailing address of petitioner**<br><br>Patterson Services, Inc.<br>8032 Main Street<br>Houma, LA 70360<br><br>**Name and mailing address of petitioner's representative**<br><br>Allyson Leonard, Credit Manager<br>8032 Main Street<br>Houma, LA 70360<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 3/23/16<br><br>_____<br>Signature of Petitioner's Representative and Title | Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br><br>Contact Phone: (504) 568-1990<br><br>Email: speck@lawla.com<br><br>Bar Number: 10403<br><br>State: Louisiana<br><br>_____<br>Signature of Attorney<br><br>Date Signed _____ |

## Attachment to Involuntary Chapter 11 Bankruptcy Petition for Whistler Energy II, LLC

| Name of Additional Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Scientific Drilling International Inc. | Services, labor and materials | $409,826.69 |
| Patterson Services, Inc. | Services, labor and materials | $48,795.10 |
| | | |
| | Total of Petitioners' Claims | $5,006,039.28 |

| Petitioner or Petitioner's Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br><br>Scientific Drilling International, Inc.<br>16701 Greesnpoint Park Drive, Suite 200<br>Houston, TX 77060<br><br>**Name and mailing address of petitioner's representative**<br><br>Rosa Rivera, Manager – Corporate Credit, Collections and Recoveries<br>16701 Greesnpoint Park Drive, Suite 200<br>Houston, Texas 77060<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 3/23/16<br><br>_____<br>Signature of Petitioner's Representative and Title | Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br><br>Contact Phone: (504) 568-1990<br><br>Email: speck@lawla.com<br><br>Bar Number: 10403<br><br>State: Louisiana<br><br><br>Signature of Attorney<br><br>Date Signed _____ |
| **Name and mailing address of petitioner**<br><br>Patterson Services, Inc.<br>8032 Main Street<br>Houma, LA 70360<br><br>**Name and mailing address of petitioner's representative**<br><br>Allyson Leonard, Credit Manager<br>8032 Main Street<br>Houma, LA 70360<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 3/23/16<br>*[signed]* Allyson Leonard, Credit Manager<br>Signature of Petitioner's Representative and Title | Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br><br>Contact Phone: (504) 568-1990<br><br>Email: speck@lawla.com<br><br>Bar Number: 10403<br><br>State: Louisiana<br><br>*[signed]*<br>Signature of Attorney<br><br>Date Signed 3/24/16 |