B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Eastern District Of Louisiana

In re Whistler Energy II, LLC,  ) Case No. 16-10661
      Debtor*  )
                               ) Chapter 11
                               )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

     A petition under title 11, United States Code was filed against you in this bankruptcy court on March 24, 2016 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

     YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

                  Address of the clerk: 500 Poydras Street
                                        Suite B-601
                                        New Orleans, LA 70130

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

                                                      Stewart F. Peck
          Name and Address of Petitioner's Attorney: Lugenbuhl, Wheaton, Peck,
                                                      Rankin & Hubbard
                                                      601 Poydras Street, Suite 2775
                                                      New Orleans, LA 70130

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                      Sheila W. Booth (Clerk of the Bankruptcy Court)

Date: March 24, 2016         By:  Kevin Foe   (Deputy Clerk)

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:




If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____    Signature _____

    Print Name:    _____

    Business Address:    _____

    _____