**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**(New Orleans Division)**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Whistler Energy II, LLC** | § | |
| | § | |
| Debtor. | § | Case No. 16-10661 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Carl Doré, Jr., Doré Law Group, P.C., enters her appearance as counsel for Wood Group PSN, Inc., creditor in the above referenced case, and hereby requests copies of all notices and pleadings filed in the case pursuant to Bankruptcy Rules 9010(b), 2002(a) and (b), and 3017(a).

Notices should be e-mailed to:

Carl Doré, Jr.
Doré Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084

Email: carl@dorelawgroup.net

                Respectfully submitted,

                **DORÉ LAW GROUP, P.C.**

                By:    */s/ Carl Doré, Jr.*
                          Carl Doré, Jr.
                          State Bar No. 06000600
                          Kim Lewinski
                          State Bar No. 24097994
                          17171 Park Row, Suite 160
                          Houston, Texas 77084
                          (281) 829-1555
                          (281) 200-0751 Fax
                          Email: carl@dorelawgroup.net
                          Email: klewinski@dorelawgroup.net
              *Attorneys for Wood Group PSN, Inc.*

## **CERTIFICATE OF SERVICE**

    This certifies that on March 28, 2016, a true and correct copy of the foregoing instrument was served on all parties via the Court's CM/ECF system to all ECF registrants in this case.

                                        */s/ Carl Doré, Jr.*
                                        Carl Doré, Jr.