# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 16-10661 |
| WHISTLER ENERGY II, L.L.C., § | |
| § | CHAPTER 11 (INVOLUNTARY) |
| DEBTOR. § | |

## UNOPPOSED MOTION TO EXTEND ANSWER DATE

Whistler Energy II, LLC ("Whistler") files this Unopposed Motion to Extend Answer Date ("Motion"), and in support thereof, respectfully submits as follows:

1. On March 24, 2016, certain creditors ("Petitioning Creditors") filed an involuntary petition against Whistler. Whistler received the summons for the involuntary petition on March 28, 2016.

2. The deadline to file an answer to the involuntary petition is April 18, 2016.

3. Whistler contacted the Petitioning Creditors, requesting additional time to answer the involuntary petition. The parties have reached an agreement to extend the answer deadline to and including April 22, 2016.

4. Since the Petitioning Creditors do not oppose this relief requested to extend the answer date, Whistler respectfully requests that the Court grant this Motion.

WHEREFORE, Whistler respectfully requests: (1) entry of an order extending the answer date to and including April 22, 2016; and (2) such other and further relief to Whistler as the Court deems proper.

1

Respectfully submitted,

**LOOPER GOODWINE P.C.**

*/s/ Paul J. Goodwine*
Paul J. Goodwine (LA Bar No. 23757)
Taylor P. Gay (LA Bar No. 35140)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503-1500
Facsimile:  (504) 503-1501
Email: pgoodwine@loopergoodwine.com
Email: tgay@loopergoodwine.com

*Attorneys for Whistler Energy II, LLC*