# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 16-10661 |
| WHISTLER ENERGY II, LLC, § | |
| § | CHAPTER 11 |
| DEBTOR. § | (INVOLUNTARY) |

## ANSWER OF WHISTLER ENERGY II, LLC TO
## ALLEGED INVOLUNTARY PETITION

Alleged debtor Whistler Energy II, LLC ("Whistler") files this answer to the allegations against it contained in the involuntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code (the "Alleged Petition"), filed[1] on March 24, 2016 ("Petition Date") by certain petition creditors ("Petitioning Creditors").[2] Whistler responds to the paragraphs of the allegations in the Alleged Petition as follows:

1. Whistler denies that the Petitioning Creditors are eligible to file this Alleged Petition pursuant to 11 U.S.C. § 303(b). Whistler disputes three of the five amounts alleged by the Petitioning Creditors.

2. Whistler denies that as of the Petition Date it was generally not paying its undisputed debts as they became due.

WHEREFORE, Whistler respectfully requests that this Court dismiss the Alleged Petition; declare the Alleged Petition null and void; and award Whistler compensatory damages, punitive

---

[1] The Alleged Petition was filed on March 24, 2016. The Court issued a Summons on March 24, 2016, and Whistler received such Summons on March 28, 2016. On April 18, 2016, the Petitioning Creditors agreed to extend the alleged debtor Whistler's answer date from April 18, 2016, to April 22, 2016. Alleged debtor Whistler then filed an unopposed motion to extend the answer date (Dkt. No. 9). The Court has not ruled on this extension motion.

[2] The Petitioning Creditors are Romfor Supply Company, d/b/a Premiere Fluids International, Adriatic Marine, L.L.C., Hydra Ops, LLC, Scientific Drilling International, Inc. and Patterson Services, Inc. d/b/a Patterson Rental Tools.

damages, attorneys' fees and costs under Section 303(i) and other such relief at law or in equity as this Court may deem just and proper.

        Respectfully submitted,

        **LOOPER GOODWINE P.C.**

        */s/Paul J. Goodwine*
        Paul J. Goodwine (La. Bar No. 23757)
        Taylor P. Gay (La. Bar No. 35140)
        650 Poydras Street, Suite 2400
        New Orleans, Louisiana 70130
        Telephone: (504) 503-1500
        Facsimile:  (504) 503-1501
        Email: pgoodwine@loopergoodwine.com
        Email: tgay@loopergoodwine.com
        **LOCAL COUNSEL FOR WHISTLER ENERGY II, LLC**

        AND

        **GARDERE WYNNE SEWELL LLP**

        John P. Melko
        jmelko@gardere.com
        State Bar No. 13919600
        Michael K. Riordan
        mriordan@gardere.com
        State Bar No. 24070502
        Sharon Beausoleil
        sbeausoleil@gardere.com
        State Bar No. 24025245
        1000 Louisiana Street, Suite 2000
        Houston, TX 77002
        Telephone: 713.276.5500
        **TRIAL COUNSEL FOR WHISTLER ENERGY II, LLC**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on April 22, 2016 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

                                          */s/Paul J. Goodwine*
                                          Paul J. Goodwine