# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | CASE NO. 16-10661 |
| WHISTLER ENERGY II, L.L.C., | Chapter 11 (Involuntary) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the First Lien Noteholders, including Apollo Franklin Partnership, L.P., Apollo Centre Street Partnership, L.P., Apollo Special Opportunities Managed Account, L.P., Apollo Credit Opportunity Fund III AIV I LP, ANS Holdings (WE), Ltd., and Apollo Management, L.P. (collectively "Apollo"), pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, application, presentments, petitions, memoranda, affidavits, declaration, and orders, or other documents, filed or entered in this case, be transmitted to:

**KELLY HART & PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Patrick (Rick) M. Shelby (#31963)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: rick.shelby@kellyhart.com

And

**VINSON & ELKINS L.L.P.**
Harry A. Perrin (TX 15796800)
Reese A. O'Connor (TX 24092910)
First City Tower

        1001 Fannin Street, Suite 2500
        Houston, TX 77002-6760
        Tel: 713.758.2222
        Fax: 713.758.2346
        hperrin@velaw.com
        roconnor@velaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Title 11 of the United States Code (the "Bankruptcy Code"), but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Apollo or any other party-in-interest in this case, including (a) property of the above-captioned debtor and debtor-in-possession (the "Debtor"), or proceeds thereof, claims against, or interests in, the Debtor, (c) other rights or interests of creditors in the Debtor or other parties-in-interest in this case, or (d) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Apollo or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Apollo to (a) have final orders in non-core matters entered only after de novo review by a District Court judge; (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 3, 2016

        **Respectfully submitted,**

        **KELLY HART & PITRE**

        **/s/ Louis M. Phillips**
        **Louis M. Phillips (#10505)**
        One American Place
        301 Main Street, Suite 1600
        Baton Rouge, LA 70801-1916
        Telephone: (225) 381-9643
        Facsimile: (225) 336-9763
        Email: louis.phillips@kellyhart.com

        AND

**Patrick (Rick) M. Shelby (#31963)**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: rick.shelby@kellyhart.com

AND

**VINSON & ELKINS L.L.P.**

/s/Harry A. Perrin
**Harry A. Perrin (TX 15796800)**
**Reese A. O'Connor (TX 24092910)**
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: 713.758.2222
Facsimile: 713.758.2346
Email: hperrin@velaw.com
Email: roconnor@velaw.com

*Attorneys for the First Lien Noteholders*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on May 3, 2016.

/s/ Louis M. Phillips
Louis M. Phillips