UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>WHISTLER ENERGY II, L.L.C.,<br><br>Debtor. | CASE NO. 16-10661<br><br>Chapter 11 (Involuntary) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the First Lien Noteholders, by and through their undersigned counsel, hereby submit this verified statement (the "Verified Statement") and in support thereof state:

1.

In March 2016, the First Lien Noteholders contacted Vinson & Elkins L.L.P. ("Vinson & Elkins") and Kelly Hart Pitre ("Kelly Hart") to represent them in connection with a potential restructuring of the above-captioned Debtor. As of the date of this Verified Statement, Vinson & Elkins and Kelly Hart represent the following entities in connection with the above captioned matter.

| Name | Address | Nature And Amount Of Disclosable Economic Interest |
|---|---|---|
| Apollo Franklin Partnership, L.P. | c/o Apollo Management, L.P.<br>9 W 57TH Street, 37th Floor<br>New York, NY 10019<br>Attn: Joseph Glatt | $2,939,659.18 of senior secured debt (inclusive of accrued and unpaid interest as of May 2, 2016) |
| Apollo Centre Street Partnership, L.P. | c/o Apollo Management, L.P.<br>9 W 57TH Street, 37th Floor<br>New York, NY 10019<br>Attn: Joseph Glatt | $13,754,368.67 of senior secured debt (inclusive of accrued and unpaid interest as of May 2, 2016) |

| Apollo Special Opportunities Managed Account, L.P. | c/o Apollo Management, L.P.<br>9 W 57TH Street, 37th Floor<br>New York, NY 10019<br>Attn: Joseph Glatt | $22,950,917.08 of senior secured debt (inclusive of accrued and unpaid interest as of May 2, 2016) |
|---|---|---|
| Apollo Credit Opportunity Fund III AIV I LP | c/o Apollo Management, L.P.<br>9 W 57TH Street, 37th Floor<br>New York, NY 10019<br>Attn: Joseph Glatt | $90,077,629.91 of senior secured debt (inclusive of accrued and unpaid interest as of May 2, 2016) |
| ANS Holdings (WE), Ltd. | c/o Apollo Management, L.P.<br>9 W 57TH Street, 37th Floor<br>New York, NY 10019<br>Attn: Joseph Glatt | $3,953,120.10 of senior secured debt (inclusive of accrued and unpaid interest as of May 2, 2016) |

2.

The parties listed above are each creditors of the Debtor and each has consented to this multiple representation by Vinson & Elkins and Kelly Hart.

3.

Nothing contained in this Verified Statement shall be construed as a limitation upon, or a waiver of, any rights to assert, file and/or amend claims in accordance with applicable law and any orders entered in the above captioned chapter 11 case by any party.

4.

Vinson & Elkins and Kelly Hart reserve the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

5.

The information contained in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

6.

The undersigned is authorized to make the foregoing statements. The undersigned verifies under penalty of perjury that the foregoing statements are true and correct to the best of the undersigned's knowledge, information and belief.

Dated: May 2, 2016

Respectfully submitted,

**KELLY HART & PITRE**

**/s/ Louis M. Phillips**
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

AND

**Patrick (Rick) M. Shelby (#31963)**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: rick.shelby@kellyhart.com

AND

**VINSON & ELKINS L.L.P.**

**/s/Harry A. Perrin**
**Harry A. Perrin (TX 15796800)**
**Reese A. O'Connor (TX 24092910)**
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: 713.758.2222
Facsimile: 713.758.2346
Email: hperrin@velaw.com
Email: roconnor@velaw.com

*Attorneys for the First Lien Noteholders*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on May 3, 2016.

/s/ Louis M. Phillips
Louis M. Phillips