**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 16-10661 |
| WHISTLER ENERGY II, LLC | SECTION B |
| DEBTOR | INVOLUNTARY CHAPTER 11 |

### *EX PARTE* MOTION OF HOS PORT, LLC
### FOR LEAVE TO JOIN IN INVOLUNTARY PETITION

**NOW INTO COURT**, through undersigned counsel, comes HOS Port, LLC ("***HOS Port***"), creditor and interested party in the above-referenced matter, and respectfully moves the Court for leave to join in the involuntary petition, as further set forth below.

1.

HOS Port is an unsecured creditor of Whistler Energy II, LLC (the "***Debtor***"), with a non-contingent claim for goods and services in the amount of $381,500.00. Such amount is past-due and owing by Debtor to HOS Port on Invoice Nos. WHISTLER24, WHISTLER25, WHISTLER26, WHISTLER27, WHISTLER28, WHISTLER29, WHISTLER30, WHISTLER31, WHISTLER32, WHISTLER33, WHISTLER34, WHISTLER35 and WHISTLER36, copies of which are attached hereto, *in globo*, as Exhibit "A".

2.

HOS Port hereby requests leave to join in the Chapter 11 Involuntary Petition (the "***Petition***") [**Doc. 1**] filed in the above-referenced matter by Romfor Supply Company, d/b/a Premiere Fluids International, Adriatic Marine, L.L.C., Hydra Ops, LLC, Scientific Drilling International, Inc., and Patterson Services, Inc. (together, the "***Petitioning Creditors***"). Section 303(c) of the Bankruptcy Code allows "a creditor holding an unsecured claim that is not

contingent," like HOS Port, to "join in the petition with the same effect as if such joining creditor were a petitioning creditor." 11 U.S.C. § 303(c).

**WHEREFORE**, HOS Port respectfully requests leave to join the Petitioning Creditors in the filing of the Petition, praying for an order for relief against the Debtor.

Respectfully submitted,

    */s/ Stewart F. Peck*
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
STEWART F. PECK (LA Bar No.10403)
JOSEPH P. BRIGGETT (LA Bar No. 33029)
ERIN R. ROSENBERG (LA Bar No. 34422)
601 Poydras Street Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
*Counsel for HOS Port, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Ex Parte Motion of HOS Port, LLC for Leave to Join in Involuntary Petition has been served upon those parties receiving electronic notification via the Court's CM/ECF System on this 6th day of May, 2016.

    */s/ Stewart F. Peck*