# EXHIBIT "A"



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER24
**Invoice Date:** 12/08/2015
**Terms:** NET 30
**Service Range:** 11/01/2015 - 11/30/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127147 | 0 | 0 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127154 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,519 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127155 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127184 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127185 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127190 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127192 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127193 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127199 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127207 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127216 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,167 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127217 | 3 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127224 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127225 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127230 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127231 | 0 | 1 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127254 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127269 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127279 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 | 15 | 0 |
| 127327 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127348 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127350 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127351 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ██████-090
For the account of HOS Port, LLC - Account No. ██████-342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER24
**Invoice Date:** 12/08/2015
**Terms:** NET 30
**Service Range:** 11/01/2015 - 11/30/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 12 | 21 | 14 | 35 | 0 | 0 | 0 | 0 | 0 | 8 | 2 | 0 | 70 | 0 | 59,836 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| Rate ($): | 0.00 | 76.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.00 | 625.00 | 0.00 | 40.00 | 0.00 | 0.02 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 1600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5360.00 | 1250.00 | 0.00 | 2800.00 | 0.00 | 1196.72 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 | 15750.00 | 0.00 |

**TOTAL INVOICE: $29,456.72**

KBP 12/8/15

REMITTANCE INSTRUCTIONS

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ██████090
For the account of HOS Port, LLC - Account No. █████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC
*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15012

**Invoice No.:** WHISTLER25
**Invoice Date:** 12/04/2015
**Terms:** NET 30
**Service Range:** 11/01/2015 - 11/30/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127017 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127021 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,734 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127033 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127034 | 3 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127044 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35,626 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127053 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127057 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127058 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127068 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127075 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,162 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127081 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127088 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127090 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127091 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127092 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127096 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127099 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127109 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,732 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| 127113 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,076 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ██████090
For the account of HOS Port, LLC - Account No. ██████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC
*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15012

**Invoice No.: WHISTLER25**

**Invoice Date:** 12/04/2015

**Terms:** NET 30

**Service Range:** 11/01/2015 - 11/30/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 13 | 18 | 13 | 26 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 38 | 0 | 139,582 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| Rate ($): | 0.00 | 55.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 1000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4690.00 | 0.00 | 0.00 | 1520.00 | 0.00 | 2791.64 | 0.00 | -0.00 | 750.00 | 0.00 | 750.00 | 15750.00 | 0.00 |

**TOTAL INVOICE: $27,251.64**

---

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ██████-090
For the account of HOS Port, LLC - Account No. ███████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.: WHISTLER26**

**Invoice Date:** 12/21/2015

**Terms:** NET 30

**Service Range:** 12/01/2015 - 12/15/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127380 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127393 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,163 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127412 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127442 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127451 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,565 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127455 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127465 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127476 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127502 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127510 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127520 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127522 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127533 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127543 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127550 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,590 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127551 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78,620 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127571 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127595 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |

---

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████090
For the account of HOS Port, LLC - Account No. ████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** **WHISTLER26**

**Invoice Date:** 12/21/2015

**Terms:** NET 30

**Service Range:** 12/01/2015 - 12/15/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 11 | 11 | 11 | 22 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 70 | 0 | 150,373 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| Rate ($): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4690.00 | 0.00 | 0.00 | 2800.00 | 0.00 | 3007.46 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 | 15750.00 | 0.00 |

**TOTAL INVOICE: $27,747.46**

---

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████090
For the account of HOS Port, LLC - Account No. ████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC
*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER27
**Invoice Date:** 01/14/2016
**Terms:** NET 30
**Service Range:** 12/16/2015 - 12/31/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127589 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,725 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127594 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 16 | 16 | 0 |
| 127599 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127617 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127619 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127620 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127623 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127640 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127643 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127654 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 71,033 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127657 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,292 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127658 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127681 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127683 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127684 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127685 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127705 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127709 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127716 | 3 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████████090
For the account of HOS Port, LLC - Account No. ██████-342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER27
**Invoice Date:** 01/14/2016
**Terms:** NET 30
**Service Range:** 12/16/2015 - 12/31/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 12 | 17 | 13 | 25 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 56 | 0 | 104,050 | 14 | 0 | 16 | 0 | 16 | 16 | 0 |
| Rate ($): | 0.00 | 47.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 325.00 | 0.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2010.00 | 0.00 | 0.00 | 2240.00 | 0.00 | 2081.00 | 4550.00 | 0.00 | 800.00 | 0.00 | 800.00 | 16800.00 | 0.00 |

**TOTAL INVOICE: $30,081.00**

---

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████████090
For the account of HOS Port, LLC - Account No. ████████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.: WHISTLER28**

**Invoice Date:** 01/13/2016

**Terms:** NET 30

**Service Range:** 11/22/2015 - 11/22/2015

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127361 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rate ($): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ext. Price: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**TOTAL INVOICE: $5,850.00**

## REMITTANCE INSTRUCTIONS

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████████090
For the account of HOS Port, LLC - Account No. ████████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC
*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER29
**Invoice Date:** 01/26/2016
**Terms:** NET 30
**Service Range:** 01/01/2016 - 01/15/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127725 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80,458 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127735 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127745 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127759 | 0 | 5 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127760 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,616 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127761 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,489 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127762 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127763 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127764 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127765 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127776 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127777 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127783 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127786 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24,382 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127788 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127789 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36,290 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127791 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127801 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,842 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127802 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,051 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127805 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32,633 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127812 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39,643 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127818 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127849 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████-090
For the account of HOS Port, LLC - Account No. ████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927

**HOS Port, LLC**

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER29

**Invoice Date:** 01/26/2016

**Terms:** NET 30

**Service Range:** 01/01/2016 - 01/15/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 14 | 19 | 14 | 33 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 94 | 0 | 288,404 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rate ($): | 0.00 | 52.63 | 0.00 | 9.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ext. Price: | 0.00 | 1000.00 | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3350.00 | 0.00 | 0.00 | 3760.00 | 0.00 | 5768.08 | 4550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**TOTAL INVOICE: $18,753.08**

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ███████-090
For the account of HOS Port, LLC - Account No. ██████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.: WHISTLER30**

**Invoice Date:** 02/16/2016

**Terms:** NET 30

**Service Range:** 01/16/2016 - 01/31/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127832 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127833 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,048 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127860 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58,336 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127861 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127869 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| 127870 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 16 | 16 | 0 |
| 127872 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127883 | 3 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127884 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127885 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,456 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127886 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,030 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127889 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127899 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127900 | 2 | 0 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127904 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127908 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72,473 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127910 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127919 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127967 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████090
For the account of HOS Port, LLC - Account No. ████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.: WHISTLER30**

**Invoice Date:** 02/16/2016

**Terms:** NET 30

**Service Range:** 01/16/2016 - 01/31/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 13 | 11 | 13 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 116 | 0 | 189,343 | 8 | 0 | 31 | 0 | 31 | 31 | 0 |
| Rate ($): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 0.00 | 40.00 | 0.00 | 0.02 | 325.00 | 0.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1875.00 | 0.00 | 4640.00 | 0.00 | 3786.86 | 2600.00 | 0.00 | 1550.00 | 0.00 | 1550.00 | 32550.00 | 0.00 |

**TOTAL INVOICE: $48,551.86**

---

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████████090
For the account of HOS Port, LLC - Account No. ██████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.: WHISTLER31**

**Invoice Date:** 02/18/2016

**Terms:** NET 30

**Service Range:** 02/01/2016 - 02/15/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127988 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 127989 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128000 | 3 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128009 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,251 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128010 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128011 | 3 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128014 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128032 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77,523 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128050 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,265 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128052 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128058 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128068 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,598 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128069 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | 12 | 14 | 12 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 87 | 0 | 175,637 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rate ($): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ext. Price: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3480.00 | 0.00 | 3512.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**TOTAL INVOICE: $6,992.74**

## REMITTANCE INSTRUCTIONS

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ███████-090
For the account of HOS Port, LLC - Account No. ██████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC
*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.: WHISTLER32**

**Invoice Date:** 03/02/2016

**Terms:** NET 30

**Service Range:** 02/16/2016 - 02/29/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128087 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128101 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| 128102 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 14 | 14 | 0 |
| 128112 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128135 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,211 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,173 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128142 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128144 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128183 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128184 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,667 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128207 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128209 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128218 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128229 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 1 | 0 | 0 | 0 | 0 | 0 |
| **14** | **4** | **6** | **4** | **5** | **0** | **0** | **0** | **0** | **0** | **2** | **0** | **0** | **36** | **0** | **60,051** | **12** | **1** | **29** | **0** | **29** | **29** | **0** |
| Rate ($): | 0.00 | 66.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 325.00 | 150.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1340.00 | 0.00 | 0.00 | 1440.00 | 0.00 | 1201.02 | 3900.00 | 150.00 | 1450.00 | 0.00 | 1450.00 | 30450.00 | 0.00 |

**TOTAL INVOICE: $41,781.02**

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ███090
For the account of HOS Port, LLC - Account No. ███342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER33
**Invoice Date:** 03/29/2016
**Terms:** NET 30
**Service Range:** 03/01/2016 - 03/15/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128248 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128249 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128257 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74,278 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128268 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,081 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128293 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48,354 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128294 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,425 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128295 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 108,714 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128310 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128314 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128327 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128340 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| 128347 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | 3 | 6 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 0 | 254,862 | 0 | 0 | 15 | 0 | 15 | 15 | 0 |
| Rate ($): | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1280.00 | 0.00 | 5097.04 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 | 15750.00 | 0.00 |

**TOTAL INVOICE: $24,227.04**

## REMITTANCE INSTRUCTIONS

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ████090
For the account of HOS Port, LLC - Account No. ████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC
*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.:** WHISTLER34

**Invoice Date:** 04/14/2016

**Terms:** NET 30

**Service Range:** 03/16/2016 - 03/31/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128341 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 16 | 16 | 0 |
| 128363 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43,901 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128364 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128371 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,418 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128372 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128376 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,487 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128381 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,397 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128397 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128403 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,639 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128405 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128414 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128415 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,168 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128424 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 135,243 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128439 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128441 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128443 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128493 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 1 | 0 | 0 | 0 | 0 | 0 |

---

### REMITTANCE INSTRUCTIONS

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ██████-090
For the account of HOS Port, LLC - Account No. █████342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927

# HOS Port, LLC
*Service with Energy*

## Summary Invoice

**Customer Information**
Whistler Energy II, LLC
Attn: Accounts Payable
3200 Southwest Freeway
Suite 2050
Houston, Texas 77027

**AFE#:** 15004

**Invoice No.: WHISTLER34**

**Invoice Date:** 04/14/2016

**Terms:** NET 30

**Service Range:** 03/16/2016 - 03/31/2016

| Ticket | Crane | Forklift | Super-visor | Rigger | Dockage | Liftboat Dockage | Level 1 Heavy Crane | Level 2 Heavy Crane | Level 3 Heavy Crane | Tubular Pre Sling Req | Tubular Pre Slung | Riser | Trash | Scrap | Water | Outside Storage | Inside Storage | Trailer Space | Trailer Rental | Home-land Security | Daily Rate | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 7 | 7 | 7 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 0 | 261,256 | 14 | 1 | 16 | 0 | 16 | 16 | 0 |
| Rate ($): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.02 | 325.00 | 150.00 | 50.00 | 0.00 | 50.00 | 1,050.00 | 0.00 |
| Ext. Price: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2080.00 | 0.00 | 5225.12 | 4550.00 | 150.00 | 800.00 | 0.00 | 800.00 | 16800.00 | 0.00 |

**TOTAL INVOICE: $30,405.12**

---

**REMITTANCE INSTRUCTIONS**

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ▮▮▮▮▮-090
For the account of HOS Port, LLC - Account No. ▮▮▮▮342

REMITTANCE ADDRESS: P.O. Box 54140 - New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985)727-6927



# HOS Port, LLC

*Service with Energy*

---

**CUSTOMER INFORMATION:**
Whistler Energy II, LLC
ATTN: Accounts Payable
3200 Southwest Freeway
Houston, Texas 77027

| | |
|---|---|
| **Invoice No.:** | WHISTLER35 |
| **Invoice Date:** | 4/27/2016 |
| **Terms:** | NET 30 |
| **AFE#:** | 15004 |
| **Vessel:** | GREY CUP |

**SERVICES:**

| Description | Units | Rate | Amount |
|---|---|---|---|
| Outside Storage | 14 | $ 325.00 | $ 4,550.00 |
| Trash incurred through 04/15/16 | 24 | $ 40.00 | $ 960.00 |
| Water incurred through 04/15/16 | 78340 | $ 0.02 | $ 1,566.80 |
| Inside Storage | 1 | $ 150.00 | $ 150.00 |
| Trailer Space | 30 | $ 50.00 | $ 1,500.00 |
| Homeland Security | 30 | $ 50.00 | $ 1,500.00 |
| Daily Rate | 30 | $ 1,050.00 | $ 31,500.00 |
| | | | |
| Trash - Estimate for 04/16 - 04/30/16 | 50 | $ 40.00 | $ 2,000.00 |
| Water - Estimate for 04/16 - 04/30/16 | 78,000 | $ 0.02 | $ 1,560.00 |

**NOTES:**
This covers the service provided and estimated costs for the period from 4/1/16 to 4/30/16.

**TOTAL AMOUNT DUE** $ 45,286.80

Payment by wire transfer to: CAPITAL ONE, NA. ABA No. ▮▮▮090
For the Account of HOS Port, LLC – Account No. ▮▮▮▮42

REMITTANCE ADDRESS: P.O. Box 54140 – New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985) 727-2000



# HOS Port, LLC

*Service with Energy*

**CUSTOMER INFORMATION:**
Whistler Energy II, LLC
ATTN: Accounts Payable
3200 Southwest Freeway
Houston, Texas 77027

| | |
|---|---|
| **Invoice No.:** | WHISTLER35-A |
| **Invoice Date:** | 5/5/2016 |
| **Terms:** | Pay in Advance |
| **AFE#:** | 15004 |
| **Vessel:** | |

**SERVICES:**

| Description | Units | Rate | Amount |
|---|---|---|---|
| Outside Storage | 14 | $ 325.00 | $ 4,550.00 |
| Trash incurred through 04/15/16 | 24 | $ 40.00 | $ 960.00 |
| Water incurred through 04/15/16 | 78340 | $ 0.02 | $ 1,566.80 |
| Inside Storage | 1 | $ 150.00 | $ 150.00 |
| Trailer Space | 30 | $ 50.00 | $ 1,500.00 |
| Homeland Security | 30 | $ 50.00 | $ 1,500.00 |
| Daily Rate | 30 | $ 1,050.00 | $ 31,500.00 |
| | | | |
| Trash - Estimate for 04/16 - 04/30/16 | 50 | $ 40.00 | $ 2,000.00 |
| Water - Estimate for 04/16 - 04/30/16 | 78,000 | $ 0.02 | $ 1,560.00 |
| | | | |
| Adjustment for April Actuals | | | $ (1,314.48) |

**TOTAL AMOUNT DUE** $ 43,972.32

**NOTES:**
This covers the service provided and estimated costs for the period from 4/1/16 to 4/30/16.

**Payment by wire transfer to: CAPITAL ONE, NA. ABA No.** ███████090
**For the Account of HOS Port, LLC – Account No.** ██████342

**REMITTANCE ADDRESS: P.O. Box 54140 – New Orleans, LA 70154-4863**
**Any questions regarding this invoice should be directed to (985) 727-2000**



# HOS Port, LLC

*Service with Energy*

| CUSTOMER INFORMATION: | | Invoice No.: | WHISTLER36 |
|---|---|---|---|
| Whistler Energy II, LLC | | Invoice Date: | 4/27/2016 |
| ATTN: Accounts Payable | | Terms: | NET 30 |
| 3200 Southwest Freeway | | AFE#: | 15004 |
| Houston, Texas 77027 | | Vessel: | GREY CUP |

SERVICES:

| Description | Units | Rate | | Amount | |
|---|---|---|---|---|---|
| Outside Storage | 14 | $ | 325.00 | $ | 4,550.00 |
| Inside Storage | 1 | $ | 150.00 | $ | 150.00 |
| Trailer Space | 31 | $ | 50.00 | $ | 1,550.00 |
| Homeland Security | 31 | $ | 50.00 | $ | 1,550.00 |
| Daily Rate | 31 | $ | 1,050.00 | $ | 32,550.00 |
| | | | | | |
| Trash - Estimate for May | 74 | $ | 40.00 | $ | 2,960.00 |
| Water - Estimate for May | 156,000 | $ | 0.02 | $ | 3,120.00 |

**NOTES:**
This covers the estimated costs for service period from 5/1/16 to 5/31/16.

**TOTAL AMOUNT DUE  $   46,430.00**

*DAD 4/27/16*

Payment by wire transfer to:  CAPITAL ONE, NA.  ABA No. ███████090
For the Account of HOS Port, LLC – Account No. █████342

REMITTANCE ADDRESS:  P.O. Box 54140 – New Orleans, LA 70154-4863
Any questions regarding this invoice should be directed to (985) 727-2000