UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

IN RE: WHISTLER ENERGY, II            CASE NO.:16-10661
DEBTOR            CHAPTER 11

--------------------------------------------------------------------------------

NOTICE OF PERFECTION
OF PRIVILEGE IN PROPERTY
OF THE DEBTOR PURSUANT TO 11 U.S.C. §546(b)

NOW INTO COURT, through undersigned counsel, comes Powerhouse, Inc. ("Powerhouse") who, by the filing of this notice, notifies the Debtor and the United States Bankruptcy Court for the Eastern District of Louisiana, of its intent to invoke the provisions of 11 U.S.C. §546(b) with respect to the privilege held by STRIC-LAN Companies, LLC in the Debtor's lease, interest, materials, equipment, revenues and profits in oil and gas produced and derived from leases covered by contract, agreement, or applicable statute, affecting the property/interests described on Exhibit "A" attached hereto, and the cash collateral derived therefrom as that term is defined under 11 U.S.C. §363(a).

The property, including the oil and gas well is located in Green Canyon Field, Block Number 18, bearing Lease No. OCS – G04940, API Well No.: 608114007504, Well Name: A-5 ST02 BP02, in which Stric-Lan Companies, LLC hereby gives notice of such perfection or maintenance or continuation of the perfection of its interests, are described in the Statement of Privilege filed pursuant to Louisiana law in Terrebonne Parish, Louisiana, to perfect its lien interest in and to the above referenced properties against Whistler Energy, II, LLC. A copy of the recorded Statement of Privilege is

3418332.1

attached hereto as Exhibit "B".

Stric-Lan Companies, LLC also files this notice for any and all further and additional sums, obligations or liabilities and expenses due for interest, for the amount due for the cost of preparing and recording the Statement, as well as (10%) attorney's fees.

Stric-Lan Companies, LLC demands adequate protection pursuant to 11 U.S.C. §364 and advises the debtor to conform to the requirements of 11 U.S.C. §363.

Stric-Lan Companies, LLC hereby reserves all rights with respect to the Lien, including but not limited to seeking relief from the stay.

Stric-Lan Companies, LLC further claims all rights concerning the tolling of applicable statutes of limitation.

Stric-Lan Companies, LLC gives notice that, to the extent it does not under applicable law already possess a perfected interest in the above-described property, Stric-Lan Companies, LLC hereby perfects its interest pursuant to applicable provisions of the Bankruptcy Code, including but not limited to 11 U.S.C. §§ 362(b)(3) and 546(b)(2). This Notice is in lieu of seizure of property or commencement of an action to accomplish such perfection of Stric-Lan Companies, LLC's rights to the property which is the subject of the lien. Supplemental action to foreclose the lien or other collection measures shall be authorized only by the Bankruptcy Court including, but not limited to, obtaining relief from the stay.

Stric-Lan Companies, LLC gives notice that all proceeds of any sale of the property securing the Lien constitutes cash collateral under section 363(a) of the

3418332.1

Bankruptcy Code and may not be used unless each entity that has an interests in such cash collateral consents. Stric-Lan Companies, LLC does not consent to the use of its cash collateral.

                          Respectfully submitted,

                          THE ONEBANE LAW FIRM

                          /s/ CRAIG A. RYAN
CRAIG A. RYAN (#20354)
1200 Camellia Blvd., Suite 300
Lafayette, Louisiana 70508
Telephone: (337) 266-1272
Facsimile: (337) 266-1232
Attorney for
Stric-Lan Companies, LLC

3418332.1

# EXHIBIT "A"

DESCRIPTION OF THE OPERATING INTEREST UPON WHICH THE PRIVILEGE IS CLAIMED, OR OF THE WELL WITH RESPECT TO WHICH THE OPERATIONS GIVING RISE TO CLAIMANT'S PRIVILEGE WERE PERFORMED:

| | |
|---|---|
| Area: | Green Canyon Field |
| Block Number: | 18 |
| Lease Number: | OCS – G04940 |
| Field: | G.C. Blk 18 |
| API Well No.: | 608114007504 |
| Well Name: | A-5 ST02 BP02 |

3418332.1

# EXHIBIT "B"

# Copy of Recorded Privilege

3418332.1

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA  70361-1569
(985) 868-5660

**Received From :**
Attn: CRAIG A RYAN
ONEBANE LAW FIRM
P.O. DRAWER 3507
LAFAYETTE, LA  70502-3507

### First MORTGAGOR
WHISTLER ENERGY II L L C

### First MORTGAGEE
STRIC LAN COMPANIES L L C

| | |
|---|---|
| **Index Type :** MORTGAGES | **File # :** 1506469 |
| **Type of Document :** LIEN | |
| | **Book :** 2827    **Page :** 782 |
| **Recording Pages :**    13 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 05/06/2016

At (Recorded Time) : 10:38:26AM

Doc ID - 013597410013

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 05/06/2016 at 10:38:26
Recorded in Book  2827   Page  782
File Number,   1506469

Deputy Clerk

**Return To :**   Attn: CRAIG A RYAN
ONEBANE LAW FIRM
P.O. DRAWER 3507
LAFAYETTE, LA  70502-3507

Do not Detach this Recording Page from Original Document

| | | |
|---|---|---|
| **STATEMENT OF PRIVILEGE BY** | : | **UNITED STATES OF AMERICA** |
| **STRIC-LAN COMPANIES, LLC** | | |
| **AGAINST** | : | **STATE OF LOUISIANA** |
| **WHISTLER ENERGY II, LLC** | : | **PARISH OF TERREBONNE** |

BE IT KNOWN that on this 3rd day of May, 2016, before me, the undersigned authority, a Notary Public in and for the aforesaid Parish and State, personally came and appeared:

> **STRIC-LAN COMPANIES, LLC**, a limited liability company organized and existing under the laws of the State of Louisiana, authorized to do business in the State of Louisiana whose physical address is 104 Sable, Duson, Louisiana 70529, appearing herein through its duly authorized representative, Karen Oertling;

who, having been duly sworn, deposed and stated that: **STRIC-LAN COMPANIES, LLC** claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, operator, and/or lessee of the hereinafter described operating interest and/or well and makes this its affidavit claiming such lien:

    I.    **NAME AND ADDRESS OF CLAIMANT:**

> **STRIC-LAN COMPANIES, LLC**, a limited liability company organized and existing under the laws of the State of Louisiana, authorized to do business in the State of Louisiana whose physical address is 104 Sable, Duson, Louisiana 70529.

    II.    **AMOUNT AND NATURE OF THE OBLIGATION:**

> **WHISTLER ENERGY II, LLC** is justly, truly and legally indebted unto **STRIC-LAN COMPANIES, LLC** in the principal amount of **THREE HUNDRED THIRTY FIVE THOUSAND, NINE HUNDRED NINETY EIGHT AND 28/100 ($335,998.28) DOLLARS** together with legal interest thereon from the date each invoice was due until paid in full, together with reasonable attorney's fees for collection costs, for labor, services, equipment, materials and/or supplies furnished to the operator, **WHISTLER ENERGY II, LLC**, in connection with the drilling and/or operation of a certain well or wells involved in the search and/or production of oil and/or gas. The labor, services, equipment, materials and/or supplies furnished by **STRIC-LAN COMPANIES, LLC** include, but are not limited to: the furnishing of
> 
> <u>Deepwater Survey, Well Testing Services, Maintenance/Repair and Pressure Transient Analysis Reporting</u>
> 
> in connection with the operation of a certain production platform and well or wells, namely the Green Canyon, Blk 18, Well No. A-5 ST02 BP02 (See the Operating Interest - Section V), involved in the search and/or production of hydrocarbons, oil and/or gas. Attached as Exhibit "A" are copies of Claimant's Invoice Nos. 0100827-IN, 0100828-IN, 0100830-IN, 0100842-IN, 0100898-IN and 0100930-IN, which evidence the labor, services, equipment, materials and/or

supplies and provide a detailed explanation of same. The principal amount of the Invoices total $335,998.28.

III. **NAME AND ADDRESS OF PERSON OWING SUCH AMOUNT:**

**WHISTLER ENERGY II, LLC**
3200 Southwest Freeway, Suite 2050
Houston, Texas 77027.

IV. **NAME OF THE OPERATOR:**

**WHISTLER ENERGY II, LLC**
3200 Southwest Freeway, Suite 2050
Houston, Texas 77027.

See Exhibit "B", Active Lease by Designated Operator, United Stated Department of the Interior Bureau of Ocean Energy Management.

V. **DESCRIPTION OF THE OPERATING INTEREST UPON WHICH THE PRIVILEGE IS CLAIMED, OR OF THE WELL WITH RESPECT TO WHICH THE OPERATIONS GIVING RISE TO CLAIMANT'S PRIVILEGE WERE PERFORMED:**

| | |
|---|---|
| Area: | Green Canyon Field |
| Block Number: | 18 |
| Lease Number: | OCS – G04940 |
| Field: | G.C. Blk 18 |
| API Well No.: | 608114007504 |
| Well Name: | A-5 ST02 BP02 |

See Exhibit "C", Platform Locations in the Gulf, United Stated Department of the Interior Bureau of Ocean Energy Management and Lease Area Block Data and MMS Well Activity Report.

VI. **OWNER OF THE OPERATING INTEREST UPON WHICH THE PRIVILEGE IS CLAIMED:**

**WHISTLER ENERGY II, LLC**                          **100%**
3200 Southwest Freeway, Suite 2050
Houston, Texas 77027

See Exhibit "D", Lease Owner Data, United Stated Department of the Interior Bureau of Ocean Energy Management.

Claimant further declared that this Statement of Privilege is executed and recorded for purposes of preserving the lien and privilege granted by law to **STRIC-LAN COMPANIES, LLC** with respect to the aforementioned Working Interest and Operating Interest and well(s), and all of the oil or gas produced from said wells and the proceeds thereof inuring to the working interests therein, and on the oil and/or gas wells themselves and the leases whereupon the same are located with respect to which drilling and operations were conducted, and on all drilling rigs, workover rigs, standard rigs, machinery, appurtenances, appliances, equipment, buildings, tanks and other structures thereto attached for the drilling, equipping and operation of the wells and leases, as well as on any and all other property, rights and/or things as provided

by law for the payment of the amount due for such labor, services, equipment, materials, expenses and/or supplies, in principal and interest, for the cost of preparing and recording this statement of privilege and for the amount of reasonable attorney fees not to exceed ten (10%) percent in connection with the employment of an attorney to enforce collection of the amounts being owed by **WHISTLER ENERGY II, LLC**, which amounts are past due and owing at this time, all in accordance with and as provided for in La.R.S. 9:4861 et seq., as amended, and any and all other applicable laws of the State of Louisiana.

Claimant further declared that it has incurred attorney's fees and expenses in the additional amount of FIFTEEN HUNDRED AND NO/100 ($1500.00) DOLLARS in connection with the preparation and filing of this Statement of Privilege, and recordation costs in the estimated amount of FIVE HUNDRED AND NO/100 ($500.00) DOLLARS, for which it also claims a lien and privilege under the provisions of LA R.S. 9:4861 et seq., as amended.

THUS DONE AND SIGNED on the day and date hereinabove first written in the presence of the undersigned competent witnesses and me, Notary Public, after due and complete reading of the whole.

WITNESSES:

Name: Sharon R LeVasseur

Name: Liz Campbell

**CLAIMANT:**
**STRIC-LAN COMPANIES, LLC**

BY: _____
Name: Karen Oertling
Title: CEO of Stric-Lan Companies, LLC

_____
NOTARY PUBLIC
Name: _____
Notary or Bar # _____
Commission Expires

JILL N. HOLLIER
Notary Public ID No. 89028
State of Louisiana
My Commission is For Life



# Invoice

Page: 1

**STRIC-LAN COMPANIES, LLC**
P.O. BOX 62288
LAFAYETTE, LA 70596
(337) 984-7850

Invoice Number: 0100827-IN
Invoice Date: 10/31/2015
Tax Schedule: OLA
Job Number: 12LA911
Invoice Due Date: 11/30/2015

**Sold To:**
WHISTLER ENERGY II, LLC
3200 SOUTHWEST FREEWAY
SUITE 2050
HOUSTON, TX 77027

**Ship To:**
WHISTLER ENERGY II, LLC
FIELD: G.C. BLK. 18
WELL: A-5
OCS-G: 04940

1.5% Finance Fees on Past Due Accounts

| Well/P.O. Number | Salesperson: | | Terms | | |
|---|---|---|---|---|---|
| 15002-C | WSM | | Net 30 Days | | |
| Item Code | Item Description | Unit | Ordered | Shipped | Price | Amount |
| | DEEPWATER SURVEY DATES: 7/25/15 & 8/12/15 | | | | | |
| /4300 | SURVEY PERFORMED | DAY | 2.00 | 2.00 | 1,056.00 | 2,112.00 NT |
| /4320 | PERSONNEL MILEAGE | MILE | 660.00 | 660.00 | 1.25 | 825.00 NT |

Net Invoice: 2,937.00
Sales Tax: 0.00
Invoice Total: 2,937.00



EXHIBIT A



# Invoice

Page: 1

STRIC-LAN COMPANIES, LLC
P.O. BOX 62288
LAFAYETTE, LA 70596
(337) 984-7850

Invoice Number: 0100828-IN
Invoice Date: 10/31/2015
Tax Schedule: OLA
Job Number: 12LA911
Invoice Due Date: 11/30/2015

Sold To:
WHISTLER ENERGY II, LLC
3200 SOUTHWEST FREEWAY
SUITE 2050
HOUSTON, TX 77027

Ship To:
WHISTLER ENERGY II, LLC
FIELD: G.C. BLK.18
WELL: A-5 ST02 BP02
OCS-G: 04940 A/C: 430-845-120

1.5% Finance Fees on Past Due Accounts

| Well/P.O. Number | Salesperson: | | Terms | | |
|---|---|---|---|---|---|
| 15002-C | WSM | | Net 30 Days | | |
| Item Code | Item Description | Unit Ordered | Shipped | Price | Amount |
| | DEEPWATER WELL-TESTING SERVICE DATES: 10/1/15 - 10/31/15 | | | | |
| /M | EQUIPMENT PACKAGE | | | | 58,144.00 NT |
| /M | PERSONNEL ON SITE | | | | 107,292.00 NT |
| /M | PERSONNEL MILEAGE | | | | 2,100.00 NT |
| /M | SUBCONTRACTOR EQUIPMENT | | | | 35,877.00 NT |

Net Invoice: 203,413.00
Sales Tax: 0.00
Invoice Total: 203,413.00



# Invoice

Page: 1

STRIC-LAN COMPANIES, LLC
P.O. BOX 62288
LAFAYETTE, LA 70596
(337) 984-7850

| | |
|---|---|
| Invoice Number: | 0100830-IN |
| Invoice Date: | 11/5/2015 |
| Tax Schedule: | OLA |
| Job Number: | 12LA911 |
| Invoice Due Date: | 12/5/2015 |

**Sold To:**
WHISTLER ENERGY II, LLC
3200 SOUTHWEST FREEWAY
SUITE 2050
HOUSTON, TX 77027

**Ship To:**
WHISTLER ENERGY II, LLC
FIELD: G.C. BLK. 18
WELL: A-5 ST02 BP02
OCS-G: 04940 A/C: 430-845-120

1.5% Finance Fees on Past Due Accounts

| Well/P.O. Number | Salesperson: | | Terms | | |
|---|---|---|---|---|---|
| 15002-C | WSM | | Net 30 Days | | |
| Item Code | Item Description | Unit | Ordered | Shipped | Price | Amount |
| | DEEPWATER WELL TESTING SERVICE DATES: 8/14/15 - 8/31/15 | | | | | |
| /4100 | EQUIPMENT PACKAGE | DAY | 6.00 | 6.00 | 1,221.00 | 7,326.00 NT |
| /4411 | THIRD PARTY (50% RATE) | DAY | 6.00 | 6.00 | 363.00 | 2,178.00 NT |
| | STRIC LAN SALESMAN (WES SIMS) GOT THIS TICKET SIGNED IN THE OFFICE AND NOT OUT ON SITE LOCATION. | | | | | |

| | |
|---|---|
| Net Invoice: | 9,504.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **9,504.00** |



# Invoice

Page: 1

STRIC-LAN COMPANIES, LLC
P.O. BOX 62288
LAFAYETTE, LA 70596
(337) 984-7850

Invoice Number: 0100842-IN
Invoice Date: 11/12/2015
Tax Schedule: OLA
Job Number: 12LA911
Invoice Due Date: 12/12/2015

Sold To:
WHISTLER ENERGY II, LLC
3200 SOUTHWEST FREEWAY
SUITE 2050
HOUSTON, TX 77027

Ship To:
WHISTLER ENERGY II, LLC
FIELD: G.C. BLK 18
WELL: A-5  ST02 BP02
OCS-G: 04940  A/C: 430-845-120

1.5% Finance Fees on Past Due Accounts

| Well/P.O. Number | Salesperson: | | | Terms | | |
|---|---|---|---|---|---|---|
| 15002-C | WSM | | | Net 30 Days | | |
| Item Code | Item Description | Unit | Ordered | Shipped | Price | Amount |
| | WELL-TESTING SERVICE DATES: 11/1/15 - 11/10/15 | | | | | |
| /4100 | EQUIPMENT PACKAGE | DAY | 10.00 | 10.00 | 2,534.00 | 25,340.00 NT |
| /4300 | PERSONNEL ON SITE | DAY | 1.00 | 1.00 | 6,443.00 | 6,443.00 NT |
| /4300 | PERSONNEL ON SITE | DAY | 9.00 | 9.00 | 7,203.50 | 64,831.50 NT |
| /4411 | MAC 14 TEST PUMP | DAY | 10.00 | 10.00 | 169.00 | 1,690.00 NT |
| /4411 | 150 4" VENT HOSES W/RACK | DAY | 10.00 | 10.00 | 327.00 | 3,270.00 NT |
| /4411 | 2" 1502 DART STYLE CHECK VAVLE | DAY | 10.00 | 10.00 | 61.00 | 610.00 NT |
| /4411 | R-35 FLANG | DAY | 10.00 | 10.00 | 39.00 | 390.00 NT |
| /4411 | RADIOS | DAY | 10.00 | 10.00 | 34.00 | 340.00 NT |
| /4411 | WHIPCHECKS | DAY | 10.00 | 10.00 | 304.00 | 3,040.00 NT |
| /4411 | OFFSHORE BASKET - OCTOBER | DAY | 14.00 | 14.00 | 13.00 | 182.00 NT |
| | STANDY BY DATES OCT 3rd, 6th - 18th | | | | | |
| /4411 | OFFSHORE BASKET - OCTOBER | DAY | 15.00 | 15.00 | 26.00 | 390.00 NT |
| | FULL CHARGE RATE | | | | | |
| /4411 | OFFSHORE BASKET - NOVEMBER | DAY | 10.00 | 10.00 | 26.00 | 260.00 NT |
| /4300 | PTA REPORT | DAY | 1.00 | 1.00 | 1,200.00 | 1,200.00 NT |
| /4500 EXPEND | EXPENDABLES FURNISHED | | | | | 895.00 NT |

Net Invoice: 108,881.50
Sales Tax: 0.00
Invoice Total: 108,881.50



# Invoice

Page: 1

STRIC-LAN COMPANIES, LLC
P.O. BOX 62288
LAFAYETTE, LA 70596
(337) 984-7850

| | |
|---|---|
| Invoice Number: | 0100898-IN |
| Invoice Date: | 1/4/2016 |
| Tax Schedule: | OLA |
| Job Number: | 12LA911 |
| Invoice Due Date: | 2/3/2016 |

**Sold To:**
WHISTLER ENERGY II, LLC
3200 SOUTHWEST FREEWAY
SUITE 2050
HOUSTON, TX 77027

**Ship To:**
WHISTLER ENERGY II, LLC (GC)
FIELD: G.C. BLK 18
WELL: A-5 ST02 BP02
OCS-G: 04940 A/C: 430-845-120

1.5% Finance Fees on Past Due Accounts

| Well/P.O. Number | Salesperson: | | Terms | | | |
|---|---|---|---|---|---|---|
| 15002-C | WSM | | Net 30 Days | | | |
| Item Code | Item Description | Unit | Ordered | Shipped | Price | Amount |
| | MAINTENANCE/REPAIR INVOICE | | | | | |
| /4630 | DISPOSAL WASHOUT FLUID | EACH | 25.00 | 25.00 | 38.50 | 962.50 NT |
| /4635 | HADLEY - SALE ITEMS | EACH | 1.00 | 1.00 | 343.62 | 343.62 NT |
| /4635 | HADLEY - EPA FEES | EACH | 1.00 | 1.00 | 17.25 | 17.25 NT |
| /4635 | ALPHA - EPA FEES | EACH | 1.00 | 1.00 | 23.00 | 23.00 NT |
| /4635 | GSI - INSPECTION FEES | EACH | 1.00 | 1.00 | 575.00 | 575.00 NT |
| /4635 | RESET MASTER PANEL | EACH | 1.00 | 1.00 | 1,917.96 | 1,917.96 NT |
| /4635 | REPAIR/TEST 2" VALVE | EACH | 1.00 | 1.00 | 1,978.77 | 1,978.77 NT |
| /4635 | REPAIR/TEST 2" CHOKE | EACH | 1.00 | 1.00 | 3,511.13 | 3,511.13 NT |
| /4635 | REPAIR/TEST PLUG VALVES | EACH | 1.00 | 1.00 | 733.55 | 733.55 NT |

| | |
|---|---:|
| Net Invoice: | 10,062.78 |
| Sales Tax: | 0.00 |
| Invoice Total: | 10,062.78 |



# Invoice

Page: 1

STRIC-LAN COMPANIES, LLC
P.O. BOX 62288
LAFAYETTE, LA 70596
(337) 984-7850

| | |
|---|---|
| Invoice Number: | 0100930-IN |
| Invoice Date: | 1/27/2016 |
| Tax Schedule: | OLA |
| Job Number: | 12LA927 |
| Invoice Due Date: | 2/26/2016 |

Sold To:
WHISTLER ENERGY II, LLC
3200 SOUTHWEST FREEWAY
SUITE 2050
HOUSTON, TX 77027

Ship To:
WHISTLER ENERGY II, LLC (GC)
FIELD: G.C. BLK 18
WELL: A-5
PTA REPORT

**1.5% Finance Fees on Past Due Accounts**

| Well/P.O. Number | Salesperson: | | Terms | | |
|---|---|---|---|---|---|
| OCS-G-04940 | WSM | | Net 30 Days | | |

| Item Code | Item Description | Unit | Ordered | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| | PRESSURE TRANSIENT ANALYSIS REPORTING | | | | | |
| /4300 | PTA REPORT | DAY | 1.00 | 1.00 | 1,200.00 | 1,200.00 NT |

| | |
|---|---|
| Net Invoice: | 1,200.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,200.00 |

```
LSTOWNDS              UNITED STATES DEPARTMENT OF THE INTERIOR         LEASE ADMIN
                          BUREAU OF OCEAN ENERGY MANAGEMENT            02-MAY-2016
                              GULF OF MEXICO REGION                    PAGE:    124
                          Active Lease by Designated Operator
Operator Number:    %
Sort By:            Sort Name
```

DESIGNATED OPERATOR:    03269         Whistler Energy II, LLC

Number of Leases:  4

<u>Lease Number</u>

G04940

G05809

G14021

G34961

```
        *  *  *  *  *  *          UNCLASSIFIED          *  *  *  *  *  *
```



EXHIBIT B

Case 16-10661   Doc 22   Filed 05/13/16   Entered 05/13/16 14:56:17   Main Document
Page 17 of 19

PBLOCPLT                                                                                    PLATFORMS
UNITED STATES DEPARTMENT OF THE INTERIOR                                                    02-MAY-2016
MINERALS MANAGEMENT SERVICE                                                                 PAGE:
GULF OF MEXICO REGION

*Platform Locations in the Gulf (3060,3063)*

Platform Option: All Platforms

| District | CPXID | Str # | Area | Block | Str Name | NS Dist | NS Dep | EW Dist | EW Dep | X Loc | Y Loc | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 20476 | 2 | BM | 3 | 13 | 5900 | S | 651 | E | 2374126.73 | 140230 | 29.04702091 | -90.16256 |
| 2 | 20476 | 3 | BM | 3 | KN-Flare Pile | 5579 | S | 351 | E | 2374426.73 | 139909 | 29.0461298 | -90.1616378 |
| 2 | 23800 | 1 | EW | 826 | A | 3200 | N | 4500 | W | 2491380 | 10229440 | 28.163269 | -90.358587 |
| 2 | 24129 | 1 | EW | 873 | A (LOBSTER) | 6969 | S | 7938 | W | 2542338 | 10207929 | 28.10101003 | -90.2020994 |
| 2 | 00147 | 1 | EW | 910 | A | 692 | N | 8105 | E | 2431255 | 10188253 | 28.053518 | -90.547649 |
| 2 | 00811 | 1 | EW | 1003 | A-Prince TLP | 1644 | N | 586 | W | 2503306 | 10167636 | 27.99267674 | -90.3258151 |
| 2 | 23503 | 1 | GC | 18 | A | 7921 | N | 4356 | E | 2276604 | 10145519 | 27.943725 | -91.029094 |
| 2 | 23277 | 1 | GC | 19 | A (Boxer) | 7000 | N | 6000 | W | 2286960 | 10146440 | 27.945795 | -90.996981 |
| 2 | 23567 | 1 | GC | 52 | CPP | 5505 | S | 1070 | E | 2121490 | 10127265 | 27.899555 | -91.510172 |
| 2 | 23567 | 2 | GC | 52 | A | 5269 | S | 817 | E | 2121743 | 10127029 | 27.898897 | -91.509397 |
| 2 | 23552 | 1 | GC | 65 | A-Bullwinkle | 2403 | S | 5533 | W | 2318173 | 10124163 | 27.88309663 | -90.9015164 |
| 2 | 00085 | 1 | GC | 89 | A-Cinnamon | 4204 | N | 8609 | W | 2004449 | 10117556 | 27.87628574 | -91.8728442 |
| 2 | 00420 | 1 | GC | 158 | A-Brutus TLP | 3630 | S | 6842 | E | 2400838 | 10093710 | 27.79523773 | -90.6475413 |
| 2 | 23583 | 1 | GC | 184 | A-Jolliet TLP | 4950 | S | 2400 | E | 2120160 | 10079190 | 27.767356 | -91.51609 |
| 2 | 00067 | 1 | GC | 205 | A-Genesis Spar | 1362 | N | 3190 | W | 2442550 | 10088718 | 27.77925703 | -90.5189076 |
| 2 | 02133 | 1 | GC | 237 | B(Helix) | 6908 | N | 2886 | W | 2252166 | 10067332 | 27.729759 | -91.1085026 |
| 2 | 00251 | 1 | GC | 254 | A(ALLEGHENY SEA | 99 | S | 3410 | W | 2521970 | 10058499 | 27.69156972 | -90.2755364 |
| 2 | 01290 | 1 | GC | 338 | A-Front Runner | 6367 | S | 2142 | E | 2468898 | 10033087 | 27.62484093 | -90.4410475 |
| 2 | 01323 | 1 | GC | 608 | A(TLP MARCO POL | 7701 | S | 4934 | W | 2555174 | 9939381 | 27.36212111 | -90.1813862 |
| 2 | 01799 | 1 | GC | 613 | A (Neptune TLP) | 3267 | N | 9232 | W | 2638672 | 9944253 | 27.3700796 | -89.9240239 |

*   *   *   *   *          UNCLASSIFIED          *   *   *   *   *



**BOEM**

BOEM.GOV · Ocean Energy Management

- About BOEM
- Regions
- Newsroom
- Oil & Gas Energy Programs
- Renewable Energy Programs
- Environmental Stewardship
- Regulations & Guidance
- BOEM Data Center
- Online Queries
  - Company
  - Leasing
  - Pipeline
  - Plans and Permits
  - Platform/Rig
  - Production
  - Well
- Scanned Documents
  - Active-Inactive Leases
  - Adjudication Files
  - Collateral Files
  - Company Files
  - Directional Surveys
  - Expired Leases
  - G&G Permits
  - Pipeline Maps
  - Plans
  - Renewable Energy Lease Files
  - ROW Files
  - SOP-SOO
  - Unit Agreements
  - Well
- PDF Reports
- ASCII Downloads
  - Company
  - Directional Surveys
  - Field & Reserves
  - Geological and Geophysical Studies
  - Leasing
  - Mapping
  - Paleontologic
  - Pipeline
  - Plans and Permits
  - Platform/Rig
  - Production
  - Well

Other Resources

## Lease Owner Query Search Results

### Searched by Lease Number, Sorted by Lease Number.

Your search returned 2 entries, you chose to display 50 entries per page.

Current page number: 1

Click here to **Query Your Results**

| Lease Owner Data  Searched by Lease Number  Sorted by Lease Number ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lease Number | MMS Company Number | Company Name | Status Code | Owner Aliquot Cd | Sn Lse Owner | Approved Date | MMS Start Date | Asgn Term Date | Owner Group Code | Assignment Pct | Asgn Eff Date |
| G04940 | 03269 | Whistler Energy II, LLC | C | 1 | 270276 | 8/2/2013 | 11/8/2012 | | | 100 | 10/1/2011 |
| G04940 | 03269 | Whistler Energy II, LLC | C | 1 | 270276 | 8/2/2013 | 11/8/2012 | | | 100 | 10/1/2011 |

Lease Owner Online Query Search Options



EXHIBIT P

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

IN RE: WHISTLER ENERGY, II            CASE NO.:16-10661

DEBTOR            CHAPTER 11

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Perfection of Privilege in Property of the Debtor Under 11 U.S.C. § 546(b) was served on May 13, 2016 by:

(1) By ELECTRONIC FILING through the attached Notice of Electronic Filing by the Court's electronic filing system; and

(2) By FIRST CLASS MAIL, POSTAGE PREPAID, on May 13, 2016, upon:

**Paul J. Goodwine**
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130

**Stewart F. Peck**
601 Poydras Street
Suite 2775
New Orleans, LA 70130

**John P. Melco**
1000 Louisiana Street Suite 2000
Houston, Texas 77002

**Whistler Energy II, LLC**
3200 Southwest Freeway
Suite 2050
Houston, TX 77027

Lafayette, Louisiana, this 13th day of May, 2016.

           /s/ CRAIG A. RYAN
           CRAIG A. RYAN (#20354)
           1200 Camellia Boulevard, Suite 300 (70508)
           Post Office Box 3507
           Lafayette, LA 70502-3507
           Telephone: (337) 237-2660
           Facsimile: (337) 266-1232
           E-mail: ryanc@onebane.com
           ATTORNEYS FOR STRIC-LAN COMPANIES, LLC

3418332.1