**Fill in this information to identify the case:**

Debtor name: Whistler Energy II, LLC

United States Bankruptcy Court for the: Eastern District of Louisiana (State)

Case number (If known): 16-10661

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nabors Offshore Corporation<br>515 West Greens Road, Ste. 500<br>Houston, TX 77067-4525 | Todd Fox<br>Senior Vice President<br>Todd.Fox@nabors.com<br>(281) 775-8003 | Trade Debt | Disputed | | | $2,376,334.67 |
| 2 | Adriatic Marine LLC<br>PO Box 188<br>Raceland, LA 70394-0188 | Kevin Gonzales<br>moose@adriaticmarinellc.com<br>(985) 537-9330 | Trade Debt | | | | $2,295,342.59 |
| 3 | Schlumberger Technology Corp.<br>PO Box 732149<br>Dallas, TX 75373-2149 | Duncan Robinson<br>duncanr@slb.com<br>(281) 285-1129 | Trade Debt | | | | $2,028,192.70 |
| 4 | Wood Group PSN Inc.<br>PO Box 301415<br>Dallas, TX 75303-1415 | David Sedge<br>David.Sedge@woodgroup.com<br>(337) 291-6236 | Trade Debt | | | | $1,565,854.00 |
| 5 | Premier Fluids<br>1035 Dairy Ashford, Ste. 320<br>Houston, TX 77079 | Jeremy Pate<br>jeremy.pate@hotmail.com<br>(832) 731-6247 | Trade Debt | | | | $1,528,442.37 |
| 6 | Bristow US LLC<br>4605 Industrial Drive<br>New Iberia, LA 70560 | L. Don Miller<br>don.miller@bristowgroup.com<br>(713) 267-7683 | Trade Debt | | | | $1,195,105.81 |
| 7 | MI LLC<br>PO Box 732135<br>Dallas, TX 75373-2135 | Duncan Robinson<br>duncanr@slb.com<br>(281) 561-1300 | Trade Debt | | | | $931,679.11 |
| 8 | C&G Boats<br>1216 South Bayou Drive<br>Golden Meadow, LA 70357 | Doug Lerner<br>doug@cgboats.us<br>(985) 400-2782 | Trade Debt | | | | $793,312.30 |

Debtor: Whistler Energy II, LLC

Case number (if known): 16-10661

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Pyramid Tubular Products<br>PO Box 301604<br>Dallas, TX 75303-1604 | Ken Richmond<br>krichmond@pyramidtubular.com<br>(281) 405-8090 | Trade Debt | | | | $756,120.76 |
| 10 | Tetra Applied Technologies LLC<br>PO Box 841185<br>Dallas, TX 75284-1185 | Chris Halverson<br>CHalverson@tetratec.com<br>(281) 364-5059 | Trade Debt | | | | $752,348.18 |
| 11 | Hydra Ops LLC<br>17424 W Grand Parkway S<br>Sugar Land, TX 77479 | John Hadley<br>jhadley@hydraoc.com<br>(713) 818-6150 | Trade Debt | | | | $617,501.28 |
| 12 | C Port/Stone LLC<br>PO Box 4869<br>Houston, TX 77210-4869 | Lacey Lee<br>lacey.lee@chouest.com<br>(985) 601-4888 | Trade Debt | | | | $537,247.39 |
| 13 | Halliburton Energy Services<br>PO Box 301341<br>Dallas, TX 75303-1341 | Daniel Antonio<br>daniel.antonio@Halliburton.com<br>(281) 575-3474 | Trade Debt | | | | $520,203.74 |
| 14 | Eaton Oil Tools Inc.<br>PO Box 1050<br>Broussard, LA 70518-1050 | Americo Mendez<br>amendez@eatonoiltools.com<br>(337) 856-8820 | Trade Debt | | | | $451,308.03 |
| 15 | Warrior Energy Services<br>Dept. 2114 PO Box 122114<br>Dallas, TX 75312-2114 | Kelly Cahill<br>kcahill@bwwc.com<br>(337) 234-7487 | Trade Debt | | | | $411,127.92 |
| 16 | Scientific Drilling International Inc.<br>PO Box 301036<br>Dallas, TX 75303-1036 | Kevin Kemmerly<br>kevin.kemmerly@scientificdrilling.com<br>(281) 443-3300 | Trade Debt | | | | $410,514.29 |
| 17 | Sierra Engineering<br>PO Box 50203<br>Midland, TX 79710 | Bobby James<br>bjames@sierraengineeringhouston.com<br>(713) 202-9427 | Trade Debt | | | | $394,859.23 |
| 18 | Specialist Staffing Solutions<br>Dept 2610 PO Box 122610<br>Dallas, TX 75312-2610 | Brian Chisholm<br>b.chisholm@sthree.com<br>(832) 900-5983 | Trade Debt | | | | $394,055.78 |
| 19 | Concentric Pipe and Tool Rentals<br>Dept 2200, PO Box 122200<br>Dallas, TX 75312-220 | Barney Breaux<br>barney.breaux@concentricpipe.com<br>(985) 876-5115 | Trade Debt | | | | $379,522.37 |
| 20 | Tesco Corporation<br>PO Box 730525<br>Dallas, TX 75373-0525 | Tyler Johnson<br>tyler_johnson@tescocorp.com<br>(713) 670-6549 | Trade Debt | | | | $342,494.30 |