Whistler Energy II, LLC
Equity Ownership

| Person | Common Time-Based Vested | Common Time-Based Unvested | Common Performance Based Unvested | Vested Warrants | Preferred Units | Fully Diluted Total | % | Address |
|---|---|---|---|---|---|---|---|---|
| **Commerce Oil LLC** | 7.08 | 1.08 | 5.97 | - | 38.25 | 52.380000 | **46.21%** | Commerce Oil LLC c/o Freepoint Commodities LLC 58 Commerce Road Stamford, CT 0690 |
| Apollo Management | | | | | | | | |
| ANS (WE), LLC | | | | 1.785000 | | 1.785000 | 1.58% | |
| Apollo Centre Street Partnership, L.P. | | | | 5.270000 | | 5.270000 | 4.65% | |
| Apollo Credit Opportunity Fund II AIV I LP | | | | 8.755000 | | 8.755000 | 7.73% | |
| Apollo Franklin Partnership, L.P. | | | | 0.467500 | | 0.467500 | 0.41% | |
| Apollo Special Opportunities Managed Account, L.P. | | | | 6.672500 | | 6.672500 | 5.89% | |
| **Total Apollo Management** | | | | 22.950000 | | 22.950000 | **20.25%** | Address for all Apollo entities: c/o Apollo Management, L.P. 9 W 57th Street, 37th Floor New York, NY 10019 |
| Summit Partners | | | | | | | | |
| Summit Investors I, LLC | | | | 0.042914 | | 0.042914 | 0.04% | |
| Summit Investors I (UK), L.P. | | | | 0.003910 | | 0.003910 | 0.00% | |
| Summit Partners Credit Fund A-1, L.P. | | | | 4.415262 | | 4.415262 | 3.90% | |
| Summit Partners Credit Fund, L.P. | | | | 10.117710 | | 10.117710 | 8.93% | |
| Summit Partners Credit Offshore Intermediate Fund, L.P. | | | | 0.720200 | | 0.720200 | 0.64% | |
| **Total Summit Partners** | | | | 15.299996 | | 15.299996 | **13.50%** | Address for all Summit Entities: 222 Berkeley Street 18th Floor Boston, MA 02116 |
| **Frankel Green Canyon LLC** | 4.33 | 2.17 | 5.97 | | | 12.470000 | **11.00%** | c/o Scott A Frankel 5205 Pine St Bellaire, TX 77401 |
| **Black Star Energy, LLC** | 1.67 | 1.67 | 0.67 | | | 4.010000 | **3.54%** | c/o Robert E Wichert 12 Greenway Plaza, Suite 1100 Houston, TX 77046 |
| **Englehart Energy, Inc.** | 1.00 | 0.50 | 0.20 | | | 1.700000 | **1.50%** | c/o Thomas Englehart 13518 Lakeside Terrace Dr Houston, TX 77044 |
| **Bethancourt Oil & Gas Company** | 1.00 | 0.50 | 0.20 | | | 1.700000 | **1.50%** | c/o Robert Bethancourt 3602 Kiamesha Dr Missouri City, TX 77459 |
| **Curtis Carver** | 1.00 | 0.50 | 0.20 | | | 1.700000 | **1.50%** | 9304 Old River Court West Montgomery, TX 77356 |
| **Ken Reed** | 0.67 | 0.33 | 0.13 | | | 1.130000 | **1.00%** | 13422 Ellerslie Lane Cypress, TX 77429 |
| **Total** | 16.75 | 6.75 | 13.34 | 38.25 | 38.25 | 113.34000 | **100.00%** | |