**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | **CASE NO. 16-10661** |
| WHISTLER ENERGY II, LLC, | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (with attachments) (each a "Schedule" and together the "Schedules") and the Statement of Financial Affairs (the "Statement") filed by Whistler Energy II, LLC ("Whistler" or "Debtor")[1] with the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court") were prepared pursuant to Section 521 of Title 11 of the Bankruptcy Code[2] (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtor's management with the assistance of its advisors and are unaudited.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and Statement. **The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and the Statement**. These Global Notes are in addition to any specific notes contained in any Schedule or Statement.

While the Debtor's management has made reasonable efforts to ensure that the Schedules and the Statement are accurate and complete based upon the information that was available to them at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtor may discover subsequent information that results in material changes to the Schedules or the Statement. Because the Schedules and Statement contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and the Statement are complete.

Mr. Curtis Carver, the Debtor's Chief Accounting Officer, has signed the Schedules and the Statement. Mr. Carver has relied upon the efforts, statements, and representations of Debtor's other personnel and professionals. Mr. Carver has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and the Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

---

[1]  The last four digits of the Debtor's federal tax identification number are: 1412.

[2]  "**Bankruptcy Code**" shall mean 11 U.S.C. §§ 101, *et seq.*

The Global Notes supplement and are in addition to any specific notes contained in the Schedules and the Statement.

1. **Description of Case.** On March 24, 2016 (the "Petition Date"), an involuntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code[3] was filed against the Debtor. On May 25, 2016, the Debtor consented to the order for relief in the case ("Chapter 11 Case"). From March 24, 2016, to May 25, 2016 ("Gap Period"), the Debtor operated its business in the ordinary course of business. The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed

2. **"As Of" Information Date**. The asset and liability information provided herein represents the asset and liability data of the Debtor as of the close of business on March 24, 2016, except as otherwise noted.

3. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and an accurate Statement; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to (i) amend or supplement the Schedule and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and the Statement with respect to any claim ("Claim"), including descriptions or designations; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; and (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and the Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in the Schedules and the Statement shall constitute an admission of any Claims or a waiver of any Debtor's rights with respect to the Chapter 11 Case. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and the Statement.

4. **Basis of Presentation.** The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and the Statement contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

5. **Net Book Value of Assets**. Unless otherwise indicated, the Debtor's Schedule and Statement reflect net book values as of February 29, 2016. The book value of certain assets may materially differ from the fair market value. For the avoidance of doubt,

---

[3] "**Bankruptcy Code**" shall mean 11 U.S.C. §§ 101, *et seq.*

nothing contained in the Schedules and the Statement is indicative of the Debtor's enterprise value. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the commodity price environment and may differ materially from the actual value and/or performance of the underlying assets. Given the dramatic swing in the commodity prices over the last several months, this difference is material. As such, the value listed in the Schedules and Statement cannot be used to determine the Debtor's enterprise valuation.

6.  **Recharacterization**. The Debtor has made reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement. Nevertheless, the Debtor may have improperly characterized, classified, categorized, designated, or omitted certain items. The Debtor reserves all of its rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate.

7.  **Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and Statement as is necessary or appropriate.

8.  **Certain Priority Unsecured Claims**. The liabilities listed on the Schedules do not reflect any analysis of Claims under Section 503(b)(9) of the Bankruptcy Code Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted Claims under Section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

9.  **Gap Period Claims.** The Debtor has excluded any Claims attributable to the Gap Period from the Schedules and Statement.

10.  **Excluded Assets and Liabilities**. The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statement, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtor also has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

11.  **Insiders**. The Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not

an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

12. <u>**Intellectual Property Rights**</u>. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

13. <u>**Executory Contracts**</u>. The Debtor is a party to several master service contracts, which provide that neither party is obligated under such master service contract.  Accordingly, the Debtor has not listed such master service contracts on Schedule G.

14. <u>**Classifications**</u>. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

15. <u>**Claims Description**</u>. Schedule D and E/F permits the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedule and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedule and Statement on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

16. <u>**Causes of Action**</u>. The Debtor has made reasonable efforts to identify all known assets. Despite such reasonable efforts, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and the Statement, including, without limitation, causes of actions arising under the provisions of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "<u>Causes of Action</u>") it may have, and neither these Global Notes nor the Schedules and the Statement shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17. **Statutory Liens.** The property in the Schedules is presented without consideration of any mechanics', materialman's, or other similar liens. The Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

18. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims. The Debtor was authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been designated as either contingent or unliquidated. To the extent the Debtor paid any of the Claims listed in the Schedules and Statement pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all of its rights to amend or supplement the Schedules and Statement or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- Liens. Property and equipment listed in the Schedules and Statement are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

19. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

20. **Setoffs**. The Debtor periodically incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtor and its creditors regarding regulatory or governmental impositions costs incurred by Debtor, and other disputes between the Debtor and its creditors. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.

21. **Employee Addresses**. Employee addresses have been removed from entries listed throughout the Schedules and Statement, where applicable.

8933339v.5

22.     **Global Notes Control**. In the event that the Schedules and the Statement differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtor's Schedule**</u>

**Schedule Summary**. Except as otherwise noted, the asset information provided herein represents the Debtor's data regarding its assets as of March 24, 2016, and the liability information provided herein represents the Debtor's data regarding its liabilities as of the close of business on the Petition Date.

**Schedule A/B.3**. The bank account balances listed are as of the Petition Date.

In addition, the Debtor has listed two UBS accounts, which are pledged to secure Debtor's obligations under various bonds in favor of third parties in accordance with applicable law or applicable contract. These bonds are for the Debtor's asset retirement obligations for its various oil and gas leases. For disclosure purposes, the Debtor also includes the list of bonds for such properties.

**Schedule A/B.11**. In the ordinary course of the Debtor's businesses, the Debtor receives revenue for the sale of crude oil on the twentieth day following the end of the production month and receives revenue for the sale of gas on the twenty-fifth day following end of the production month. The Debtor then calculates the proceeds for a given production month, which includes: (1) payment of capital and operating expenses, (2) receipt of gross sales revenues, (3) receipt of gross gathering, processing, and transportation expense payments, and (4) disbursement of payments to royalty owners and overriding royalty interests. As of March 24, 2016, the Debtor had received the February 2016 crude sales only. The value of the Debtor's interest represents the February 2016 gas sales as well as a portion of the crude sales and gas sales for March 2016, which were expected to be paid in April, net of amounts due to royalty owners and net of expenses.

**Schedule A/B.38.** The total of the net book values of the office furniture, office fixtures and office equipment excludes leasehold improvements totaling $10,357, which are not property of the Debtor. The improvements will remain with, and be a benefit to, the lessor of the office space.

**Schedule A/B.55**. The Debtor reserves all of its rights, claims, and causes of action with respect to Claims associated with any oil and gas leases listed on Schedule A/B.55, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

**Schedule A/B.73**. The Debtor has listed its prepayments for certain insurance policies in the aggregate under Schedule A/B.8. For this Schedule A/B.73, the Debtor lists each of its insurance policies on an individual basis and for disclosure purposes only.

**Schedule A/B.75**. The Debtor made a claim under its insurance policy for a lost tool in connection with drilling operations. The value of the Debtor's interest takes into account the deductible and premium due under such policy. The Debtor reserves all rights regarding the

policy and amounts received on such insurance claim. The Debtor received payment for the insurance claim in April 2016.

**Schedule A/B.77**. The Debtor was a party to crude oil swap agreements. The settlement payments for March 2016 business were received on April 7, 2016 in the amount of $410,241. Subsequently, the Debtor terminated the remaining crude oil swap agreements, and received $507,593 on April 13, 2016 in final settlement of its hedge position.

**Schedule D**. The Debtor has not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtor's prepetition secured notes, only the administrative agent has been listed for purposes of Schedule D. The amounts outstanding under the Debtor's prepetition secured notes reflect approximate amounts as of the Petition Date.

**Schedule E/F**.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Pursuant to the *Final Order Granting the Revised Motion for Authority to Pay Prepetition Wages and Other Employee-Benefit Claims* [Docket No. 123] (the "Wages Order") and the *Final Order Granting Motion to Pay Insiders* [Docket No. 124] (the "Insider Order"), the Bankruptcy Court granted the Debtor authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtor has not listed on Schedule E/F any wage or wage-related obligations for which the Debtor has been granted authority to pay pursuant to any order that has been entered by the Bankruptcy Court. The Debtor believes that all such Claims have been satisfied in the ordinary course business during the Gap Period and during the Chapter 11 Case pursuant to the authority granted in the Wages Order and the Insider Order.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtor has made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtor's open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

**Schedule G**. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtor hereby expressly reserves the right to assert that any instrument listed on Schedule G is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtor reserves all of their rights, claims, and causes of action

with respect to claims associated with any contracts and agreements listed on the Schedule, including its right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatement, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatement, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatement, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G.

## Specific Disclosures with Respect to the Debtor's Statement

**Statement 1**. The gross revenue from its business is listed through February 29, 2016, rather than through the Petition Date, and includes oil and gas revenues as well as hedge proceeds.

**Statement 3**. In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.

All disbursements listed in Statement 3 are made through the Debtor's cash management system.

Statement 3 may include remittances to the Office of Natural Resources and Revenue ("ONRR") and remittances to owners of overriding royalty revenue interests ("ORRI"). Such remittances do not represent property of the Debtor's estates. The amounts listed in Statement 3 may also be net of other forms of reimbursements, such as repayments. In addition, the Debtor is obligated under various agreements to market the oil and gas production and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtor are obligated to remit the amount of those proceeds belonging to the ONRR and to the owners of ORRIs, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtor to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts are not property of the Debtor's estates, but may be included in Statement 3.

**Statement 4**. Directors and officers listed as transferees in Statement 4 for Whistler may be (i) officers of Whistler or (ii) former officers no longer employed by the Debtor.

**Statement 21**. The Debtor is obligated under various agreements to market the oil and gas production of certain owners of ORRIs to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtor is obligated to remit the net amount of those proceeds belonging to the owners of ORRIs, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtor to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. Such amounts are not property of the Debtor's estates, and are not included in Statement 21.

**Statement 28:**  Scott A. Frankel is a controlling shareholder in Frankel Green Canyon LLC, which holds a 7.87% undiluted (excluding warrants and unvested units) interest in the Debtor. Robert E. Wichert is a controlling shareholder in Black Star Energy LLC, which holds a 3.04% undiluted interest in the Debtor.

**Statement 30**. Directors and officers listed as transferees in Statement 30 for Whistler may be (i) officers of Whistler or (ii) former officers no longer employed by the Debtor.

**Fill in this information to identify the case:**

Debtor name ___Whistler Energy II, LLC___

United States Bankruptcy Court for the: _____Eastern_____ District of __Louisiana__
                                                                                        (State)

Case number (If known): ___16-10661_____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01/01/2016__ to   Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ __7,589,130__ |
| **For prior year:** | From __01/01/2015__ to __12/31/2015__<br>MM / DD / YYYY          MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ __36,903,975__ |
| **For the year before that:** | From __01/01/2014__ to __12/31/2014__<br>MM / DD / YYYY          MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ __72,780,203__ |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01/01/2016__ to   Filing date<br>MM / DD / YYYY | Interest income & SWAP settlements | $ __14,438,960__ |
| **For prior year:** | From __01/01/2015__ to __12/31/2015__<br>MM / DD / YYYY          MM / DD / YYYY | Interest income & SWAP settlement | $ __1,755,004__ |
| **For the year before that:** | From __01/01/2014__ to __12/31/2014__<br>MM / DD / YYYY          MM / DD / YYYY | Interest income | $ __69,065__ |

---

| Debtor | Whistler Energy II, LLC | Case number *(if known)* 16-10661 |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit A<br><br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.2. | <br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit B<br>Insider's name<br><br>Street<br><br><br>City          State     ZIP Code<br><br>**Relationship to debtor**<br><br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | <br>Insider's name<br><br>Street<br><br><br>City          State     ZIP Code<br><br>**Relationship to debtor**<br><br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

| Debtor | Whistler Energy II, LLC | Case number (if known) | 16-10661 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State       ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State       ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City            State       ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Exhibit C | | Name | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City            State       ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City            State       ZIP Code | |

Debtor    Whistler Energy II, LLC                 Case number *(if known)*    16-10661
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | | Street |
| City   State   ZIP Code | **Case number** | |
| | _____ | City   State   ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | _____ | _____ | $_____ |
| | Street | _____ | | |
| | City   State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | | | |

| Debtor | Whistler Energy II, LLC | Case number (if known) | 16-10661 |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

| Debtor | Whistler Energy II, LLC | Case number (*if known*) | 16-10661 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 12 Greenway Plaza, Suite 1100 | From | July 2013 | To  December 2013 |
| | Street | | | |
| | Houston          Texas          77046 | | | |
| | City          State          ZIP Code | | | |
| 14.2. | _____ | From | _____ | To  _____ |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |

Debtor ___Whistler Energy II, LLC_____     Case number (*if known*)___16-10661_____
　　　　　Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

[X] No. Go to Part 9.

[ ] Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ <br> _____ | _____ |
| _____ <br> Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City　　State　　ZIP Code | _____ <br> _____ | *Check all that apply:* <br> [ ] Electronically <br> [ ] Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | _____ <br> _____ | _____ |
| _____ <br> Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City　　State　　ZIP Code | _____ <br> _____ | *Check all that apply:* <br> [ ] Electronically <br> [ ] Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

[X] No.

[ ] Yes. State the nature of the information collected and retained. _____

　　Does the debtor have a privacy policy about that information?

　　[ ] No

　　[ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[X] No. Go to Part 10.

　　Yes. Does the debtor serve as plan administrator?

　　[ ] No. Go to Part 10.

　　[ ] Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

　　Has the plan been terminated?

　　[ ] No

　　[ ] Yes

---

| Debtor | Whistler Energy II, LLC | Case number (if known) | 16-10661 |
|---|---|---|---|
| | Name | | |

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See Exhibit D<br>Name<br><br>Street<br><br>City          State          ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br><br>Street<br><br>City          State          ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City          State          ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Exhibit E<br>Name<br><br>Street<br><br>City          State          ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | Whistler Energy II, LLC | Case number (if known) | 16-10661 |
|---|---|---|---|
| | Name | | |

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

| Part 12: | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | _____ | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Debtor | Whistler Energy II, LLC | Case number (*if known*) | 16-10661 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See Exhibit F | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |

---

| Debtor | Whistler Energy II, LLC | Case number (*if known*) | 16-10661 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | P2 Energy Solutions | From _03/2014_ To _03/2016_ |
| | Name | |
| | 100 Throckmorton St., Suite 400 | |
| | Street | |
| | | |
| | Ft. Worth          Texas          76102 | |
| | City          State          ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.2. | | From _____ To _____ |
| | Name | |
| | Street | |
| | | |
| | City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | BDO USA, LLP | From _03/2014_ To _03/2016_ |
| | Name | |
| | 2929 Allen Parkway, 20th floor | |
| | Street | |
| | | |
| | Houston          Texas          77019-7100 | |
| | City          State          ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26b.2. | Deloitte | From _03/2014_ To _03/2016_ |
| | Name | |
| | 1111 Bagby St., Suite 4500 | |
| | Street | |
| | | |
| | Houston          Texas          77002-2591 | |
| | City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | P2 Energy Solutions | |
| | Name | |
| | 100 Throckmorton St., Suite 400 | |
| | Street | |
| | | |
| | Ft. Worth          Texas          76102 | |
| | City          State          ZIP Code | |

Debtor      Whistler Energy II, LLC
                  Name
                                                              Case number (if known)   16-10661

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____        _____
        Name                                                                  _____
        _____        _____
        Street
        _____
        City                        State            ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  _____
        Name
        _____
        Street
        _____
        City                        State            ZIP Code

| Name and address |
|---|

26d.2.  _____
        Name
        _____
        Street
        _____
        City                        State            ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____
        Name
        _____
        Street
        _____
        City                        State            ZIP Code

Debtor        Whistler Energy II, LLC
              _____        Case number (if known)   16-10661
              Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | | |

27.2.   _____
        Name

        _____
        Street

        _____
        City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott A. Frankel | See Global Notes | President & CEO | See Global Notes |
| Robert E. Wichert | See Global Notes | Executive VP & COO | See Global Notes |
| Curtis W. Carver | See Global Notes | Chief Accounting Officer | 1.82% |
| Commerce Oil, LLC | 68 Commerce Rd., Stamford, CT 06902 | Majority shareholder | 82.42% |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   See Exhibit G | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City              State        ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor    Whistler Energy II, LLC          Case number (if known) 16-10661
        Name

---

**Name and address of recipient**

30.2

Name

Street

City        State     ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
| --- | --- |
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
| --- | --- |
| | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:  Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07 / 06 / 2016
          MM / DD / YYYY

✗ *Curtis W Carver*        Printed name   Curtis W. Carver
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Accounting Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No

☒ Yes

---

**EXHIBIT A**

Debtor: Whistler Energy II, LLC
U.S. Bankruptcy Court for the Eastern District of Louisiana
Case Number: 16-10661

**Statement of Financial Affairs**
**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**
**3. Certain payments or transfers to creditors within 90 days before filing this case**

| | Creditor's Name | Creditor's Address | | Payment Dates | Total amount | Reason for payment |
|---|---|---|---|---|---|---|
| 3.1 | ACME TRUCK LINE INC | 103 Row 1 Building B | LAFAYETTE, LA 70508 | 1/8/16 - 3/9/16 | 60,999.02 | Supplier or vendor |
| 3.2 | ADRIATIC MARINE LLC | PO Box 188 | RACELAND, LA 70394 | 1/13/16-1/28/16 | 233,808.11 | Supplier or vendor |
| 3.3 | AIR COMPRESSOR ENERGY SYSTEMS INC | 10151 S. Purdue Ave. | BATON ROUGE, LA 70814 | 1/22/16-2/26/16 | 7,112.70 | Supplier or vendor |
| 3.4 | AMERICAN EAGLE LOGISTICS | 1247 Petroleum Parkway | BROUSSARD, LA 70518 | 1/8/16-2/12/16 | 20,931.10 | Supplier or vendor |
| 3.5 | AMERICAN EXPRESS | PO BOX 650448 | DALLAS, TX 75265-0448 | 1/13/16-3/9/16 | 9,236.51 | Supplier or vendor |
| 3.6 | AUTOMATIC POWER INC | PO BOX 4346 DEPT 253 | HOUSTON, TX 77210-4346 | 1/22/2016 | 9,356.01 | Supplier or vendor |
| 3.7 | BAKER HUGHES | 3010 BRIARPARK DR | HOUSTON, TX 77042 | 12/31/2015 | 968,017.16 | Supplier or vendor |
| 3.8 | BCBS | PO BOX 731428 | DALLAS, TX 75373-1428 | 1/22/16-3/9/16 | 29,179.86 | Services |
| 3.9 | BDO USA LLP | PO BOX 31001-0860 | PASADENA, CA 91110-0860 | 1/22/16-2/18/16 | 37,784.94 | Services |
| 3.10 | BENOIT PREMIUM THREADING LLC | PO BOX 2618 | HOUMA, LA 70361 | 1/22/2016 | 220,000.25 | Supplier or vendor |
| 3.11 | BRISTOW US LLC | 4605 INDUSTRIAL DRIVE | NEW IBERIA, LA 70560 | 1/8/16-3/21/16 | 1,080,121.24 | Supplier or vendor |
| 3.12 | C & G BOATS INC | 1216 S. BAYOU DRIVE | GOLDEN MEADOW, LA 70357 | 1/8/16-3/22/16 | 512,200.00 | Supplier or vendor |
| 3.13 | CACTUS PIPE & SUPPLY LL | ONE GREENWAY PLAZA SUITE 325 | HOUSTON, TX 77046 | 1/28/16-2/12/16 | 799,641.63 | Supplier or vendor |
| 3.14 | CAMERON INTERNATIONAL CORPORATION | 3505 W SAM HOUSTON PKWY N | HOUSTON, TX 77043 | 1/22/16-2/29/16 | 82,103.06 | Supplier or vendor |
| 3.15 | CARDNO PPI QUALITY ASSET MGMT | 920 MEMORIAL CITY WAY | HOUSTON, TX 77024 | 1/22/2016 | 65,726.25 | Supplier or vendor |
| 3.16 | CF & S TANK AND EQUIPMENT CO | PO BOX 10070 | NEW IBERIA, LA 70562 | 1/22/2016 | 27,107.50 | Supplier or vendor |
| 3.17 | CORPORATE PAYMENT SYSTEMS | PO BOX 6343 | FARGO, ND 58125-6343 | 1/13/16-3/9/16 | 6,834.80 | Supplier or vendor |
| 3.18 | C-PORT/STONE LLC | 150 20TH STREET | PORT FOURCHON, LA 70357 | 1/8/16-3/22/16 | 681,235.30 | Supplier or vendor |
| 3.19 | DIAMOND S REFRIGERATION | PO BOX 62012 | LAFAYETTE, LA 70596 | 1/22/2016 | 22,034.20 | Supplier or vendor |
| 3.20 | DOLPHIN ENERGY EQUIPEMENT LLC | PO BOX 12978 | NEW IBERIA, LA 70562 | 1/8/16-1/22/16 | 34,770.68 | Supplier or vendor |
| 3.21 | EMPIRE SCAFFOLD | 9680 S. CHOCTAW DRIVE | BATON ROUGE, LA 70815 | 1/22/2016 | 28,035.10 | Supplier or vendor |
| 3.22 | ENVIROCHEM 1092 | 725 HIDALGO DR. | ERATH, LA 70533 | 12/28/15-1/22/16 | 52,150.00 | Supplier or vendor |
| 3.23 | EPIC MANAGEMENT RESOURCES LLC | 13103 FM 1960 WEST, SUITE 216 | HOUSTON, TX 77065 | 1/8/16-3/21/16 | 461,997.99 | Supplier or vendor |
| 3.24 | EXPLOITATION TECHNOLOGIES LLC | 63 CHAMPIONS BEND CIRCLE | HOUSTON, TX 77069 | 1/8/16-3/9/16 | 49,351.00 | Supplier or vendor |
| 3.25 | FASTORQ LLC | 1325 SOUTH DAIRY ASHFORD, ANNEX 310 | HOUSTON, TX 77077 | 1/22/2016 | 83,761.00 | Supplier or vendor |
| 3.26 | FISHERMEN'S PETROLEUM COMPANY PLC | 2601 NW EXPRESSWAY SUITE 708W | OKLAHOMA CITY, OK 73112 | 1/5/16-2/26/16 | 20,744.54 | Other - Royalty Payment |
| 3.27 | FRANCIS DRILLING FLUIDS LTD | PO BOX 1694 | CROWLEY, LA 70527 | 1/22/2016 | 21,081.00 | Supplier or vendor |
| 3.28 | FRANK'S INTERNATIONAL | 10260 WESTHEIMER, SUITE 700 | HOUSTON, TX 77042 | 1/22/2016 | 70,287.31 | Supplier or vendor |
| 3.29 | FREEPOINT COMMODITIES TRADING & MARKETING LLC | 68 COMMERCE RD | STAMFORD, CT 06902 | 2/4/2016 | 150,000.00 | Services |
| 3.30 | HALLIBURTON ENERGY SERVICES INC | 10200 BELLAIRE BLVD | HOUSTON, TX 77072 | 1/22/16-2/22/16 | 781,146.93 | Supplier or vendor |
| 3.31 | HAMILTON ENGINEERING | 777 POST OAK BLVD | HOUSTON, TX 77056 | 1/22/2016 | 46,800.00 | Supplier or vendor |
| 3.32 | HOS PORT LLC | 103 NORTHPARK BLVD SUITE 300 | COVINGTON, LA 70433 | 1/22/16-3/9/16 | 125,973.13 | Supplier or vendor |
| 3.33 | HYDRA OPS LLC | 17424 WEST GRAND PARKWAY, SUITE 409 | SUGARLAND, TX 77479 | 12/31/15-1/28/16 | 841,598.62 | Supplier or vendor |
| 3.34 | HYPERION SAFETY SERVICES | 4621 JAMESTOWN AVENUE | BATON ROUGE, LA 70808 | 1/22/2016 | 80,142.56 | Supplier or vendor |
| 3.35 | INFINITY VALVE & SUPPLY LLC | 351 GRIFFIN ROAD | YOUNGSVILLE, LA 70592 | 1/22/16-2/12/16 | 100,265.00 | Supplier or vendor |
| 3.36 | INSTRUMENTATION & ELECTRICAL TECH | 600 ST. ETIENNE ROAD | BROUSSARD, LA 70518 | 1/22/2016 | 65,119.37 | Supplier or vendor |
| 3.37 | INTEGRATED PRODUCTION SERVICES INC | PO BOX 201934 | DALLAS, TX 75320-1934 | 1/22/16-2/4/16 | 121,574.74 | Supplier or vendor |
| 3.38 | IPT GLOBAL | 16200 PARK ROW, SUITE 350 | HOUSTON, TX 77084 | 12/29/2015 | 79,660.27 | Supplier or vendor |
| 3.39 | J CONNER CONSULTING INC | 19219 KATY FWY SUITE 200 | HOUSTON, TX 77094 | 1/8/16-1/25/16 | 79,422.50 | Services |
| 3.40 | JD LEACH & ASSOCIATES INC | PO BOX 81875 | LAFAYETTE, LA 70598 | 1/22/16-3/9/16 | 16,705.28 | Supplier or vendor |
| 3.41 | JIMENEZ CONTRACT SERVICES LLC | 1246 SILBER ROAD | HOUSTON, TX 77055 | 1/22/2016 | 8,171.27 | Supplier or vendor |
| 3.42 | KIM SUSAN LLC | PO BOX 1428 | LAROSE, LA 70373 | 1/22/16-3/9/16 | 220,621.36 | Supplier or vendor |

**EXHIBIT A**

Debtor: Whistler Energy II, LLC
U.S. Bankruptcy Court for the Eastern District of Louisiana
Case Number: 16-10661

**Statement of Financial Affairs**
**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**
**3. Certain payments or transfers to creditors within 90 days before filing this case**

| | Creditor's Name | Creditor's Address | | Payment Dates | Total amount | Reason for payment |
|---|---|---|---|---|---|---|
| 3.43 | LABORDE MARINE MANAGEMENT LLC | 601 POYDRAS STREET, SUITE 1725 | NEW ORLEANS, LA 70130 | 1/13/16-2/12/16 | 167,433.32 | Supplier or vendor |
| 3.44 | LANDMARK GRAPHICS CORP | 15150 MEMORIAL DRIVE | HOUSTON, TX 77079-4304 | 1/22/16-2/23/16 | 29,957.87 | Supplier or vendor |
| 3.45 | LOOPER GOODWINE & BALLEW PC | 650 POYDRAS STREET SUITE 2400 | NEW ORLEANS, LA 70130 | 1/13/16-3/9/16 | 27,957.11 | Services |
| 3.46 | LOUISIANA SAFETY SYSTEMS INC | PO BOX 573729 | LAFAYETTE, LA 70505 | 1/22/2016 | 7,222.50 | Supplier or vendor |
| 3.47 | LQT INDUSTRIES LLC | 5845 HWY 90 E | BROUSSARD, LA 70518 | 1/22/2016 | 10,558.00 | Supplier or vendor |
| 3.48 | MARTIN ENERGY SERVICES | 3850 N. CAUSEWAY BLVD. #1330 | METAIRIE, LA 70002 | 2/12/2016 | 50,233.50 | Supplier or vendor |
| 3.49 | MCGRIFF SEIBELS & WILLIAMS OF TEXAS INC | 3850 NORTH CAUSEWAY BLVD., SUITE 1970 | METAIRIE, LA 70002 | 1/19/16-3/16/16 | 43,816.00 | Services |
| 3.50 | M-I LLC | PO BOX 732135 | DALLAS, TX 75373-2135 | 1/14/16-3/22/16 | 273,773.94 | Supplier or vendor |
| 3.51 | MICHAEL L GROVE | 6800 WEST LOOP SOUTH SUITE 475 | BELLAIRE, TX 77401 | 2/5/16-3/18/16 | 33,784.00 | Services |
| 3.52 | MONSTER RENTALS LLC | 222 LEXINGTON AVENUE | RAYNE, LA 70578 | 1/8/16-1/22/16 | 6,476.48 | Supplier or vendor |
| 3.53 | MOORES PUMP & SERVICES INC | P. O. BOX 746 | BROUSSARD, LA 70518 | 1/22/2016 | 17,817.81 | Supplier or vendor |
| 3.54 | NABORS OFFSHORE CORPORATION | 515 WEST GREENS RD SUITE 500 | HOUSTON, TX 77067 | 1/11/16-3/9/16 | 5,804,018.80 | Supplier or vendor |
| 3.55 | NATIONAL OILWELL VARCO LP | 7909 PARKWOOD CIRCLE DR | HOUSTON, TX 77036 | 1/13/16-1/22/16 | 77,026.20 | Supplier or vendor |
| 3.56 | ODYSSEA MARINE INC | 11864 HWY 308 | LAROSE, LA 70373 | 2/12/2016 | 91,100.00 | Supplier or vendor |
| 3.57 | OFFICE OF NATURAL RESOURCES REVENUE | PO BOX 25672 | DENVER, CO 80225-0627 | 1/21/16-3/21/16 | 838,703.41 | Other - Royalty Payment |
| 3.58 | OFFSHORE ENERGY SERVICES INC | PO BOX 53508 | LAFAYETTE, LA 70505 | 1/22/2016 | 93,148.30 | Supplier or vendor |
| 3.59 | OFFSHORE RENTAL LTD | PO BOX 790 | BEAUMONT, TX 77704-0790 | 1/22/2016 | 14,398.70 | Supplier or vendor |
| 3.60 | OIL STATES SKAGIT SMATCO LLC | PO BOX 54983 | NEW ORLEANS, LA 70154-4983 | 1/22/2016 | 14,192.19 | Supplier or vendor |
| 3.61 | P2ES HOLDINGS LLC 2692 | 100 THROCKMORTON ST, SUITE 400 | FORT WORTH, TX 76102 | 1/13/16-2/18/16 | 16,708.73 | Services |
| 3.62 | PKWY 3200 SW FREEWAY LLC | PHOENIX TOWER P.O. BOX 677764 | DALLAS, TX 75267-7764 | 1/4/16-3/1/16 | 66,481.16 | Supplier or vendor |
| 3.63 | PREMIERE FLUIDS | 1035 DAIRY ASHFORD, SUITE 320 | HOUSTON, TX 77079 | 1/22/16-2/23/16 | 790,329.30 | Supplier or vendor |
| 3.64 | PRIME RATE PREMIUM FINANCE CORP INC | PO BOX 580016 | CHARLOTTE, NC 28258-0016 | 1/22/16-3/21/16 | 695,598.90 | Unsecured loan payments |
| 3.65 | PSC INDUSTRIAL OUTSOURCING LP | PO BOX 3070 | HOUSTON, TX 77253-3070 | 1/22/16-2/5/16 | 23,054.75 | Supplier or vendor |
| 3.66 | QUAIL TOOLS | 201 ST. CHARLES AVENUE, 49TH FLOOR | NEW ORLEANS, LA 70170 | 1/22/16-3/7/16 | 238,093.32 | Supplier or vendor |
| 3.67 | R360 ENVIRONMENTAL SOLUTIONS LLC | 3 WATERWAY SQUARE PLACE, SUITE 110 | THE WOODLANDS, TX 77380 | 1/22/2016 | 23,684.75 | Supplier or vendor |
| 3.68 | RIGNET INC | 1201 LOUISIANA STREET, SUITE 2700 | HOUSTON, TX 77002 | 1/22/2016 | 30,109.83 | Supplier or vendor |
| 3.69 | ROYAL SERVICE AND RENTAL INC | 1010 FREEMAN RD | BROUSSARD, LA 70518 | 1/22/2016 | 9,675.00 | Supplier or vendor |
| 3.70 | RYDER SCOTT COMPANY | 1100 LOUISIANA, SUITE 4600 | HOUSTON, TX 77002 | 2/2/2016 | 15,000.00 | Services |
| 3.71 | SAFETY CONTROLS INC | PO BOX 61280 | LAFAYETTE, LA 70596 | 1/22/2016 | 9,678.00 | Supplier or vendor |
| 3.72 | SCHLUMBERGER TECHNOLOGY CORPORATION | 1325 SOUTH DAIRY ASHFORD, ANNEX 310 | HOUSTON, TX 77077 | 1/22/16-3/22/16 | 196,797.00 | Supplier or vendor |
| 3.73 | SCIENTIFIC DRILLING INTERNATIONAL INC | 16701 GREENSPOINT PARK DRIVE, SUITE 200 | HOUSTON, TX 77060 | 1/22/16-2/23/16 | 10,300.00 | Supplier or vendor |
| 3.74 | SEATRAN MARINE LLC | PO BOX 1820 | AMELIA, LA 70340 | 1/22/2016 | 10,166.00 | Supplier or vendor |
| 3.75 | SIEMENS INDUSTRY INC | 100 TECHNOLOGY DRIVE | ALPHARETTA, GA 30005 | 1/22/2016 | 23,851.12 | Supplier or vendor |
| 3.76 | SIERRA ENGINEERING | 10 DESTA DRIVE, SUITE 260 E | MIDLAND, TX 79705 | 1/8/16-2/23/16 | 138,348.91 | Supplier or vendor |
| 3.77 | SIGNA ENGINEERING | 2 NORTHPOINTE DR. SUITE 700 | HOUSTON, TX 77060 | 2/29/2016 | 80,000.00 | Supplier or vendor |
| 3.78 | SMITH INTERNATIONAL INC | 1325 SOUTH DAIRY ASHFORD, ANNEX 310 | HOUSTON, TX 77077 | 3/22/2016 | 77,919.30 | Supplier or vendor |
| 3.79 | SPECIALIST STAFFING SOLUTIONS DBA PROGRESSIVE GLOBAL ENERGY & NATURAL RESOURCES | 601 POYDRAS STREET, SUITE 2200 | NEW ORLEANS, LA 70130 | 1/8/16-2/23/16 | 457,998.56 | Supplier or vendor |
| 3.80 | STABIL DRILL | 1325 SOUTH DAIRY ASHFORD, ANNEX 310 | HOUSTON, TX 77077 | 1/22/2016 | 44,387.05 | Supplier or vendor |
| 3.81 | STRIC-LAN COMPANIES | 8812 FAWN TRAIL | CONROE, TX 77385 | 1/22/2016 | 79,228.51 | Supplier or vendor |
| 3.82 | SUPERIOR ENERGY SERVICES INC. | 1001 LOUISIANA STREET, SUITE 2900 | HOUSTON, TX 77002 | 2/12/2016 | 9,395.78 | Supplier or vendor |
| 3.83 | SUPERIOR PRESSURE CONTROL | 1063 PETROLEUM PKWY | BROUSSARD, LA 70518 | 1/22/2016 | 17,395.00 | Supplier or vendor |

**EXHIBIT A**

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**
**3. Certain payments or transfers to creditors within 90 days before filing this case**

| | Creditor's Name | Creditor's Address | | Payment Dates | Total amount | Reason for payment |
|---|---|---|---|---|---|---|
| 3.84 | SUPERIOR SLICKLINE SERVICES | 520 S GULF STREET | ALICE, TX 78332 | 1/22/16-2/12/16 | 322,175.17 | Supplier or vendor |
| 3.85 | TETRA APPLIED TECHNOLOGIES LLC | 24955 INTERSTATE 45 NORTH | THE WOODLANDS, TX 77380 | 1/22/16-2/5/16 | 595,603.98 | Supplier or vendor |
| 3.86 | TOTAL PRODUCTION SUPPLY LLC | PO BOX 915 | BROUSSARD, LA 70518 | 1/22/2016-2/12/16 | 19,597.62 | Supplier or vendor |
| 3.87 | TUBOSCOPE | PO BOX 808 | HOUSTON TX, 77701 | 1/22/2016 | 16,666.02 | Supplier or vendor |
| 3.88 | UNITED PRODUCTION AND CONTRUCTION | 4110 COTEAU ROAD LA HWY 88 | NEW IBERIA, LA 70560 | 1/22/16-1/28/16 | 250,488.72 | Supplier or vendor |
| 3.89 | UNITED VISION LOGISTICS | 4021 AMBASSADOR CAFFERY PARKWAY, BLDG A | LAFAYETTE, LA 70503 | 1/22/16-2/12/16 | 44,521.87 | Supplier or vendor |
| 3.90 | WEATHERFORD ARTIFICIAL LIFT SYSTEMS | 202 RUE IBERVILLE | LAFAYETTE, LA 70508 | 1/13/2016 | 274,623.61 | Supplier or vendor |
| 3.91 | WEATHERFORD US LP | 2000 ST. JAMES PLACE | HOUSTON, TX 70056 | 1/13/2016 | 1,254,214.85 | Supplier or vendor |
| 3.92 | W-INDUSTRIES | 11500 CHARLES STREET | HOUSTON, TX 77041 | 1/8/16-1/22/16 | 32,876.50 | Supplier or vendor |
| 3.93 | W & T OFFSHORE | PO BOX 4418 | HOUSTON, TX 77210-4418 | 1/5/16-2/26/16 | 28,148.86 | Other - Royalty Payment |
| 3.94 | WOOD GROUP PSN INC | 3861 AMBASSADOR CAFFREY, SUITE 250 | LAFAYETTE, LA 70503 | 1/8/16-3/7/16 | 1,805,880.40 | Supplier or vendor |
| 3.95 | XCHEM OILFIELD CHEMICALS | 2727 CHEMSEARCH BLVD., 3N | IRVING, TX 75062 | 1/13/16-1/22/16 | 30,569.86 | Supplier or vendor |
| | | | | | 23,753,995.85 | |

## EXHIBIT B

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 2:**
**4. Payments within 1 year before filing this case that benefited any insider**

| Name of recipient | Amount of money 3/31/2015 to 12/31/2015 | 1/1/2016 to 3/15/2016 | Total | Relationship to Debtor | Reason for payment |
|---|---|---|---|---|---|
| 4.1 **Scott A. Frankel** | 229,684.25 | 57,718.75 | 287,403.00 | President & CEO | Wages |
| 4.2 **Robert E. Wichert** | 153,907.13 | 38,145.54 | 192,052.67 | Executive VP & COO | Wages |
| 4.3 **Curtis W. Carver** | 119,984.38 | 30,258.85 | 150,243.23 | Chief Accounting Officer | Wages |

| | Amount of money | Dates | Relationship to Debtor | Reason for providing the value |
|---|---|---|---|---|
| 4.4 **Scott A. Frankel** | 559.96 | 2/18/2016 | President & CEO | Expense Reimbursements |
| | 5,628.90 | 2/18/2016 | | |
| | 3,119.22 | 8/28/2015 | | |
| | 3,986.88 | 6/11/2015 | | |
| | 13,294.96 | | | |
| 4.4 **Freepoint Commodities Trading & Marketing, LLC** 68 Commerce Rd. Stamford, CT  06902 | 150,000.00 | 2/4/2016 | Related party to Whistler Energy's parent | Reimbursement to Freepoint for a payment Freepoint made to Signa Engineering on behalf of Whistler Energy II, LLC. |

**EXHIBIT C**

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 3:**
**7. Legal actions, administrative proceedings, court actions, executions, attachments, or gonvernmental audits**

|  | Case title / description | Case number | Nature of Case | Court of agency's name and address | Status of case |
|---|---|---|---|---|---|
| 7.1 | Miller v. Nabors Offshore Corporation | 2:2016cv02892 | Wrongful Death Lawsuit | Louisiana Eastern District Court<br>500 Poydras Street<br>New Orleans, LA  70130 | Pending |
| 7.2 | Governmental Audit | N/A | Audit of ONRR royalties | U.S. Dept. of the Interior - Office of Natural Resources Revenue<br>15109 Heathrow Forest Parkway, Suite 200<br>Houston, TX  77032 | Pending |
| 7.3 | Governmental Investigation | N/A | BSEE investigation of Nabors incident | Bureau of Safety and Environmental Enforcement<br>3866 Highway 56<br>Houma, LA  70363 | Pending |

**EXHIBIT D**

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**
**18. Closed financial Accounts**

|  | Financial Institution Name | Financial Institution Address | Last 4 digits of account number | Type of account | Date closed | Last balance before closing |
|---|---|---|---|---|---|---|
| 18.1 | JP Morgan Chase Bank | P.O. Box 659754 San Antonio, TX 78265 | XXXX-7093 | Savings | 3/1/2016 | 8,471.98 |
| 18.2 | JP Morgan Chase Bank | P.O. Box 659754 San Antonio, TX 78265 | XXXX-5193 | Certificate of deposit | 1/11/2016 | 1,000,000.00 |
| 18.3 | Cadence Bank | 3754 Westheimer Rd. Houston, TX 77027 | XXXX-1087 | Money market | 10/6/2015 | 10,188.02 |

EXHIBIT E

Debtor: Whistler Energy II, LLC
U.S. Bankruptcy Court for the Eastern District of Louisiana
Case Number: 16-10661

Statement of Financial Affairs
Part 10:
20. Off-premises storage

| Property / Contents | Size | Grade | Weight | Length | OD | Tag | Location Name | Location Street Address | City | State | Bin Location | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Amelia, LA** | | | | | | | | | | | | |
| Range 2 Tubing | 3 1/2" | 13CR85 | 9.30# | 30 | | WE006579 | NOV Tuboscope Amelia, La. | 2112 LA-662 | Amelia | LA | | 103 |
| Pipe | 2 3/8" | | | | | WE006549 | NOV Tuboscope Amelia, La. | 2112 LA-662 | Amelia | LA | Racks R041, North corner of yard | 495 |
| **Broussard, LA** | | | | | | | | | | | | |
| Crossovers | 2 3/8" | P-110 | 5.95# | | 2 3/8" | WE006612 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Crossovers | 2 3/8" | L80 | 4.70# | | 2 3/8" | WE006598 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Crossovers | 2 3/8" | P-110 | 4.70# | | 2 3/8" | WE006611 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Crossover | 2 3/8 | | 4140 | 5.95 | | WE006563 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 2 |
| Crossovers | 2 3/8" | 13Chr | 5.80# | | 2 3/8" | WE006596 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Crossovers | 2 3/8" | P-110 | 5.95# | | 2 3/8" | WE006616 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Crossovers | 2 7/8" | P-110 | 7.90# | | 2 7/8" | WE006617 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Crossovers | 2 3/8" | L80 | 4.70# | | 2 3/8" | WE006620 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Crossover | 2 3/8 | P110 | 5.95 | | | WE006565 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 1 |
| Crossovers | 2 3/8" | P-110 | 4.70# | | 2 3/8" | WE006597 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Crossovers | 2 3/8" | P-110 | 5.95# | | 2 3/8" | WE006618 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Crossovers | 2 3/8" | P-110 | 5.95# | | 2 3/8" | WE006615 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Gas Lift Assemblies | 2 7/8" | P110 | 7.90# | | | WE006031 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 16 |
| Mandrels | 2 7/8" | S13CR95 | 7.90# | | | WE006581 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored in wodden crate in customer stock building. | 1 |
| Mandrels | 2 3/8" | P110 | 4.70# | | | WE006632 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop | 2 |
| Mandrels | 2 7/8" | S13CR95 | 7.90# | | | WE006582 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored in wodden crate in customer stock building. | 1 |
| Gas Lift Assemblies | 2 3/8" | P110 | 5.95# | | | WE006625 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 4 |
| Nipples | 2 3/8" | 13Chr | 4.60# | | 2 3/8" | WE006614 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Nipples | 2 3/8" | 13Chr | 5.95# | | 2 3/8" | WE006613 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Sliding Sleeve | 2 3/8" | P-110 | 4.60# | | 2 3/8" | WE006622 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack O-V11A4 | 1 |
| Sliding Sleeve | 2 3/8" | P-110 | 4.60# | | 2 3/8" | WE006621 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack O-V11A5 | 1 |
| Sliding Sleeve | 2 3/8 | 13CR110 | 4.6 | | 2.66 | WE006569 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 3 |
| Sliding Sleeve | 2 3/8 | 13CR110 | 4.6 | | 2.66 | WE006568 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 1 |
| Mandrel | 2 3/8" 5.90# | | | | | WE006534 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Slimline Plug | 3/4" | | | | | WE006510 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Thermocoupler Fittings | | | | | | WE006537 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Splitter | | | | | | WE006507 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Connector Set | 3/4" | | | | | WE006508 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Downhole Cable | 12,000' | | | | | WE006511 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Slimline | 3/4" | | | | | WE006509 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Well Head | 10k | | | | | WE006535 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Well Head | 10k | | | | | WE006536 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 1 |
| Crossover | 2 7/8" TO 2 3/8" | | | | | WE006533 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 2 |
| Nipple | 2 3/8 | 13CR110 | 5.95 | | | WE006570 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 2 |
| Range 2 Tubing | 2 3/8 | P110 | 4.6 | 31 | | WE006572 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 6 |
| Protectors | 2 3/8" | | | | | WE006538 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 2 |

EXHIBIT E

Debtor: Whistler Energy II, LLC
U.S. Bankruptcy Court for the Eastern District of Louisiana
Case Number: 16-10661

Statement of Financial Affairs
Part 10:
20. Off-premises storage

| Property / Contents | Size | Grade | Weight | Length | OD | Tag | Location Name | Location Street Address | City | State | Bin Location | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Protectors | 2 7/8" | | | | | WE006526 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 5 |
| Protectors | 2 7/8" | | | | | WE006530 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 5 |
| Protectors | 2 3/8" | | | | | WE006512 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 290 |
| Protectors | 2 7/8" | | | | | WE006524 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 4 |
| Protectors | 2 7/8" | | | | | WE006516 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 4 |
| Protectors | 2 7/8" | | | | | WE006517 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 2 |
| Protectors | 2 7/8" | | | | | WE006525 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 40 |
| Protectors | 2 3/8" | | | | | WE006519 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 5 |
| Protectors | 2 3/8" | | | | | WE006523 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 100 |
| Protectors | 2 3/8" | | | | | WE006521 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 40 |
| Protectors | 2 3/8" | | | | | WE006522 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 5 |
| Protectors | 2 3/8" | | | | | WE006515 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 40 |
| Protectors | 2 3/8" | | | | | WE006514 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 10 |
| Protectors | 2 7/8" | | | | | WE006513 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 225 |
| Protectors | 2 7/8" | | | | | WE006529 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 4 |
| Protectors | 2 7/8" | | | | | WE006531 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 4 |
| Protectors | 2 7/8" | | | | | WE006518 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 4 |
| Protectors | 2 7/8" | | | | | WE006520 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 4 |
| Protectors | 2 7/8" | | | | | WE006527 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 2 |
| Protectors | 2 7/8" | | | | | WE006532 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 40 |
| Protectors | 2 3/8" | | | | | WE006528 | Weatherford ICT | 101 Derrick Road | Broussard | LA | | 30 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 12 2 7/8" | | WE006588 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 4 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 4 2 7/8" | | WE006584 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 10 |
| Pup Joint | 2 3/8" | P-110 | 4.70# | 4 2 3/8" | | WE006599 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Pup Joint | 2 3/8" | L80 | 4.60# | 10 2 3/8" | | WE006604 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8 | P110 | 4.7 | | | WE006566 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 1 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 6 2 7/8" | | WE006591 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Pup Joint | 2 3/8" | P-110 | 5.95# | 2 2 3/8" | | WE006608 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 4 2 7/8" | | WE006590 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 2 2 7/8" | | WE006583 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Perforated Pup Joint | 2 3/8 | P110 | 5.95 | | | WE006564 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 2 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 10 2 7/8" | | WE006585 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 10 |
| Pup Joint | 2 3/8" | L80 | 4.60# | 4 2 3/8" | | WE006602 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 3 |
| Pup Joint | 2 3/8" | L80 | 4.60# | 2 2 3/8" | | WE006600 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8 | 13CR110 | 4.6 | 8 | | WE006559 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 3 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 8 2 7/8" | | WE006587 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8 | 13CR110 | 4.6 | 10 | | WE006560 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 5 |
| Pup Joint | 2 3/8 | 13CR110 | 4.6 | 4 | | WE006557 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 5 |
| Pup Joint | 2 7/8" | P-110 | 7.90# | 6 2 7/8" | | WE006586 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8 | P110 | 5.95 | 6 | | WE006571 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 1 |
| Pup Joint | 2 3/8" | P-110 | 5.95# | 4 2 3/8" | | WE006609 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 5 |
| Pup Joint | | L80 | 4.60# | 8 2 3/8" | | WE006603 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8" | L80 | 4.60# | 6 2 3/8" | | WE006601 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8" | P-110 | 5.95# | 6 2 3/8" | | WE006607 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8 | 13CR110 | 4.6 | 6 | | WE006558 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 3 |
| Pup Joint | 2 3/8" | P-110 | 5.95# | 8 2 3/8" | | WE006606 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 2 |
| Pup Joint | 2 3/8" | P-110 | 5.95# | 12 2 3/8" | | WE006595 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored on Rack in yard | 1 |

EXHIBIT E

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 10:**
**20. Off-premises storage**

| Property / Contents | Size | Grade | Weight | Length | OD | Tag | Location Name | Location Street Address | City | State | Bin Location | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pup Joint | 2 7/8" | P-110 | 7.90# | 6 | 2 7/8" | WE006680 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored in customer stock buliding on bottom stand rack. | 24 |
| Pup Joint | 2 3/8 | 13CR110 | 4.6 | 2 | | WE006556 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 4 |
| Blast Joint | 2 3/8 | 4140 | 4.7 | 10 | | WE006561 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 22 |
| Flow Tubes | 2 3/8" | P110 | 5.95# | 12 | | WE006589 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Re-Entry Guide | 2 3/8" | P110 | 4.60# | | | WE006619 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 2 |
| Sleeve Assemblies | 2 3/8" | P110 | 5.95# | | | WE006627 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Nipple Assemblies | 2 7/8" | Super/Hyper1 13CR110 & P110 | 7.90# | | | WE006630 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Nipple Assemblies | 2 3/8" | Super/Hyper1 13CR110 & P110 | 4.70# | | | WE006623 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Sleeve Assemblies | 2 3/8" | P110 | 5.95# | | | WE006624 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Nipple Assemblies | 2 3/8" | Super/Hyper1 13CR110 & P110 | 5.95# | | | WE006629 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Flow Tubes | 2 7/8" | P110 | 7.90# | 12 | | WE006594 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 2 |
| Flow Tubes | 2 7/8" | P110 | 7.90# | 12 | | WE006592 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 2 |
| Tubing | 2 3/8" | P110 | 4.70# | 31 | | WE006626 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Blast Joint | 2 3/8" | P110 | 5.95# | 10 | | WE006610 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 2 |
| Blast Joint | 2 3/8 | P110 | 5.95 | 10 | | WE006567 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 16 |
| Wireline Re-Entry | 2 3/8 | P110 | 5.95 | | | WE006562 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | On rack in front of shop. | 2 |
| Tubing | 2 3/8" | P110 | 5.95# | 31 | | WE006633 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Nipple Assemblies | 2 7/8" | Super/Hyper1 13CR110 & P110 | 7.90# | | | WE006628 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| Flow Tubes | 2 3/8" | P110 | 5.95# | 12 | | WE006593 | Petro Quip Energy Services | 225 Thruway Park Road | Broussard | LA | Stored outside in front of shop on rack. | 1 |
| **Homa, LA** | | | | | | | | | | | | |
| Packer | 3 1/2" | P-110 | 9.30# | 31 | | WE006669 | Benoit Machine | 400 Industrial Park | Homa | LA | Stored in will call shop on a rack. | 1 |
| Sliding Sleeve | 2 3/8" | P-110 | 4.7 | 12 | | WE006667 | Benoit Machine | 400 Industrial Park | Homa | LA | Stored outside in pipe yard by Nipple Shop. | 1 |
| Crane | | | | | | WE006543 | Oil States | 1180 Mulberry Road | Homa | LA | | 1 |
| Generator | 2800 KW | | | | | WE006574 | Houma Armature | 2534 Cummins Road | Homa | LA | | 1 |

EXHIBIT E

Debtor: Whistler Energy II, LLC
U.S. Bankruptcy Court for the Eastern District of Louisiana
Case Number: 16-10661

Statement of Financial Affairs
Part 10:
20. Off-premises storage

| Property / Contents | Size | Grade | Weight | Length | OD | Tag | Location Name | Location Street Address | City | State | Bin Location | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crane | | | | | | WE006544 | Oil States | 1180 Mulberry Road | Homa | LA | | 1 |
| Compressor Motor | | | | | | WE006548 | Houma Armature | 2534 Cummins Road | Homa | LA | Section 2A of storage building | 1 |
| Crossover Sub | 2 3/8 x 2 7/8 | L80 | 6.5 | 14 | | WE006660 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 2 |
| Pup Joint | 2 3/8 | P-110 | 4.7 | 6 | | WE006658 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8 | P-110 | 4.7 | 2 | | WE006657 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8" | 13CR | 4.7 | 10 | | WE006666 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8 | P-110 | 4.7 | 8 | | WE006659 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8" | 13CR | 4.7 | 4 | | WE006663 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8" | Hyper 13CR | 4.7 | 10 | | WE006662 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8" | 13CR | 4.7 | 6 | | WE006664 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8 | 13CR | 4.6 | 4 | | WE006661 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Pup Joint | 2 3/8" | 13CR | 4.7 | 8 | | WE006665 | Benoit Machine | 400 Industrial Park | Homa | LA | In Customer Inventory Building In Whistler Location. | 1 |
| Tubing | 2 3/8" | 13CR | 4.6 | 30 | | WE006668 | Benoit Machine | 400 Industrial Park | Homa | LA | Stored outside in pipe yard by Nipple Shop. | 1 |
| Lafayette, LA | | | | | | | | | | | | |
| Submersible Pump | | | | | | WE006547 | Moore's Pump | 105 Derrick Road | Lafayette | LA | | 1 |
| Pipe | 30 | X65 | | 18.08 | 30 | WE006673 | Franks International | 700 E. Verot School Road | Lafayette | LA | MY-R3-L4 | 1 |
| Pipe | 30 | X65 | | 40.2 | 30 | WE006672 | Franks International | 700 E. Verot School Road | Lafayette | LA | MY-R3-L5 | 1 |
| Pipe | 30 | X65 | | 38.05 | 30 | WE006671 | Franks International | 700 E. Verot School Road | Lafayette | LA | MY-R3-L5 | 1 |
| Pipe | 30 | X65 | | 40.13 | 30 | WE006674 | Franks International | 700 E. Verot School Road | Lafayette | LA | MY-R3-L5 | 1 |
| Pipline Pump | | | | | | WE006546 | Moore's Pump | 105 Derrick Road | Lafayette | LA | | 1 |
| Pipline Pump | | | | | | WE006545 | Moore's Pump | 105 Derrick Road | Lafayette | LA | | 1 |
| Drive Pipe | 30" x 1" | X65 | | 1382.32 | 30" | WE006575 | Franks International | 700 E. Verot School Road | Lafayette | LA | Cement yard HW1 rack. | 35 |
| Drive Pipe | 30" x 1" | X65 | | 1384.35 | 30" | WE006576 | Franks International | 700 E. Verot School Road | Lafayette | LA | Cement yard HW3 rack. | 35 |
| Steel Pipe x Whipstock | 30" x 1" | | | | 30" | WE006578 | Franks International | 700 E. Verot School Road | Lafayette | LA | | 1 |

**EXHIBIT E**

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 10:**
**20. Off-premises storage**

| Property / Contents | Size | Grade | Weight | Length | OD | Tag | Location Name | Location Street Address | City | State | Bin Location | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steel Pipe x Whipstock | 30" x 1" | | | | 30" | WE006577 | Franks International | 700 E. Verot School Road | Lafayette | LA | | 1 |
| **New Iberia, LA** | | | | | | | | | | | | |
| Casing Hanger Mandrel | 20" x 13 3/8" | | 68# | | | WE006652 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| Packoff Mandrel Casing Hanger | 20 3/4" x 13 3/8" | | | | | WE006656 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| Emergency Casing Hanger | 20 3/4" x 13 3/8" | | | | | WE006654 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| Landing Ring | 20" x 13 3/8" | | | | | WE006653 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| Casing Hanger | 18 5/8" x 19 3/4" | | | | | WE006651 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| Emergency Seal Assembly | 20 3/4" x 13 3/8" | | | | | WE006655 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| CD-2 Spool | 26 1/2 | | | 29.5 | 26.5 | WE006573 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | East side of shop in WIP area. | 1 |
| Casing Head Housing | 20 3/4" | | | | | WE006649 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| Casing Spool | 20 3/4" x 13 5/8" | | | | | WE006650 | Cameron | 4919 West Admiral Doyle Drive | New Iberia | LA | | 1 |
| **Port Fourchon, LA** | | | | | | | | | | | | |
| Pump Motor | | | | | | WE006500 | Epic Shorebase | 11 Norman Doucet Road | Port Fourchon | LA | | 1 |
| Goulds Pump | 1 1/2x3" | | | | | WE006506 | Epic Shorebase | 11 Norman Doucet Road | Port Fourchon | LA | | 1 |
| Goulds Pump | 1x1" | | | | | WE006504 | Epic Shorebase | 11 Norman Doucet Road | Port Fourchon | LA | | 1 |
| Goulds Pump | 1x1" | | | | | WE006505 | Epic Shorebase | 11 Norman Doucet Road | Port Fourchon | LA | | 1 |
| Fisher Valve | 4" | | | | | WE006501 | Epic Shorebase | 11 Norman Doucet Road | Port Fourchon | LA | | 1 |
| Steel Valve | 4" | | | | | WE006503 | Epic Shorebase | 11 Norman Doucet Road | Port Fourchon | LA | | 1 |
| Steel Valve | 4" | | | | | WE006502 | Epic Shorebase | 11 Norman Doucet Road | Port Fourchon | LA | | 1 |
| **Schriever, LA** | | | | | | | | | | | | |
| Float Collar | 7 5/8" | | | | | WE006540 | Weatherford Cementing | 249 Weatherford Drive | Schriever | LA | | 1 |
| Float Collar | 7 5/8" | | | | | WE006539 | Weatherford Cementing | 249 Weatherford Drive | Schriever | LA | | 1 |
| Reamer Shoe | 8 1/4" | | | | | WE006541 | Weatherford Cementing | 249 Weatherford Drive | Schriever | LA | | 1 |
| Reamer Shoe | 8 1/4" | | | | | WE006542 | Weatherford Cementing | 249 Weatherford Drive | Schriever | LA | | 1 |
| **Houston, TX** | | | | | | | | | | | | |
| Casing | 7 5/8 | P110 | 39 | 908 | 8 1/2 | WE001147 | E.L. Farmer | 15706 Beaumont Hwy | Houston | Texas | Bin 215 | 908 |
| Choke Insert | | | 4130 | 1,634 LBS | | WE005756 | FMC World Houston | 15500 Vickery Dr | Houston | TX | 1W0621A | 1 |
| Choke Tool | | | 5,500 LBS | | | WE005751 | FMC | 16736 East Hardy Rd. | Houston | TX | 1H04K | 1 |
| Flush Plate | | | | | | WE005755 | FMC World Houston | 15500 Vickery Dr | Houston | TX | 1W0601F | 1 |
| Flush Plate | | | | | | WE005754 | FMC World Houston | 15500 Vickery Dr | Houston | TX | 1W0601F | 1 |
| Hanger | 14-1/2" | | | 6 | 14-1/2" | WE005753 | FMC | 16736 East Hardy Rd. | Houston | TX | 1H04J | 1 |
| Skid | | | | | | WE005752 | FMC | 16736 East Hardy Rd. | Houston | TX | 1H04M | 1 |
| Skid | | | | | | WE005750 | FMC | 16736 East Hardy Rd. | Houston | TX | 1H04M | 1 |
| **Odessa, TX** | | | | | | | | | | | | |
| Tubing IPC 2000 | 2/3/2008 | P110 | 5.95 | 6485.2 | 2 3/8 | | Permian Enterprises | 2900 Sargent Road | Odessa | TX | IPC27 (c) | 209 |
| Tubing IPC 2000 | 2/7/2008 | P-110 | 7.9 | 16029.97 | 2 7/8 | | Permian Enterprises | 2900 Sargent Road | Odessa | TX | IPC03 (c) | 495 |
| **Schulenburg, TX** | | | | | | | | | | | | |
| Ambient Core Storage | | | | | | | CGG Services (US), Inc. | 3311 S U.S. Highway 77 | Schulenberg | TX | | |

**EXHIBIT F**

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 12:**
**24. Has the debtor notified any governmental unit of any release of hazardous material?**

| Site Name and Address | Governmental Unit Name & Address | Environmental Law, If Known | Date of Notice |
|---|---|---|---|
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 3/7/2014 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 3/8/2014 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 7/13/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 7/24/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 7/30/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 9/22/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 10/9/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 11/13/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 11/19/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 11/25/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 12/28/2015 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 1/4/2016 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 2/11/2016 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 2/18/2016 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 2/22/2016 |
| Green Canyon, Block 18 Platform Lat N 27  56' 37.4"\| Long W 91 1' 44.7" | BSEE Houma District 3866 Highway 56 Houma LA 70363 | 30 CFR 254 | 2/24/2016 |

**EXHIBIT G**

**Debtor: Whistler Energy II, LLC**
**U.S. Bankruptcy Court for the Eastern District of Louisiana**
**Case Number: 16-10661**

**Statement of Financial Affairs**
**Part 13:**
**30. Payments, distributions, or withdrawals credited or given to insiders**

| | Name of recipient | Amount of money 3/31/2015 to 12/31/2015 | 1/1/2016 to 3/15/2016 | Total | Relationship to Debtor | Reason for providing the value |
|---|---|---|---|---|---|---|
| 30.1 | **Scott A. Frankel** | 229,684.25 | 57,718.75 | 287,403.00 | President & CEO | Wages |
| 30.2 | **Robert E. Wichert** | 153,907.13 | 38,145.54 | 192,052.67 | Executive VP & COO | Wages |
| 30.3 | **Curtis W. Carver** | 119,984.38 | 30,258.85 | 150,243.23 | Chief Accounting Officer | Wages |

| | | Amount of money | Dates | Relationship to Debtor | Reason for providing the value |
|---|---|---|---|---|---|
| 30.4 | **Scott A. Frankel** | 559.96 | 2/18/2016 | President & CEO | Expense Reimbursements |
| | | 5,628.90 | 2/18/2016 | | |
| | | 3,119.22 | 8/28/2015 | | |
| | | 3,986.88 | 6/11/2015 | | |
| | | 13,294.96 | | | |