**Nabors Offshore Corporation**

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

# Invoice

| DATE | INVOICE # |
|---|---|
| 01-JUN-16 | 2200M201-1023 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

**JOB NAME**
S2951   0M201-G. C. 18 WELL A-13

**CUSTOMER CONTRACT #**

**REFERENCE**
LOUISIANA - FEDERAL OFFSHORE
G. C. 18 OCSG # 5809   WELL A-13

**TERMS**
NET 30
PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE.

01-MAY-16 - 31-MAY-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| OTHER**(2) ADDITIONAL BUILDING - LIVING QUARTERS | 400.00 | PER DAY | 31.00 | 400.00 | 12,400.00 |
| OTHER**G-20 CRANE - ADDITIONAL | 1,200.00 | PER DAY | 31.00 | 1,200.00 | 37,200.00 |

|  |  |
|---|---|
| Subtotal: | $49,600.00 |
| Tax: | $0.00 |
| Total: | $49,600.00 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com

**EXHIBIT 2**



# Nabors Offshore Corporation

## Invoice

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

| DATE | INVOICE # |
|---|---|
| 06-JUN-16 | 2200M201-1024 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

*AIR*

| JOB NAME | CUSTOMER CONTRACT # |
|---|---|
| S2951   0M201-G. C. 18 WELL A-13 | |
| **REFERENCE** | **TERMS** |
| LOUISIANA - FEDERAL OFFSHORE<br>G. C. 18 OCSG # 5809  WELL A-13 | NET 30<br>PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE. |

01-MAY-16 - 31-MAY-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| CREW SHORTAGE | | | | | -181,652.40 |
| STANDBY RATE WITH CREW | 45,000.00 | PER DAY | 744.00 | 1,875.00 | 1,395,000.00 |

| | | |
|---|---|---|
| | Subtotal: | $1,213,347.60 |
| | Tax: | $0.00 |
| | Total: | $1,213,347.60 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com



# Nabors Offshore Corporation

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

## Invoice

A/R

| DATE | INVOICE # |
|---|---|
| 30-JUN-16 | 2200M201-1029 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

| JOB NAME | CUSTOMER CONTRACT # |
|---|---|
| S2951    0M201-G. C. 18 WELL A-13 | |

| REFERENCE | TERMS |
|---|---|
| LOUISIANA - FEDERAL OFFSHORE<br>G. C. 18 OCSG # 5809  WELL A-13<br><br>01-JUN-16   - 30-JUN-16 | NET 30<br>PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE. |

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| OTHER**(2) ADDITIONAL BUILDING - LIVING QUARTERS | 400.00 | PER DAY | 30.00 | 400.00 | 12,000.00 |
| OTHER**G-20 CRANE - ADDITIONAL | 1,200.00 | PER DAY | 30.00 | 1,200.00 | 36,000.00 |
| | | | | Subtotal: | $48,000.00 |
| | | | | Tax: | $0.00 |
| | | | | Total: | $48,000.00 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com



# Nabors Offshore Corporation

## Invoice A/12

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

| DATE | INVOICE # |
|---|---|
| 08-JUL-16 | 2200M201-1033 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

**JOB NAME**
S2951    0M201-G. C. 18 WELL A-13

**CUSTOMER CONTRACT #**

**REFERENCE**
LOUISIANA - FEDERAL OFFSHORE
G. C. 18 OCSG # 5809  WELL A-13

**TERMS**
NET 30
PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE.

01-JUN-16  -  06-JUN-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| STANDBY RATE WITH CREW | 45,000.00 | PER DAY | 128.00 | 1,875.00 | 240,000.00 |

|  |  |
|---|---|
| Subtotal: | $240,000.00 |
| Tax: | $0.00 |
| Total: | $240,000.00 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com



**Nabors Offshore Corporation**

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

## Invoice

| DATE | INVOICE # |
|---|---|
| 08-JUL-16 | 2200M201-1034 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

| JOB NAME | CUSTOMER CONTRACT # |
|---|---|
| S2951  0M201-G. C. 18 WELL A-13 |  |

| REFERENCE | TERMS |
|---|---|
| LOUISIANA - FEDERAL OFFSHORE<br>G. C. 18 OCSG # 5809  WELL A-13 | NET 30<br>PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE. |

21-JUN-16 - 30-JUN-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| STANDBY RATE WITH CREW | 45,000.00 | PER DAY | 222.00 | 1,875.00 | 416,250.00 |
|  |  |  |  | Subtotal: | $416,250.00 |
|  |  |  |  | Tax: | $0.00 |
|  |  |  |  | Total: | $416,250.00 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com

# Nabors Offshore Corporation

## Invoice

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

| DATE | INVOICE # |
|---|---|
| 08-JUL-16 | 2200M201-1035 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

| JOB NAME | CUSTOMER CONTRACT # |
|---|---|
| S2951    0M201-G. C. 18 WELL A-13 | |

| REFERENCE | TERMS |
|---|---|
| LOUISIANA - FEDERAL OFFSHORE<br>G. C. 18 OCSG # 5809  WELL A-13 | NET 30<br>PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE. |

26-JUN-16  -  26-JUN-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| OVERTIME LABOR | | | | | 10,300.10 |

|  |  |
|---|---|
| Subtotal: | $10,300.10 |
| Tax: | $0.00 |
| Total: | $10,300.10 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com



# Nabors Offshore Corporation

## Invoice

**NABORS OFFSHORE CORPORATION**
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

| DATE | INVOICE # |
|---|---|
| 08-JUL-16 | 2200M201-1032 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

| JOB NAME | CUSTOMER CONTRACT # |
|---|---|
| S2951    0M201-G. C. 18 WELL A-13 | |

| REFERENCE | TERMS |
|---|---|
| LOUISIANA - FEDERAL OFFSHORE<br>G. C. 18 OCSG # 5809  WELL A-13<br><br>03-JUN-16  -  07-JUN-16 | NET 30<br>PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE. |

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| OVERTIME LABOR | | | | | 1,429.12 |
| | | | | Subtotal: | $1,429.12 |
| | | | | Tax: | $0.00 |
| | | | | Total: | $1,429.12 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com

<mark>



# Invoice

**NABORS OFFSHORE CORPORATION**
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

| DATE | INVOICE # |
|---|---|
| 04-AUG-16 | 2200M201-1036 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

| JOB NAME | CUSTOMER CONTRACT # |
|---|---|
| S2951   0M201-G. C. 18 WELL A-13 | |

| REFERENCE | TERMS |
|---|---|
| LOUISIANA - FEDERAL OFFSHORE<br>G. C. 18 OCSG # 5809  WELL A-13 | NET 30<br>PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE. |

01-JUL-16  -  21-JUL-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| OVERTIME LABOR | | | | | 2,914.22 |

Subtotal: $2,914.22
Tax: $0.00
Total: $2,914.22

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com



**Nabors Offshore Corporation**

## Invoice

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

| DATE | INVOICE # |
|---|---|
| 04-AUG-16 | 2200M201-1037 |

Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

| JOB NAME | CUSTOMER CONTRACT # |
|---|---|
| S2951    0M201-G. C. 18 WELL A-13 | |

| REFERENCE | TERMS |
|---|---|
| LOUISIANA - FEDERAL OFFSHORE<br>G. C. 18 OCSG # 5809  WELL A-13 | NET 30<br>PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE. |

01-JUL-16  -  31-JUL-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| OTHER**(2) ADDITIONAL BUILDING - LIVING QUARTERS | 400.00 | PER DAY | 31.00 | 400.00 | 12,400.00 |
| OTHER**G-20 CRANE - ADDITIONAL | 1,200.00 | PER DAY | 31.00 | 1,200.00 | 37,200.00 |
| DAY RATE | 28,000.00 | PER DAY | 744.00 | 1,166.67 | 868,002.48 |

| | |
|---|---|
| Subtotal: | $917,602.48 |
| Tax: | $0.00 |
| Total: | $917,602.48 |

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com