# Nabors Offshore Corporation

NABORS OFFSHORE CORPORATION
515 WEST GREENS ROAD, SUITE 500
HOUSTON, TEXAS 77067-4525
PHONE (281)874-0406 FAX (281)775-8462

**Invoice**

DATE: 04-NOV-16
INVOICE #: 2200M201-1047
Page 1 of 1

**BILL TO:**
ATTN: ACCOUNTS PAYABLE
WHISTLER ENERGY II, LLC
3200 S W FREEWAY #2050
HOUSTON TX 77027

**REMIT TO:**
NABORS OFFSHORE CORPORATION
P.O. BOX 206304
DALLAS, TX 75320-6304

Send Wire Transfers/ACH Payments to:
Wells Fargo N.A.
NABORS OFFSHORE CORPORATION
ABA #121-000-248 - ACCOUNT NUMBER 4128815792

**JOB NAME:** S2969  0M201-DEMOB

**CUSTOMER CONTRACT #:**

**REFERENCE:** LOUISIANA - FEDERAL OFFSHORE DEMOB

**TERMS:** NET 30 PAST DUE ACCOUNTS SUBJECT TO 1.0% PER MONTH INTEREST CHARGE.

20-OCT-16 - 31-OCT-16

| DESCRIPTION | RATE | UOM | QTY | RATE/QTY | AMOUNT |
|---|---|---|---|---|---|
| OTHER**(2) ADDITIONAL BUILDING - LIVING QUARTERS | 400.00 | PER DAY | 12.00 | 400.00 | 4,800.00 |
| OTHER**G-20 CRANE - ADDITIONAL | 1,200.00 | PER DAY | 12.00 | 1,200.00 | 14,400.00 |
| DEMOBILIZATION DAY RATE | 63,000.00 | PER DAY | 282.00 | 2,625.00 | 740,250.00 |

Subtotal: $759,450.00
Tax: $0.00
Total: $759,450.00

Should you have any questions regarding this invoice please contact Sue Jeansonne at (281) 775-4814
E-mail: sue.jeansonne@nabors.com

**EXHIBIT 5**



**Nabors Domestic Offshore**
Rig: 0M201
Summary of the Charges for the Job # 52369
Well Name: 0M201-DEMOB Legal Description: DEMOB
OCTOBER 2016
Invoiced Only: ALL
Billing Period: 20-OCT-16 - 31-OCT-16

**DayRate**

| Description | Rate/DOR | Rate/Unit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OM201 QUOTATION DAY RATE | $63,000.00 | $2,625.00 | | | | | | | | | | | | | | | | | | | | 16.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 282.0 | $740,250.00 |
| | | Total Hours: | | | | | | | | | | | | | | | | | | | | 16.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 282.0 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Total Amount: | $740,250.00 |

**Rentals**

| Description | Rate/Unit | Rate/UNR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER - (2) ADDITIONAL BUILDING - LIVING | $400.00 | $400.00 | | | | | | | | | | | | | | | | | | | | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 12.0 | $4,800.00 |
| OTHER-PC-20 CRANE - ADDITIONAL | $1,200.00 | $1,200.00 | | | | | | | | | | | | | | | | | | | | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 12.0 | $14,400.00 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Total Amount: | $19,200.00 |

| | Tax: | $0.00 |
|---|---|---|
| | Grand Total Amount: | $759,450.00 |