

Nabors Offshore Corporation
515 West Greens Road, Suite 500
Houston, TX 77067-4525

Invoice No: 16-0001
November 7, 2016

Sub: Invoice # 16-0001

Gentlemen:

Please find below the amount for the invoice # 16-0001 relating to costs for the fuel used by Nabors Offshore Corporation ("Nabors") but paid for on their behalf by Whistler Energy II, LLC.

| | | |
|---|---|---|
| Amount Due | March 24, 2016 – May 24, 2016 | $ 51,317 |
| | May 25, 2016 – June 5, 2016 | 12,890 |
| | June 21, 2016 – November 3, 2016 | 141,408 |
| Total Amount Due | | $205,615 |

Please remit the invoice amount to the following account.

Account: Whistler Energy II, LLC
Account #: 14096127
Bank: Cadence Bank
ABA #: 062206295

Feel free to call me if you have any questions.

Yours Truly,

*Curtis W Carver*

Curtis W Carver
Chief Accounting Officer

---

Whistler Energy II, LLC
3200 Southwest Freeway ● Suite 2050 ● Houston, TX 77027
713-333-3664 Phone ● 713-333-3669 Fax

**EXHIBIT 6**



Nabors Offshore Corporation
515 West Greens Road, Suite 500
Houston, TX 77067-4525

Invoice No: 16-0002
November 7, 2016

<u>Sub: Invoice # 16-0002</u>

Gentlemen:

Please find below the amount for invoice # 16-0002 relating to costs for the meals used by Nabors Offshore Corporation ("Nabors") but paid for on their behalf by Whistler Energy II, LLC.

| | | |
|---|---|---:|
| Amount Due | March 24, 2016 – May 24, 2016 | $ 36,324 |
| | May 25, 2016 – June 5, 2016 | 4,752 |
| | June 21, 2016 – November 3, 2016 | 35,820 |
| Total Amount Due | | $ 76,896 |

Please remit the invoice amount to the following account.

Account: Whistler Energy II, LLC
Account #: 14096127
Bank: Cadence Bank
ABA #: 062206295

Feel free to call me if you have any questions.

Yours Truly,

Curtis W Carver
Chief Accounting Officer

---

Whistler Energy II, LLC
3200 Southwest Freeway ● Suite 2050 ● Houston, TX 77027
713-333-3664 Phone ● 713-333-3669 Fax



Nabors Offshore Corporation  
515 West Greens Road, Suite 500  
Houston, TX 77067-4525

Invoice No: 16-0003  
November 7, 2016

<u>Sub: Invoice # 16-0003</u>

Gentlemen:

Please find below the amount for invoice # 16-0003 relating to costs for the helicopter time used by Nabors Offshore Corporation ("Nabors") but paid for on their behalf by Whistler Energy II, LLC.

| | | |
|---|---|---|
| Amount Due | March 24, 2016 – May 24, 2016 | $ 64,768 |
| | May 25, 2016 – June 5, 2016 | 7,992 |
| | June 21, 2016 – November 3, 2016 | 39,745 |
| Total Amount Due | | $ 112,505 |

Please remit the invoice amount to the following account.

Account: Whistler Energy II, LLC  
Account #: 14096127  
Bank: Cadence Bank  
ABA #: 062206295

Feel free to call me if you have any questions.

Yours Truly,

*[signature: Curtis W Carver]*

Curtis W Carver  
Chief Accounting Officer



Nabors Offshore Corporation
515 West Greens Road, Suite 500
Houston, TX 77067-4525

Invoice No: 16-0004
November 7, 2016

Sub: Invoice # 16-0004

Gentlemen:

Please find below the amount for invoice #16-0004 relating to costs for the vessels used by Nabors Offshore Corporation ("Nabors") but paid for on their behalf by Whistler Energy II, LLC.

| | | |
|---|---|---:|
| Amount Due | March 24, 2016 – May 24, 2016 | $ 40,257 |
| | May 25, 2016 – June 5, 2016 | 0 |
| | June 21, 2016 – November 3, 2016 | 40,250 |
| Total Amount Due | | $ 80,507 |

Please remit the invoice amount to the following account.

Account: Whistler Energy II, LLC
Account #: 14096127
Bank: Cadence Bank
ABA #: 062206295

Feel free to call me if you have any questions.

Yours Truly,

*[signature]*

Curtis W Carver
Chief Accounting Officer

---



Nabors Offshore Corporation
515 West Greens Road, Suite 500
Houston, TX 77067-4525

Invoice No: 16-0005
November 7, 2016

Sub: Invoice # 16-0005

Gentlemen:

Please find below the amount for invoice # 16-0005 relating to costs for the dock expenses used by Nabors Offshore Corporation ("Nabors") but paid for on their behalf by Whistler Energy II, LLC.

| | | |
|---|---|---|
| Amount Due | March 24, 2016 – May 24, 2016 | $   0 |
| | May 25, 2016 – June 5, 2016 | 0 |
| | June 21, 2016 – November 3, 2016 | 10,000 |
| Total Amount Due | | $ 10,000 |

Please remit the invoice amount to the following account.

Account: Whistler Energy II, LLC
Account #: 14096127
Bank: Cadence Bank
ABA #: 062206295

Feel free to call me if you have any questions.

Yours Truly,

*Curtis W Carver*

Curtis W Carver
Chief Accounting Officer

---

Whistler Energy II, LLC
3200 Southwest Freeway ● Suite 2050 ● Houston, TX 77027
713-333-3664 Phone ● 713-333-3669 Fax



Nabors Offshore Corporation
515 West Greens Road, Suite 500
Houston, TX 77067-4525

Invoice No: 16-0006
November 7, 2016

Sub: Invoice # 16-0006.

Gentlemen:

Please find below the amount for the invoice # 16-0006 relating to costs for the damage done to the integrated alarm system due to cutting of fire and gas cables used by Nabors Offshore Corporation ("Nabors"). This amount was paid for on Nabors behalf by Whistler Energy II, LLC

| | | | |
|---|---|---|---|
| Amount Due | March 24, 2016 – May 24, 2016 | $ | 0 |
| | May 25, 2016 – June 5, 2016 | | 0 |
| | June 21, 2016 – November 3, 2016 | | 4,650 |
| Total Amount Due | | $ | 4,650 |

Please remit the invoice amount to the following account.

Account: Whistler Energy II, LLC
Account #: 14096127
Bank: Cadence Bank
ABA #: 062206295

Feel free to call me if you have any questions.

Yours Truly,

Curtis W Carver
Chief Accounting Officer

---

Whistler Energy II, LLC
3200 Southwest Freeway ● Suite 2050 ● Houston, TX 77027
713-333-3664 Phone ● 713-333-3669 Fax