| Vendor Name | Invoice | Invoice Dt | Invoice Balance | Post-Order for Relief Amounts | Description |
|---|---|---|---|---|---|
| NABORS OFFSHORE | 2200M201-1023 | 6/1/2016 | 49,600.00 | 11,200.00 | May 1 - May 31 Bldg and Crane Rental |
| NABORS OFFSHORE | 2200M201-1024 | 6/6/2016 | 1,213,347.60 | 273,981.75 | May 1 - May 31 Standby rate with Crew |
| NABORS OFFSHORE | 2200M201-1027 | 6/28/2016 | 664,930.20 | 664,930.20 | June 6-June 21 w/ Crew Shortage - T&A Operations |
| NABORS OFFSHORE | 2200M201-1029 | 6/30/2016 | 48,000.00 | 48,000.00 | Jun 1 - Jun 30 Additional bldg & crane |
| NABORS OFFSHORE | 2200M201-1030 | 6/30/2016 | 675.83 | 675.83 | Ship date 6/25 - T & A Operations |
| NABORS OFFSHORE | 2200M201-1032 | 7/8/2016 | 1,429.12 | 1,429.12 | Overtime labor 6/03/16-6/07/16 |
| NABORS OFFSHORE | 2200M201-1033 | 7/8/2016 | 240,000.00 | 240,000.00 | Standby Crew Rate 6/1/16 - 6/06/16 |
| NABORS OFFSHORE | 2200M201-1034 | 7/8/2016 | 416,250.00 | 416,250.00 | Standby Crew Rate 6/21/16 - 6/30/16 |
| NABORS OFFSHORE | 2200M201-1035 | 7/8/2016 | 10,300.10 | 10,300.10 | 6/26/2016 overtime labor |
| NABORS OFFSHORE | 072916CM | 7/29/2016 | (704,859.74) | (704,859.74) | Credit Memo - TA Payment |
| NABORS OFFSHORE | 2200M201-1036 | 8/4/2016 | 2,914.22 | 2,914.22 | Overtime labor July 1 - 21 |
| NABORS OFFSHORE | 2200M201-1037 | 8/4/2016 | 917,602.48 | 917,602.48 | July charges |
| NABORS OFFSHORE | 2200M201-1038 | 9/7/2016 | 1,952.00 | 1,952.00 | Overtime, Extra labor 08/17/16 - 08/18/16 |
| NABORS OFFSHORE | 2200M201-1039 | 9/7/2016 | 917,602.48 | 917,602.48 | Additional living qtrs, crane, day rate 08/01/16-08/31/16 |
| NABORS OFFSHORE | 2200M201-1040 | 9/27/2016 | 6,438.38 | 6,438.38 | Extra labor 9/23/16-9/25/16 |
| NABORS OFFSHORE | 092716CM | 9/27/2016 | (6,438.38) | (6,438.38) | Credit Memo |
| NABORS OFFSHORE | 2200M201-1042 | 9/29/2016 | 10,736.62 | 10,736.62 | Extra labor and Crane 9/23/16-9/25/16 |
| NABORS OFFSHORE | 2200M201-1043 | 10/6/2016 | 888,002.40 | 888,002.40 | Sept Charges |
| NABORS OFFSHORE | 2200M201-1044 | 10/19/2016 | 11,043.32 | 11,043.32 | Overtime labor and Crane 10/12/16-10/15/16 |
| NABORS OFFSHORE | 2200M201-1045 | 10/31/2016 | 5,248.54 | 5,248.54 | Overtime, Extra labor and Crane 10/19/16 |
| NABORS OFFSHORE | 2200M201-1046 | 11/4/2016 | 2,199.54 | 2,199.54 | Overtime, Extra labor 09/15/16-09/28/16 |
| NABORS OFFSHORE | 2200M201-1047 | 11/4/2016 | 759,450.00 | 759,450.00 | Additional living qtrs, crane, day rate 10/20/16-10/31/16 |
| NABORS OFFSHORE | 2200M201-1048 | 11/4/2016 | 598,201.54 | 598,201.54 | Additional living qtrs, crane, day rate 10/01/16-10/20/16 |
| **NABORS OFFSHORE CORPORATION Total** | | | 9,755,539.63 | 5,076,860.40 | |

EXHIBIT 7