**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: | § § § |
| | § **CASE NO. 16-10661** |
| WHISTLER ENERGY II, LLC, | § |
| | § **CHAPTER 11** |
| DEBTOR. | § |

## NOTICE OF FILING OF TABULATION REPORT FOR DEBTOR'S JOINTLY PROPOSED PLAN OF REORGANIZATION OF WHISTLER ENERGY II, LLC DATED OCTOBER 19, 2016

**PLEASE TAKE NOTICE** that on October 21, 2016, the Debtor filed its *Disclosure Statement for Jointly Proposed Chapter 11 Plan of Reorganization of Whistler Energy II, LLC Dated October 20, 2016* (the "Disclosure Statement") [Docket No. 386] and its *Jointly Proposed Plan of Reorganization of Whistler Energy II, LLC Dated October 19, 2016* (the "Plan") [Docket No. 387].

**PLEASE TAKE FURTHER NOTICE** that on November 22, 2016, the Debtors filed its final version of the Disclosure Statement, completing the hearing date and voting information sections (the "Final Disclosure Statement") [Docket No. 456].

**PLEASE TAKE FURTHER NOTICE** that on November 22, 2016, this Court entered an order *Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of the Jointly Proposed Plan of Reorganization with the Notice of Hearing* (the "Solicitation Order") [Docket No. 461].

**PLEASE TAKE FURTHER NOTICE** that the *Notice of Filing of Tabulation Report for Debtor's Jointly Proposed Plan of Reorganization of Whistler Energy II, LLC Dated October 19, 2016* (the "Tabulation Report")[1] includes the following documents, as may be modified, amended, or supplemented from time to time in accordance with the Plan:

- **Exhibit 1**—Certification of Upshot Services, LLC Regarding Tabulation of Votes in Connection with the Jointly Proposed Chapter 11 Plan of Reorganization (the "Certification Report")

- **Exhibit A**—Detailed Report of All Ballots Received and Tabulated

- **Exhibit B**—Tabulation Summary

- **Exhibit C**—Ballots Subject to Court Ruling on Reclassification Objections

---

[1] Capitalized words that are not defined herein have the same meaning as defined in the Plan.

# I.
## TABULATION SUMMARY

1.    Pursuant to the Solicitation Order, attached as **Exhibit B** is the Tabulation Summary, summarizing the total amount and number of creditors in each class; the acceptances in number and amount of each class; and the rejections in number and amount of each class. All votes received for Class 2 are subject to the Reclassification Objection (as defined below), and accordingly, there are no votes tabulated for Class 2.

2.    Pursuant to the Solicitation Order, except for Class 2, all classes entitled to vote received votes and meet the requirements for acceptance under the Plan. *See* **Exhibit B**.

3.    Attached as **Exhibit C** are the votes that Upshot received that are subject to reclassification pursuant to *Apollo's First Omnibus Objection to the Secured Status of Other Secured Claims as Defined in the Jointly Proposed Chapter 11 Plan of Reorganization of Whistler Energy II, LLC Dated October 20, 2016* (the "Reclassification Objection") [Docket No. 457]. If this Court rules in favor of the Reclassification Objection, than those votes will be reclassified to a General Unsecured Claim under Class 4 for voting purposes.[2]   To date, there have been no responses filed against the Reclassification Objection as to the reclassification request.[3]   One limited objection was received by Adriatic Marine as to amount only.

4.    Additionally, Commerce Oil, LLC voted in acceptance of the Plan. However, pursuant to 11 U.S.C. § 1129(a)(10), Commerce Oil, LLC's vote will not be counted due to its status as an insider. However, there are sufficient non-insider votes in the other impaired classes and therefore there are sufficient impaired classes accepting the Plan.

---

[2] Eagle Oilfield Inspection Services Inc., as shown on **Exhibit C**, has voted under Class 3. If this Court approves the Reclassification Objections, than the Debtor requests that Eagle Oilfield Inspection Services, Inc. have its vote classified as Class 3 Convenience Claim as it elected.

[3] Adriatic Marine, LLC filed its *Limited Opposition to Omnibus Claim Objection* [Docket No. 512]. Adriatic Marine, LLC does not oppose the reclassification as outlined in the Reclassification Objection, but filed its objection to reserve all rights and oppose any further objection to its proof of claim for any other purpose.

## II. <u>NOTICE</u>

11.     This Tabulation Report has been provided to: (i) the Office of the United States Trustee for the Eastern District of Louisiana; (ii) counsel for the DIP Lenders; (iii) counsel for Committee; (iv) all parties in interest who have formally appeared and requested notice; and (v) all other parties that are identified on the Master Service List.

12.     The Debtor respectfully submits that no further notice of this Tabulation Report is required.

DATED: December 27, 2016               Respectfully submitted by:

**LOOPER GOODWINE P.C.**

Paul J. Goodwine (La. Bar No. 23757)
Taylor P. Gay (La. Bar No. 35140)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503-1500
Facsimile:  (504) 503-1501
Email: pgoodwine@loopergoodwine.com
Email: tgay@loopergoodwine.com

**SPECIAL REGULATORY COUNSEL FOR
THE DEBTOR AND DEBTOR-IN-
POSSESSION**

**Whistler Energy II, LLC**

AND

**Gardere Wynne Sewell LLP**

*/s/ Sharon Beausoleil*
Sharon Beausoleil
Sbeausoleil@gardere.com
State Bar No. 24025245
John P. Melko
jmelko@gardere.com
State Bar No. 13919600
Michael K. Riordan
mriordan@gardere.com
State Bar No. 24070502
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone: 713.276.5500

**COUNSEL TO THE DEBTOR AND DEBTOR-
IN-POSSESSION**

## CERTIFICATE OF SERVICE

I do hereby certify that on December 27, 2016 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case and was served via electronic transmission on the parties identified on the attached Master Service List.

*/s/ Sharon Beausoleil*
Sharon Beausoleil

**WHISTLER ENERGY II, LLC MASTER SERVICE LIST**

**DEBTOR'S COUNSEL:**
GARDERE WYNNE SEWELL LLP
JOHN P. MELKO
SHARON BEAUSOLEIL
MICHAEL K. RIORDAN
1000 LOUISIANA STREET
HOUSTON, TX 77002
JMELKO@GARDERE.COM
SBEAUSOLEIL@GARDERE.COM
MRIORDAN@GARDERE.COM
**VIA ECF SYSTEM**

LOOPER GOODWINE, PC
PAUL J. GOODWIN
650 POYDRAS STREET, SUITE 2400
NEW ORLEANS, LA 70130
PGOODWINE@LOOPERGOODWINE.COM
**VIA ECF SYSTEM**

**COMMITTEE COUNSEL:**
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
CHRISTOPHER T. CAPLINGER, BENJAMIN KADDEN,
ERIN ROSENBERG, STEWART F. PECK
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130
CCAPLINGER@LAWLA.COM
MLOPEZ@LAWLA.COM
BKADDEN@LAWLA.COM
MNGUYEN@LAWLA.COM
EROSENBERG@LAWLA.COM
SPECK@LAWLA.COM
YMARANTO@LAWLA.COM
**VIA ECF SYSTEM**

**U.S. TRUSTEE:**
MARY S. LANGSTON
OFFICE OF THE US TRUSTEE
400 POYDRAS STREET, SUITE 2110
NEW ORLEANS, LA 70130
MARY.LANGSTON@USDOJ.GOV
**VIA ECF SYSTEM**

**DIP LENDERS:**
APOLLO FRANKLIN PARTNERSHIP, L.P., APOLLO
CENTRE STREET PARTNERSHIP, L.P., APOLLO
SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.,
APOLLO CREDIT OPPORTUNITY FUND III, AIV I LP,
ANS HOLDINGS (WE), LTD., AND APOLLO
MANAGEMENT, L.P.
C/O KELLY HART & PITRE
LOUIS MIDDLETON PHILLIPS
301 MAIN STREET, SUITE 1600
BATON ROUGE, LA 70801-1916
LOUIS.PHILLIPS@KELLYHART.COM
JUNE.ALCANTARA@KELLYHART.COM
**VIA ECF SYSTEM**

APOLLO FRANKLIN PARTNERSHIP, L.P., APOLLO
CENTRE STREET PARTNERSHIP, L.P., APOLLO
SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.,
APOLLO CREDIT OPPORTUNITY FUND III, AIV I LP,
ANS HOLDINGS (WE), LTD., AND APOLLO
MANAGEMENT, L.P.
C/O KELLY HART & PITRE
PATRICK (RICK) M. SHELBY (#31963)
400 POYDRAS STREET, SUITE 1812
NEW ORLEANS, LA 70130
RICK.SHELBY@KELLYHART.COM
ROSE.JONES@KELLYHART.COM
ASHLEE.WATSO@KELLYHART.COM
**VIA ECF SYSTEM**

APOLLO FRANKLIN PARTNERSHIP, L.P., APOLLO
CENTRE STREET PARTNERSHIP, L.P., APOLLO
SPECIAL OPPORTUNITIES MANAGED ACCOUNT, L.P.,
APOLLO CREDIT OPPORTUNITY FUND III, AIV I LP,
ANS HOLDINGS (WE), LTD., AND APOLLO
MANAGEMENT, L.P.
C/O VINSON & ELKINS L.L.P.
ATTN: HARRY A. PERRIN, REESE A. O'CONNOR
FIRST CITY TOWER
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760
HPERRIN@VELAW.COM
ROCONNOR@VELAW.COM
**VIA ELECTRONIC MAIL**

COMMERCE OIL, INC.
C/O SUTHERLAND ASBILL & BRENNAN LLP
ATTN: STEPHANY ALYCE OLSEN LEGRAND,
MARK DAVID SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON, TX 77002-6760
STEPHANY.OLSEN-LEGRAND@SUTHERLAND.COM
KATHRYN.DELANEY@SUTHERLAND.COM
MARK.SHERRILL@SUTHERLAND.COM
CARLA.KELLY@SUTHERLAND.COM
**VIA ECF SYSTEM**

COMMERCE OIL, INC.
C/O HELLER, DRAPER, PATRICK, HORN &
DABNEY, LLC
ATTN: TRISTAN MANTHEY,
CHERIE DESSAUER NOBLES
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70130-6103
TMANTHEY@HELLERDRAPER.COM
CNOBLES@HELLERDRAPER.COM
KFRITSCHER@HELLERDRAPER.COM
LBUSH@HELLERDRAPER.COM
**VIA ECF SYSTEM**

12/27/2016

**INTERNAL REVENUE SERVICE:**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346
**VIA FIRST CLASS MAIL**

**PARTIES REQUESTING NOTICE:**
ADRIATIC MARINE LLC
PO BOX 188
RACELAND, LA 70394-0188
MOOSE@ADRIATICMARINELLC.COM
**VIA ELECTRONIC MAIL**

ADRIATIC MARINE, LLC
C/O MARK A. MINTZ
JONES WALKER LLP
201 ST. CHARLES AVENUE, SUITE 5100
NEW ORLEANS, LA 70170-5100
MMINTZ@JONESWALKER.COM
**VIA ECF SYSTEM**

ARCHROCK SERVICES, L.P.
C/O ANDERSON LEHRMAN BARRE
& MARAIST, LLP
ATTN: KEVIN M. MARAIST
GASLIGHT SQUARE
1001 THIRD STREET, SUITE 1
CORPUS CHRISTI, TX 78404
KMARAIST@ALBMLAW.COM
**VIA ECF SYSTEM**

BRISTOW U.S. LLC
ATTN: BO UNDERWOOD
4605 INDUSTRIAL DRIVE
NEW IBERIA, LA 70560-9124
BO.UNDERWOOD@BRISTOWGROUP.COM
**VIA ELECTRONIC MAIL**

BRISTOW U.S. LLC
ATTN: H. KENT AGUILLARD
PO BOX 391
EUNICE, LA 70535
KAGUILLARD@YHALAW.COM
GNEUMEYER@YHALAW.COM
**VIA ECF SYSTEM**

C & G BOATS, INC.
C/O DAVID J. AYO
ALLEN & GOOCH
PO BOX 81129
LAFAYETTE, LA 70598-1129
**VIA ECF SYSTEM**

NEIL G. VINCENT
C & G BOATS, INC.
P.O. BOX 81129
LAFAYETTE, LA 70598-1129
**VIA ECF SYSTEM**

CARDNO PPI QUALITY & ASSET
MANAGEMENT, LLC, C/O FILIPPOV LAW
GROUP, ATTN: JAMIE S. SPARACINO
3200 SOUTHWEST FWY, SUITE 3300
HOUSTON, TX 77046
JSPARACINO@STEWARTSPARACINOLAW.COM
VICTORIA@FILIPPOV.COM
JAMIESTWRT@YAHOO.COM
**VIA ECF SYSTEM AND ELECTRONIC MAIL**

CONCENTRIC PIPE AND TOOL RENTALS LLC
ATTN: JEAN PAUL P. OVERTON ASSISTANT
GENERAL COUNSEL
1001 LOUISIANA STREET, SUITE 2900
HOUSTON, TX 77002
JEANPAUL.OVERTON@SUPERIORENERGY.COM
**VIA ELECTRONIC MAIL**

EAGLE OILFIELD INSPECTION SERVICES, INC.
C/O WEINSTEIN & ST. GERMAIN, LLC
ATTN: THOMAS E. ST. GERMAIN
1414 NE EVANGELINE THRWY
LAFAYETTE, LA 70501
TSTGERMAIN@WEINLAW.COM
WSTGECFEMAIL@GMAIL.COM
**VIA ECF SYSTEM**

EATON OIL TOOLS, INC.
C/O ONEBANE LAW FIRM
ATTN: CRAIG A. RYAN (#20354)
1200 CAMELLIA BOULEVARD, SUITE 300 LAFAYETTE,
LA 70508
RYANC@ONEBANE.COM
BANKRUPTCYCOURT@ONEBANE.COM
**VIA ELECTRONIC MAIL AND ECF SYSTEM**

ECOSERV, LLC
C/O R. CHADWICK EDWARDS, JR.
EDWARDS & EDWARDS
P.O. BOX 217
ABBEVILLE, LA 70511-0217
CHAD@CHADEDWARDSLAW.COM
**VIA ECF SYSTEM**

EXTREME ENERGY SERVICES LLC
C/O NEUNERPATE
ATTN: VICTORIA V. THERIOT,
FRANK X NEUNER, JR.
1001 W. PINHOOK RD., STE 200
LAFAYETTE, LA 70503
TTHERIOT@NEUNERPATE.COM
FNEUNER@NEUNERPATE.COM
LHICKS@NEUNERPATE.COM
**VIA ELECTRONIC MAIL AND ECF SYSTEM**

EXTREME TOWING, INC.
C/O WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, LLP
650 POYDRAS STREET, SUITE 2200
ATTN: JILL S. WILLHOFT
NEW ORLEANS, LA 70130
JILL.WILLHOFT@WILSONELSER.COM
**VIA ECF SYSTEM**

FRANCIS DRILL FLUIDS, LTD.
C/O OTTINGER HEBERT LLC
ATTN: G. QUINN SALMON, WILLIAM H. L. KAUFMAN
1313 WEST PINHOOK ROAD
PO DRAWER 52606
LAFAYETTE, LA 70503
GQSALMON@OHLLC.COM
PDSISK@OHLLC.COM
WHKAUFMAN@OHLLC.COM
ALGUIDRY@OHLLC.COM
**VIA ECF SYSTEM**

SCOTT FRANKEL AND FRANKEL
GREEN CANYON LLC
C/O CRAIN, CATON & JAMES, P.C.
H. MILES COHN
1401 MCKINNEY STREET SUITE 1700
HOUSTON, TEXAS 77010
MCOHN@CRAINCATON.COM
**VIA ECF SYSTEM**

FREEPOINT COMMODITIES, LLC
C/O SUTHERLAND ASBILL & BRENNAN LLP
ATTN: STEPHANY ALYCE OLSEN LEGRAND,
MARK DAVID SHERRILL
1001 FANNIN ST., STE. 3700
HOUSTON, TX 77002-6760
STEPHANY.OLSEN-LEGRAND@SUTHERLAND.COM
KATHRYN.DELANEY@SUTHERLAND.COM
MARK.SHERRILL@SUTHERLAND.COM
CARLA.KELLY@SUTHERLAND.COM
**VIA ECF SYSTEM**

FREEPOINT COMMODITIES, LLC
C/O HELLER, DRAPER, PATRICK,
HORN & DABNEY, LLC
ATTN: TRISTAN MANTHEY,
CHERIE DESSAUER NOBLES
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70130-6103
TMANTHEY@HELLERDRAPER.COM
CNOBLES@HELLERDRAPER.COM
KFRITSCHER@HELLERDRAPER.COM
LBUSH@HELLERDRAPER.COM
**VIA ECF SYSTEM**

GULFSTREAM SERVICES, INC.
C/O DUVAL, FUNDERBURK,
SUNDBERY, RICHARD & WATKINS
ATTN: STANWOOD R. DUVAL
101 WILSON AVENUE
PO BOX 3017
HOUMA, LA 70364
STAN@DUVALLAWFIRM.COM
**VIA ECF SYSTEM**

HALLIBURTON ENERGY SERVICES, INC
C/O WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
ATTN: JEFF CARRUTH
ELEVEN GREENWAY PLAZA, SUITE 1400
HOUSTON, TX 77046
JCARRUTH@WKPZ.COM
JCARRUTH@AOL.COM
ATTY_CARRUTH@TRUSTESOLUTIONS.COM
**VIA ECF SYSTEM**

HOLE OPENER CORPORATION
C/O NEUNERPATE
ATTN: VICTORIA V. THERIOT
FRANK X. NEUNER, JR.
1001 W. PINHOOK RD., STE. 200
LAFAYETTE, LA 70503
TTHERIOT@NEUNERPATE.COM
LHICKS@NEUNERPATE.COM
FNEUNER@NEUNERPATE.COM
**VIA ECF SYSTEM AND ELECTRONIC MAIL**

HOS PORT, LLC
SAMUEL A. GIBERGA, GENERAL COUNSEL
MICHAEL J. NICAUD, SENIOR COUNSEL
103 NORTHPARK BLVD., SUITE 300
COVINGTON, LA 70433
SAMUEL.GIBERGA@HORNBECKOFFSHORE.COM
PATRICIA.YOHO@HORNBECKOFFSHORE.COM
MICHAEL.NICAUD@HORNBECKOFFSHORE.COM
**VIA ECF SYSTEM AND ELECTRONIC MAIL**

HYDRA OPS, LLC
C/O YOUNG, HOYCHICK AND AGUILLARD
ATTN: H. KENT AGUILLARD
PO DRAWER 391
EUNICE, LA 70535-0391
KAGUILLARD@YHALAW.COM
GNEUMEYER@YHALAW.COM
**VIA ECF SYSTEM**

IPT GLOBAL, LLC
C/O CRAIG H. CAVALIER
5555 WEST LOOP SOUTH, SUITE 600
HOUSTON, TX 77401
CCAVALIER@CAVALIERLAW.COM
**VIA ECF SYSTEM**

LANDMARK GRAPHICS CORPORATION
C/O WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
ATTN: JEFF CARRUTH
ELEVEN GREENWAY PLAZA, SUITE 1400
HOUSTON, TX 77046
JCARRUTH@WKPZ.COM
JCARRUTH@AOL.COM
ATTY_CARRUTH@TRUSTESOLUTIONS.COM
**VIA ECF SYSTEM**

LOUISIANA VALVE SOURCE, INC.
C/O DURIO, MCGOFFIN, STAGG & ACKERMANN
ATTN: JEFFREY ACKERMANN
220 HEYMANN BOULEVARD
LAFAYETTE, LA 70505
JEFFACKERMANN@DMSFIRM.COM
**VIA ELECTRONIC MAIL**

NABORS OFFSHORE CORPORATION
C/O SNOW SPENCE GREEN LLP
ATTN: KENNETH P. GREEN, AARON GURRERO
2929 ALLEN PARKWAY, SUITE 2800
HOUSTON, TX 77019
KGREEN@SNOWSPENCELAW.COM
RHONDARACKLEY@SNOWSPENCELAW.COM
JANISSHERRILL@SNOWSPENCELAW.COM
CAROLYNCARROLLO@SNOWPENCELAW.COM
AARONGUERRERO@SNOWPENCELAW.COM
MARYMARTIN@SNOWSPENCELAW.COM
**VIA ECF SYSTEM**

NATIONAL OILWELL VARCO L.P.
ATTN: THOMAS H. GRACE, JOHN J. SPARACINO
C/O VORYS, SATER, SEYMOUR AND PEASE LLP
700 LOUISIANA STREET, SUITE 4100
HOUSTON, TX 77002-2782
THGRACE@VORYS.COM
JJSPARACINO@VORYS.COM
**VIA ELECTRONIC MAIL**

ODYSSEA MARINE, INC.
C/O ADAMS AND REESE
ATTN: ROBIN B. CHEATHAM
4500 ONE SHELL SQUARE
NEW ORLEANS, LA 70139
ROBIN.CHEATHAM@ARLAW.COM
VICKI.OWENS@ARLAW.COM
MARY.CUENCA@ARLAW.COM
**VIA ELECTRONIC MAIL AND ECF SYSTEM**

PKWY 3200 SW FREEWAY LLC
C/O JACKSON WALKER LLP
ATTN: MONICA S. BLACKER
2323 ROSS AVENUE, SUITE 600
DALLAS, TX 75201
MBLACKER@JW.COM
**VIA ECF SYSTEM**

QUAIL TOOLS, L.P.
C/O JONES WALKER LLP
ATTN: R. PATRICK VANCE
201 ST. CHARLES AVENUE, 49TH FLOOR
NEW ORLEANS, LA 70170
PVANCE@JONESWALKER.COM
NWIEBELT@JONESWALKER.COM
**VIA ECF SYSTEM**

ROMERO FISHING AND RENTAL TOOLS, LLC
C/O GORDON, ARATA, MCCOLAM,
DUPLANTIS & EAGAN, LLC
ATTN: ARMISTEAD M. LONG
400 EAST KALISTE SALOOM ROAD, SUITE 4200
LAFAYETTE, LA 70508
ALONG@GORDONARATA.COM
SROBERTS@GORDONARATA.COM
**VIA ECF SYSTEM**

ROMFOR SUPPLY COMPANY,
D/B/A PREMIERE FLUIDS INTERNATIONAL
C/O YOUNG, HOYCHICK AND AGUILLARD
ATTN: H. KENT AGUILLARD
PO DRAWER 391
EUNICE, LA 70535-0391
KAGUILLARD@YHALAW.COM
GNEUMEYER@YHALAW.COM
**VIA ECF SYSTEM**

SCIENTIFIC DRILLING INTERNATIONAL INC.
16701 GREENSPOINT PARK DRIVE, SUITE 200
HOUSTON, TX 77060
KEVIN.KEMMERLY@SCIENTIFICDRILLING.COM
**VIA ELECTRONIC MAIL**

SIGNA ENGINEERING CORP
ATTN: CRAIG STEVENS
2 NORTHPOINT DR. SUITE 700
HOUSTON, TX 77060
CSTEVENS@SIGNA.NET
**VIA ELECTRONIC MAIL**

SPECIALIST STAFFING SOLUTIONS
DBA PROGRESSIVE GLOBAL ENERGY &
NATURAL RESOURCES
C/O BEIRNE, MAYNARD & PARSONS, L.L.P.
ATTN: BRENT C. WYATT, ESQ.
PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET, SUITE 2200
NEW ORLEANS, LA 70130
BWYATT@BMPLLP.COM
PDIFULCO@BMPLLP.COM
**VIA ECF SYSTEM**

STRIC-LAN COMPANIES, LLC
C/O ONEBANE LAW FIRM
ATTN: CRAIG A. RYAN
1200 CAMELLIA BOULEVARD, SUITE 300
PO BOX 3507
LAFAYETTE, LA 70508
RYANC@ONEBANE.COM
BANKRUPTCYCOURT@ONEBANE.COM
**VIA ECF SYSTEM AND ELECTRONIC MAIL**

12/27/2016

SUPERIOR ENERGY SERVICES INC.
ATTN: JEAN PAUL P. OVERTON,
ASSISTANT GENERAL COUNSEL
1001 LOUISIANA STREET, SUITE 2900
HOUSTON, TX 77002
JEANPAUL.OVERTON@SUPERIORENERGY.COM
**VIA ELECTRONIC MAIL**

TESCO OFFSHORE SERVICES INC.
C/O MCGLINCHEY STAFFORD, PLLC
ATTN: RUDY J. CERONE, SARAH E. EDWARDS
601 POYDRAS STREET, 12TH FLOOR
NEW ORLEANS, LA 70130
RCERONE@MCGLINCHEY.COM
SEDWARDS@MCGLINCHEY.COM
LGRAFF@MCGLINCHEY.COM
**VIA ECF SYSTEM AND ELECTRONIC MAIL**

UNITED STATES DEPARTMENT OF THE INTERIOR
(BUREAU OF OCEAN ENERGY MANAGEMENT
(BOEM), BUREAU OF SAFETY AND
ENVIRONMENTAL ENFORCEMENT (BSEE) AND
OFFICE OF NATURAL RESOURCES (ONRR))
C/O U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
ATTN: THEODORE B. RANDLES
1100 L STREET, NW
WASHINGTON, DC 20005
THEODORE.B.RANDLES@USDOJ.GOV
**VIA ECF SYSTEM**

WARRIOR ENERGY SERVICES CORPORATION
ATTN: JEAN PAUL P. OVERTON,
ASSISTANT GENERAL COUNSEL
1001 LOUISIANA STREET, SUITE 2900
HOUSTON, TX 77002
JEANPAUL.OVERTON@SUPERIORENERGY.COM
**VIA ELECTRONIC MAIL**

WEATHERFORD US, LP
C/O WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
ATTN: JEFF CARRUTH
ELEVEN GREENWAY PLAZA, SUITE 1400
HOUSTON, TX 77046
JCARRUTH@WKPZ.COM
JCARRUTH@AOL.COM
ATTY_CARRUTH@TRUSTESOLUTIONS.COM
**VIA ECF SYSTEM**

WOOD GROUP PSN, INC.
C/O DORE LAW GROUP, PC
ATTN: CARL DORE, JR.
17171 PARK ROW, SUITE 160 HOUSTON, TX 77084
CARL@DORELAWGROUP.NET
ZMCKAY@DORELAWGROUP.NET
VMARTINEZ@DORELAWGROUP.NET
**VIA ECF SYSTEM**

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: | § |
| | §  **CASE NO. 16-10661** |
| **WHISTLER ENERGY II, LLC,** | § |
| | §  **CHAPTER 11** |
| DEBTOR. | § |

**CERTIFICATION OF UPSHOT SERVICES LLC REGARDING TABULATION**
**OF VOTES IN CONNECTION WITH THE**
**JOINTLY PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**

I, Robert Q. Klamser, depose and say under the penalty of perjury:

1.      I am the President of UpShot Services LLC ("UpShot")[1], which has offices located at 8269 E. 23rd Avenue, Suite 275, Denver, Colorado 80238.  I am over the age of eighteen years and neither I nor UpShot is a party to these proceedings.  I am duly authorized to submit this certification on behalf of UpShot (the "Certification").  Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this Certification in connection with the tabulation of votes to accept or reject the *Jointly Proposed Chapter 11 Plan of Reorganization of Whistler Energy II, LLC Dated October 19, 2016* (Docket No. 387) filed in the above-captioned case (as further amended, modified or supplemented, the "Plan").[2]

3.      On August 7, 2016, the Bankruptcy Court for the Eastern District of Louisiana (New Orleans Division) (the "Bankruptcy Court") entered the *Interim Order Authorizing and*

---

[1] As a result of its acquisition by JND Legal Administration, UpShot Services LLC is also doing business as "JND Corporate Restructuring." No name change has been filed with this Court and the company will be referred to as UpShot herein.

[2] Terms utilized but not otherwise defined herein shall have the meanings as ascribed to them in the Solicitation Procedures Order, as defined below.

*Approving the Employment and Retention of UpShot Services LLC as Noticing, Claims and Balloting Agent for the Debtor* (Docket No. 176 and finalized on 7/27/2016), designating UpShot as the official Balloting Agent for the Debtor.

4.       On November 22, 2016, the Court entered the *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of the Jointly Proposed Plan of Reorganization with Notice of Hearing* (Docket No. 461) (the "Disclosure Statement Order").

5.       Pursuant to the Disclosure Statement Order, and in accordance with the Solicitation Procedures and the Tabulation Rules, UpShot worked with counsel to the Debtor to solicit votes for the Plan and to tabulate ballots of creditors entitled to vote on the Plan.

6.       On November 22, 2016, pursuant to and in accordance with the Disclosure Statement Order, UpShot served the Solicitation Packages and such other required solicitation materials, including the Disclosure Statement Order.  A certificate evidencing UpShot's service of the foregoing was filed with the Court on November 23, 2016 (Docket No. 464) and on December 14, 2016 (Docket Nos. 492 and 493). Additionally, on November 22, 2016, copies of the Plan, the Disclosure Statement, and all exhibits to both were made available via the internet at http://www.upshotservices.com/whistlerenergy[3].

7.       The Disclosure Statement Order established November 22, 2016 as the Record Date for determining which Holders of Claims were entitled to receive Solicitation Packages and, where applicable, vote on the Plan.

8.       The Plan designated Claims in Class 1 (Senior Credit Facility Claims), Class 2 (Other Secured Claims), Class 3 (Convenience Claims), Class 4 (General Unsecured Claims), and

---

[3] As of December 20, 2016, all web traffic to the UpShot case website for this matter was automatically redirected to the case web domain of JND Corporate Restructuring (www.jndla.com/cases/whistlerenergy).

Class 5 (Commerce Unsecured Claims) as Impaired and entitled the Holders of such Claims to vote on the Plan.

9.      Using the information outlined above, and with specific guidance and approval from the Debtor and their advisors, UpShot created a voting database ("Database") reflecting the names of potential Holders of Claims, addresses, voting amounts and classifications of Claims in the Voting Classes.

10.     Using its Database, UpShot generated Ballots for potential Holders of Claims entitled to vote to accept or reject the Plan.  The Disclosure Statement Order established December 23, 2016 at 6:00 p.m. (prevailing Central Time) as the deadline by which all Ballots were to have been received by UpShot in order to be counted as a valid vote to accept or reject the Plan (the "Voting Deadline").

11.     Pursuant to the Disclosure Statement Order, and in accordance with the Solicitation Procedures and the Tabulation Rules approved thereby, UpShot received and tabulated the Ballots as follows:

  a.   Each returned Ballot was opened and/or inspected at UpShot's offices;

  b.   Ballots were date-stamped upon receipt; and

  c.   All Ballots received were then tabulated in accordance with the Tabulation Rules set forth in the Disclosure Statement Order.

12.     In order for a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation Procedures and Tabulation Rules, including the requirement that the Ballot be properly completed, executed by the Holder of the Claim (or such Holder's authorized representative) and received by UpShot on or before the Voting Deadline.  Ballots that did not

comply with the Solicitation Procedures and Tabulation Rules are not included in the final tabulation of votes, but are outlined in a separate report.

13.     All Ballots that complied with the Solicitation Procedures and Tabulation Rules were tabulated in accordance with the Tabulation Rules, which were not modified in any respect. Except as set forth in the exhibits attached hereto, there were no defects or irregularities with any of the Ballot and no votes were changed or modified after they were cast and received by Upshot.

14.     I hereby certify that attached hereto as **Exhibit A** is a detailed voting report of all Ballots submitted to and tabulated by UpShot as of the filing of this Certification.

15.     I hereby certify that the results of the voting by Holders of Claims in the Voting Classes are as set forth in **Exhibit B** to this Certification, which is a true and correct copy of the final tabulation of votes, cast by timely and properly completed Ballots received by UpShot.

16.     I hereby certify that attached hereto as **Exhibit C** is a detailed voting report of ballots subject to Court's ruling on reclassification objection, and not tabulated by UpShot as of the filing of this Certification.

17.     To the best of my knowledge, information and belief, the foregoing information

concerning the distribution, submission and tabulation of Ballots in connection with the Plan is

true and correct.

Dated:  December 27, 2016

_____

Robert Q. Klamser

State of Colorado     )
                      ) SS.
Country of Denver     )

Subscribed and sworn before me (or affirmed before me) this 27th day of December, 2016 by

Robert Q. Klamser.

_____

(Notary's official signature)

> NANCY MAE VANDELL
> NOTARY PUBLIC - STATE OF COLORADO
> My Identification # 20134042399
> Expires July 11, 2017

5

# EXHIBIT A

*Detailed Report of All*
*Ballots Received and Tabulated*

**EXHIBIT A**

*Detailed Report of All*
*Ballots Received and Tabulated*

| | | | BALLOTING RESULTS | | |
|---|---|---|---|---|---|
| Ballot # | Name | Date Filed | Class | Voting Amount | Accept or Reject |
| 42 | ABSOLUTE TESTING SERVICES INC | 12/23/2016 | Class 3 | $ 28,449.50 | Accept |
| 4 | AMERICAN EAGLE LOGISTICS | 12/5/2016 | Class 4 | $ 144,262.24 | Accept |
| 28 | APOLLO FRANKLIN PARTNERSHIP, L.P., APOLLO CENTRE STREET PARTNERSHIP, L.P., APOLLO CREDIT OPPORTUNITY FUND III AIV I LP, ANS HOLDINGS (WE), LTD., AND APOLLO SPECIAL OPPORTUNITIES MANAGED ACCOUNTS, L.P. | 12/20/2016 | Class 1 | $ 143,661,055.55 | Accept |
| 32 | CANDICE TRUDY MILLER, INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND, ROY CARROLL MILLER | 12/21/2016 | Class 4 | $ 750,000.00 | Accept |
| 8 | COASTAL CHEMICAL CO LLC | 12/6/2016 | Class 4 | $ 651.00 | Accept |
| 9 | COMMERCE OIL, LLC | 12/6/2016 | Class 5 | $ 34,559,583.33 | Accept |
| 44 | C-PORT/STONE, LLC | 12/23/2016 | Class 4 | $ 560,718.44 | Accept |
| 37 | EMPIRICA LLC | 12/23/2016 | Class 4 | $ 149,699.85 | Accept |
| 11 | EVAN RENTALS INC | 12/6/2016 | Class 4 | $ 10,000.00 | Accept |
| 19 | EXPLOITATION TECHNOLOGIES, LLC | 12/19/2016 | Class 3 | $ 6,300.00 | Accept |
| 6 | EXTREME ENERGY SERVICES LLC | 12/6/2016 | Class 4 | $ 81,082.49 | Accept |
| 3 | GULF COAST CHEMICAL LLC | 12/5/2016 | Class 4 | $ 3,866.10 | Accept |
| 25 | J.D. LEACH & ASSOCIATES, INC. | 12/20/2016 | Class 3 | $ 9,324.00 | Accept |
| 12 | LAKE CHARLES FILTRATION LLC | 12/6/2016 | Class 4 | $ 2,347.12 | Accept |
| 18 | LOUISIANA VALVE SOURCE LLC | 12/19/2016 | Class 4 | $ 853.80 | Accept |
| 21 | M-I LLC | 12/19/2016 | Class 4 | $ 947,237.87 | Accept |
| 1 | MONSTER RENTALS LLC | 12/5/2016 | Class 4 | $ 22,349.10 | Accept |
| 14 | OFFSHORE TOWING INTERNATIONAL | 12/13/2016 | Class 4 | $ 9,700.00 | Accept |

**EXHIBIT A**

*Detailed Report of All*

*Ballots Received and Tabulated*

| | | | BALLOTING RESULTS | | |
|---|---|---|---|---|---|
| **Ballot #** | **Name** | **Date Filed** | **Class** | **Voting Amount** | **Accept or Reject** |
| 24 | PYRAMID TUBULAR PRODUCTS, LLC F/K/A PYRAMID TUBULAR PRODUCTS, L.P. | 12/20/2016 | Class 4 | $ 757,436.54 | Accept |
| 23 | SCHLUMBERGER TECHNOLOGY CORPORATION | 12/19/2016 | Class 4 | $ 2,583,082.70 | Accept |
| 38 | SIGNA ENGINEERING CORP | 12/23/2016 | Class 3 Class 4 | $ 19,543.56 | Accept |
| 22 | SMITH INTERNATIONAL INC | 12/19/2016 | Class 4 | $ 130,411.70 | Accept |
| 34 | STABIL DRILL SPECIALTIES, L.L.C. | 12/21/2016 | Class 4 | $ 351,105.36 | Accept |
| 7 | STOUT RISIUS ROSS INC | 12/6/2016 | Class 3 | $ 15,043.75 | Accept |
| 5 | UNITED PRODUCTION AND CONTRUCTION | 12/6/2016 | Class 4 | $ 281,316.61 | Accept |
| 36 | VAM USA LLC | 12/22/2016 | Class 4 | $ 74,134.00 | Accept |
| 10 | WASTE AUDITORS, INC | 12/6/2016 | Class 5 | $ 712.50 | Accept[1] |
| | | | | | |
| 1 - Creditor submitted ballot in Class 5; per Debtors records, claim will be included in Class 3 or Class 4 | | | | | |

In re: Whistler Energy II, LLC

Case No. 16-10661 (JAB)

2 of 2

# EXHIBIT B

*Tabulation Summary*

**EXHIBIT B**

*Tabulation Summary*

| | BALLOT TABULATION RESULTS | | | | | | | BALLOTS SUBJECT TO COURT'S RULING ON RECLASSIFICATION OBJECTION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Votes to Accept | | Dollars to Accept | | Votes to Reject | | Dollars to Reject | Class Result | Votes to Accept | | Dollars to Accept | | Votes to Reject | | Dollars to Reject |
| Class 1 | 1 | 100% | $143,661,055.55 | 100% | 0 | 0% | $- 0% | CLASS ACCEPTS | 0 | 0% | $ - | 0% | 0 | 0% | $ - 0% |
| Class 2 | 0 | 0% | $ - | 0% | 0 | 0% | $- 0% | NO RESPONSE | 7 | 0% | $2,476,141.64 | 0% | 1 | 0% | $412,920.00 0% |
| Class 3 | 4 | 100% | $ 30,667.75 | 100% | 0 | 0% | $- 0% | CLASS ACCEPTS | 1 | 100% | $ 13,880.50 | 100% | 0 | 0% | $ - 0% |
| Class 4 | 19 | 100% | $ 6,715,992.68 | 100% | 0 | 0% | $- 0% | CLASS ACCEPTS | 8 | 100% | $6,110,970.85 | 100% | 0 | 0% | $ - 0% |
| Class 5 | 2 | 100% | $ 34,559,583.33 | 100% | 0 | 0% | $- 0% | CLASS ACCEPTS | 0 | 0% | $ - | 0% | 0 | 0% | $ - 0% |

In re: Whistler Energy II, LLC

Case No. 16-10661 (JAB)

1 of 1

# EXHIBIT C

*Ballots Subject to Court's Ruling on*

*Reclassification Objection*

**EXHIBIT C**

Ballots Subject to Court's Ruling on Reclassification Objection

| Ballot # | Name | Date Filed | Class | | Voting Amount | | Accept or Reject |
|---|---|---|---|---|---|---|---|
| | | | **BALLOTS SUBJECT TO COURT'S RULING ON RECLASSIFICATION OBJECTION** | | | | |
| 26 | ARCHROCK SERVICES, LP | 12/20/2016 | Class 4 | 2 | $ | 107,813.68 | Accept |
| 40 | BENTON ENERGY SERVICES CO | 12/23/2016 | Class 2 | 1 | $ | 288,927.14 | Accept |
| 13 | BRISTOW U.S. LLC | 12/9/2016 | Class 4 | 2 | $ | 1,548,993.08 | Accept |
| 20 | C & G BOATS, INC. | 12/19/2016 | Class 4 | 1 | $ | 984,064.80 | Accept |
| 33 | CONCENTRIC PIPE & TOOL RENTALS, L.L.C. | 12/21/2016 | Class 2 | 1 | $ | 379,522.37 | Accept |
| 2 | EAGLE OILFIELD INSPECTION SERVICES, INC. | 12/5/2016 | Class 3 | 2 | $ | 13,880.50 | Accept |
| 43 | ECOSERV, LLC | 12/23/2016 | Class 2 | 1 | $ | 42,984.97 | Accept |
| 39 | FRANCIS DRILLING FLUIDS, LTD. | 12/23/2016 | Class 2 | 1 | $ | 412,920.00 | Reject |
| 41 | HOLE OPENER CORPORATION | 12/23/2016 | Class 2 | 1 | $ | 53,533.00 | Accept |
| 15 | HYDRA OPS, LLC | 12/13/2016 | Class 4 | 2 | $ | 635,786.66 | Accept |
| 17 | PATTERSON SERVICES, INC. D/B/A PATTERSON RENTAL TOOLS | 12/19/2016 | Class 4 | 2 | $ | 50,862.57 | Accept |
| 30 | QUAIL TOOLS, L.P. | 12/19/2016 | Class 4 | 1 | $ | 228,319.50 | Accept |
| 29 | ROMERO FISHING & RENTAL TOOLS, LLC | 12/20/2016 | Class 2 | 1 | $ | 40,340.13 | Accept |
| 16 | ROMFOR SUPPLY COMPANY, D/B/A PREMIERE FLUIDS | 12/15/2016 | Class 4 | 1 | $ | 1,649,117.18 | Accept |
| 31 | STRIC-LAN COMPANIES | 12/21/2016 | Class 2 | 1 | $ | 335,998.28 | Accept |
| 27 | TETRA TECHNOLOGIES, INC. | 12/20/2016 | Class 4 | 2 | $ | 906,013.38 | Accept |
| 35 | WARRIOR ENERGY SERVICES CORPORATION | 12/21/2016 | Class 2 | 1 | $ | 1,334,835.75 | Accept |

1 - Creditor submitted ballot in Class 2; claim subject to reclassification objection (Docket No. 457)
2 - Claim subject to reclassification objection (Docket No. 457)